IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAUREEN A. PIZZI
94 Wareham Road
Plymouth, MA 02360

and

KATHLEEN MAHONEY
404 Old Town Way
Hanover, MA 02339

        Plaintiffs,

v.

ELI LILLY AND COMPANY
Lilly Corporate Center
Indianapolis, IN  46285
w/s/o NATIONAL REGISTERED AGENTS, INC.
1090 Vermont Avenue, NW, #910
Washington, DC  20005

and

BRISTOL-MYERS SQUIBB COMPANY
a successor of E.R. SQUIBB & SONS, INC.
P.O. Box 4500
Princeton, NJ  08543
    w/s/o  CT CORPORATION
    1025 Vermont Avenue, N.W.
    Washington, DC  20005

and

PHARMACIA and UPJOHN COMPANY
(aka THE UPJOHN COMPANY)
100 Route 206 North

Case No. _____

LIBNY/4455512.4

Peapack, NJ 07977
    w/s/o CT CORPORATION
    1025 Vermont Avenue, N.W.
    Washington, DC 20005

and

DART INDUSTRIES, INC. a successor to
REXALL DRUG COMPANY, INC.
w/s/o: Sheila AnnMarie Moeller, Esq.
    Gilbride, Tusa, Last & Spellane LLC
    31 Brookside Drive
    Greenwich, CT 06836

and

GLAXOSMITHKLINE, INC.,
a successor to S.E. Massengill
1500 K Street, NW
Washington, DC 20036

and

PREMO PHARMACEUTICAL LABORATORIES, INC.
w/s/o Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ 08628

and

LANNETT COMPANY, INC.
a Pennsylvania Corporation,
c/o Samuel Gratz, CEO
9000 State Road
Philadelphia, PA 19136

LIBNY/4455512.4

and

WYETH
5 Giraldi Farms
Madison, NJ 07940

MALLINCKRODT, INC.,
    a Delaware Corporation
675 McDonnell Boulevard
St. Louis, MO 63042

and

PERSON & COVEY, INC.
616 Allen Avenue
Glendale, CA 91221

and

ABBOTT LABORATORIES, INC.
100 Abbott Park Road
Abbott Park, IL 60064
w/s/o CT CORPORATION
1025 Vermont Avenue, NW
Washington, DC 20036

and

MERCK & COMPANY, INC.
P.O. Box 4
West Point, PA 19486
w/s/o CT CORPORATION
1025 Vermont Avenue, NW
Washington, DC 20036

                        Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446, Defendant, Premo Pharmaceutical Laboratories, Inc. ("Premo") files this Notice of Removal and states:

1. On or about July 28, 2005, Plaintiffs Maureen Pizzi and Kathleen Mahoney commenced an action against defendants in the Superior Court for the District of Columbia, Civil Division, as Civil Action No. 05-0005924 ("the Superior Court action"), by filing a complaint for damages. The United States District Court for the District of Columbia is the district embracing the place where the action is pending.

2. A certified copy of all process, pleadings, and orders on file in the Superior Court action as of August 16, 2005 is attached hereto as Exhibit A, and specifically incorporated herein.

3. Defendant Premo received service of process on July 29, 2005. Defendants Bristol-Meyers Squibb Company, Pharmacia and Upjohn Company, GlaxoSmithKline and Mallickrodt, Inc. received service of process on August 1, 2005. Defendants Dart Industries, Inc. and Wyeth received service on August 2, 2005. Defendants Person & Covey, Inc. and Abbott Laboratories, Inc. received service on August 3, 2005. Defendant Lanett Company, Inc. received service on August 9, 2005. Upon information and belief, defendants Eli Lilly and Company, and Merck & Company, Inc. have not received service of process.

4. The original notice of removal was filed within thirty (30) days of the first date in which any defendant to this action was served with a summons and copy of the complaint. Consequently, the notice is timely under 28 U.S.C. §1446 (b).

5.  Based upon the information contained in the complaint, Plaintiffs Maureen Pizzi and Kathleen Mahoney were at the time of the commencement of this action and are at the time of the filing of this Notice of Removal residents of the Commonwealth of Massachusetts.

6.  Upon information and belief, Defendant Eli Lilly and Company was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal an Indiana corporation within its principal place of business in the State of Indiana.

7.  Upon information and belief, Defendant Bristol-Myers Squibb Company was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in the State of New York.

8.  Upon information and belief, Defendant Pharmacia and Upjohn Company was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in the State of Michigan.

9.  Upon information and belief, Defendant Dart Industries, Inc., sued herein as Dart Industries, Inc., a successor to Rexall Drug Company, Inc., was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in the State of Florida.

10. Upon information and belief, Defendant GlaxoSmithKline, sued herein as GlaxoSmithKline, Inc. a successor to S.E. Massengill, was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Pennsylvania corporation with a principal place of business in the Commonwealth of Pennsylvania.

11. Defendant Premo was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a New Jersey corporation with its principal place of business in the State of Connecticut.

12. Upon information and belief, Defendant Lannett Company, Inc. was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Pennsylvania corporation with its principal place of business in the Commonwealth of Pennsylvania.

13. Upon information and belief, Defendant Wyeth, Inc. was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in the State of New Jersey.

14. Upon information and belief, Defendant Mallinckrodt, Inc. was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in the State of Missouri.

15. Upon information and belief, Defendant Person & Covey, Inc. was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a California corporation with its principal place of business in the State of California.

16. Upon information and belief, Defendant Abbott Laboratories, Inc. was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal an Illinois corporation with its principal place of business in the State of Illinois.

17. Upon information and belief, Defendant Merck & Company, Inc. was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a New Jersey corporation with its principal place of business in the State of New Jersey.

18. The Plaintiffs have not stated a dollar figure for their total damages. Plaintiffs have, however, alleged no less than ten causes of action, including two claims for punitive damages, alleging, *inter alia*, "incurred medical expenses for care and treatment," and "physical

and mental pain and suffering." Accordingly, upon information and belief, the matter in controversy in the state action exceeds the sum of $75,000.00, exclusive of interest and costs.

19. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. §1332, and the action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441 (b), because it is a civil action between citizens of different states in which the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

20. Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of 28 U.S.C. §1441 (b) because no Defendant is a citizen of the District of Columbia.

21. All Defendants consent to removal of this action. Copies of consent forms for each such defendant are attached at Exhibit B. Defendant Eli Lilly and Company has not yet been served but, once served, will consent to removal of this action.

22. Pursuant to 28 U.S.C. § 1446(d), Premo will file a Notice of Filing of Notice of Removal with the Superior Court for the District of Columbia, Civil Division and serve it on all parties promptly. A copy of the Notice of Filing of Notice of Removal is attached at Exhibit C.

23. Premo will also promptly serve upon Plaintiffs' counsel a Notice of Removal to All Adverse Parties pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Removal to All Adverse Parties is attached at Exhibit D.

Respectfully submitted,

By: *Sallie F Pullman*
Sallie Pullman (Bar No. 482401)

GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
Spullman@goodwinprocter.com

*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher Garvey, Esq.
Diana M. Rosenberg, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
Drosenberg@goodwinprocter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2005, a copy of the foregoing Notice of Removal was filed and mailed, postage prepared, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

John F. Kuckelman, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
*Attorneys for Eli Lilly and Company*

Sidney G. Leech, Esquire
Malcolm Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Realth, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Defendant Pharmacia and Upjohn Company and Merck & Company, Inc.*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102
*Attorneys for Defendant Dart Industries, Inc.*

Daniel W. Whitney, Esquire
Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland 21204
*Attorneys for GlaxoSmithKline and Mallinckrodt, Inc.*

LIBNY/4455512.4

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201
*Attorneys for Lannett Company, Inc.*

F. Lane Heard III, Esquire
Ashley W. Hardin, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Attorneys for Wyeth*

David D. Hudgins, Esquire
Jodi V. Zagorin, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Alexandria, VA 22314
*Attorneys for Defendant Person & Covey, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 Fifteenth Street
Washington, DC 20005
*Attorneys for Defendant Abbott Laboratories, Inc.*

*/s/ Sallie F. Pullman*
Sallie Pullman (Bar No. 482401)