SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAUREEN A. PIZZI and KATHLEEN MAHONEY,<br><br>          Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY et al.,<br><br>          Defendants. | CIVIL ACTION No. 05-CA-0005924<br><br>Judge John M. Campbell<br><br>Next Event: Initial Conference<br>October 28, 2005  9:30 a.m. |

## CONSENT TO REMOVAL

Mallinckrodt, Inc. acting through its attorneys, Daniel W. Whitney, Esq. and Whitney and Bogris, LLP, hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

*Daniel W. Whitney /SFF*
Daniel W. Whitney, Esq. (D.C. Bar No. 438668)
Whitney and Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, MD  21204

*Attorneys for Defendant Mallinckrodt, Inc.*

LIBNY/4456242.1

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

MAUREEN A. PIZZI and KATHLEEN MAHONEY,

    Plaintiffs,

v.

ELI LILLY AND COMPANY et al.,

    Defendants.

CIVIL ACTION No. 05-CA-0005924

Judge John M. Campbell

Next Event: Initial Conference
October 28, 2005  9:30 a.m.

## CONSENT TO REMOVAL

GlaxoSmithKline, sued herein as "GlaxoSmithKline, Inc. a successor to S.E. Massengill" acting through its attorneys, Daniel W. Whitney, Esq. and Whitney and Bogris, LLP, hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

*Daniel W. Whitney/SFP*
Daniel W. Whitney, Esq. (D.C. Bar No. 438668)
Whitney and Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, MD 21204

*Attorneys for Defendant GlaxoSmithKline*

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAUREEN A. PIZZI and KATHLEEN MAHONEY, | CIVIL ACTION No. 05-CA-0005924 |
| Plaintiffs, | Judge John M. Campbell |
| v. | Next Event: Initial Conference |
| ELI LILLY AND COMPANY et al., | October 28, 2005  9:30 a.m. |
| Defendants. | |

## CONSENT TO REMOVAL

Dart Industries, Inc., acting through its attorneys, John F. Anderson, Esq. and Troutman Sanders, LLP, hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

*John F Anderson* /SFP
John F. Anderson, Esq. (D.C. Bar No. 393764)
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, VA  22102

*Attorneys for Defendant Dart Industries, Inc.*

LIBNY/4455576.2

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAUREEN A. PIZZI and KATHLEEN MAHONEY, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, et al., <br><br> Defendants. | CIVIL ACTION No. 05-CA-0005924 <br><br> Judge John M. Campbell <br><br> Next Event: Initial Conference <br> October 28, 2005  9:30 a.m. |

## CONSENT TO REMOVAL

Pharmacia and Upjohn Company, acting through its attorneys, Elizabeth Ewertt, Esq. and Drinker Biddle and Realth, LLP, hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

*Elizabeth Ewertt* /SEP
Elizabeth Ewertt, Esq. (D.C. Bar No. 479368)
Drinker Biddle and Realth, LLP
1500 K Street, NW, Suite 110
Washington, DC 20005-1209

*Attorneys for Defendants Pharmacia and Upjohn Company*

LIBNY/4455562.2

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAUREEN A. PIZZI and KATHLEEN MAHONEY, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY et al., <br><br> Defendants. | CIVIL ACTION No. 05-CA-0005924 <br><br> Judge John M. Campbell <br><br> Next Event: Initial Conference <br> October 28, 2005  9:30 a.m. |

### CONSENT TO REMOVAL

Bristol-Meyers Squibb Company, acting through its attorneys, Sidney G. Leech and Goodell, DeVries, Leech and Dann, LLP, hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

_____/SFP

Sidney G. Leech, Esq. (D.C. Bar No. 359071)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

*Attorneys for Defendant*
*Bristol-Myers Squibb Company*

LIBNY/4455573.2

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAUREEN A. PIZZI and KATHLEEN MAHONEY,<br><br>              Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY et al.,<br><br>             Defendants. | CIVIL ACTION No. 05-CA-0005924<br><br>Judge John M. Campbell<br><br>Next Event: Initial Conference<br>October 28, 2005  9:30 a.m. |

## CONSENT TO REMOVAL

Lannett Company, Inc., acting through its attorneys, Kathleen M. Bustraan, Esq. and Lord and Whip, P.A., hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

*Kathleen M. Bustraan/SFP*
Kathleen M. Bustraan, Esq. (D.C. Bar No. 489749)
Lord and Whip, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD 21201

*Attorneys for Defendant Lannett Company, Inc.*

LIBNY/4455571.2

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAUREEN A. PIZZI and KATHLEEN MAHONEY,<br><br>          Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY et al.,<br><br>          Defendants. | CIVIL ACTION No. 05-CA-0005924<br><br>Judge John M. Campbell<br><br>Next Event: Initial Conference<br>October 28, 2005  9:30 a.m. |

## CONSENT TO REMOVAL

Wyeth Pharmaceutical, Inc., acting through its attorneys, F. Lane Heard III and Williams and Connolly, LLP, hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

*/s/ F. Lane Heard III*
F. Lane Heard III, Esq. (D.C. Bar No. 291724)
Williams and Connolly, LLP
725 12th Street, NW
Washington, DC  20005

*Attorneys for Defendant*
*Wyeth Pharmaceutical, Inc.*

LIBNY/4455575.2

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

MAUREEN A. PIZZI and KATHLEEN MAHONEY,

          Plaintiffs,

v.

ELI LILLY AND COMPANY et al.,

          Defendants.

CIVIL ACTION No. 05-CA-0005924

Judge John M. Campbell

Next Event: Initial Conference
October 28, 2005 9:30 a.m.

### CONSENT TO REMOVAL

Person & Covey, Inc., acting through its attorneys, Jodi V. Zagorin, Esq. and Hudgins Law Firm, hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

_____
Jodi V. Zagorin, Esq. (D.C. Bar No. 472225)
Hudgins Law Firm
515 King Street
Suite 400
Alexandria, VA 22314

*Attorneys for Defendant Person & Covey, Inc.*

LIBNY/4455555.2

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAUREEN A. PIZZI and KATHLEEN MAHONEY,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY et al.,<br><br>Defendants. | CIVIL ACTION No. 05-CA-0005924<br><br>Judge John M. Campbell<br><br>Next Event: Initial Conference<br>October 28, 2005  9:30 a.m. |

## CONSENT TO REMOVAL

Abbott Laboratories, Inc., acting through its attorneys, Jennifer Gardner Levy and Kirkland & Ellis, hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

*Jennifer Gardner Levy/SFP*
Jennifer Gardner Levy, Esq. (D.C. Bar No. 461921)
Kirkland & Ellis
655 Fifteenth Street, N.W.
Washington, DC 20005-5793

*Attorneys for Defendant Abbott Laboratories, Inc.*

LIBNY/4455568.2

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAUREEN A. PIZZI and KATHLEEN MAHONEY,<br><br>              Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>             Defendants. | CIVIL ACTION No. 05-CA-0005924<br><br>Judge John M. Campbell<br><br>Next Event: Initial Conference<br>October 28, 2005  9:30 a.m. |

## CONSENT TO REMOVAL

Merck & Company, Inc., acting through its attorneys, Elizabeth Ewertt, Esq. and Drinker Biddle and Realth, LLP, hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

                                          _/s/ Elizabeth Ewertt /SFP_
                                          Elizabeth Ewertt, Esq. (D.C. Bar No. 479368)
                                          Drinker Biddle and Realth, LLP
                                          1500 K Street, NW, Suite 110
                                          Washington, DC 20005-1209

                                          _Attorneys for Defendants Merck & Company, Inc._

LIBNY/4456238.1