SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| MAUREEN A. PIZZI and KATHLEEN MAHONEY, | : : : | Civil Action No. 05-CA-0005924 |
|  | : | Judge John M. Campbell |
| Plaintiffs, | : : | Next Event:  Initial Conference |
|  | : | October 28, 2005  9:30 a.m. |
| - vs. - | : : |  |
| ELI LILLY AND COMPANY, et al., | : : |  |
| Defendants. | : : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:  The Clerk of the Court
Superior Court for the District of Columbia
Civil Division

PLEASE TAKE NOTICE, that on August 16, 2005, Defendant Premo

Pharmaceutical Laboratories, Inc. is filing a Notice of Removal of this action to the United States

District Court for the District of Columbia.  A true and correct copy of the Notice of Removal is

annexed hereto.

PLEASE TAKE FURTHER NOTICE that the filing of the Notice of Removal in the United States District Court and the filing of this Notice effect the removal of this action, and pursuant to 28 U.S.C. § 1446(d), the above-captioned action may proceed no further unless and until the case is remanded.

Dated:  Washington, D.C.
        August 16, 2005

                                        Respectfully submitted,

                                        By:  *Sallie F Pullman*

                                        Sallie Pullman (Bar No. 482401)

                                        GOODWIN PROCTER LLP
                                        901 New York Avenue, N.W.
                                        Washington, D.C. 20001
                                        Telephone:  (202) 346-4000
                                        Facsimile:  (202) 346-4444
                                        Spullman@goodwinprocter.com

                                        *Attorneys for Defendant*
                                        *Premo Pharmaceutical Laboratories, Inc.*

                                        Of Counsel:
                                        Christopher Garvey, Esq.
                                        Diana M. Rosenberg, Esq.
                                        GOODWIN PROCTER LLP
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        Telephone (212) 813-8800
                                        Facsimile (212) 355-3333
                                        Cgarvey@goodwinprocter.com
                                        Drosenberg@goodwinprocter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2005, a copy of the foregoing

Notice of Filing of Removal was filed and mailed, postage prepared, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

John F. Kuckelman, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
*Attorneys for Eli Lilly and Company*

Sidney G. Leech, Esquire
Malcolm Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Realth, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Defendant Pharmacia and Upjohn Company and Merck & Company, Inc.*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102
*Attorneys for Defendant Dart Industries, Inc.*

Daniel W. Whitney, Esquire
Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland 21204
*Attorneys for GlaxoSmithKline and Mallinckrodt, Inc.*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201
*Attorneys for Lannett Company, Inc.*

F. Lane Heard III, Esquire
Ashley W. Hardin , Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Attorneys for Wyeth*

David D. Hudgins, Esquire
Jodi V. Zagorin, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Alexandria, VA 22314
*Attorneys for Defendant Person & Covey, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 Fifteenth Street
Washington, DC 20005
*Attorneys for Defendant Abbott Laboratories, Inc.*

Sallie Pullman (Bar No. 482401)