UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------- x
                                :
MAUREEN PIZZI and KATHLEEN MAHONEY,    Case No. _____
                                :
         Plaintiffs,
                                :
        - vs. -
                                :
ELI LILLY AND COMPANY, et al.,
                                :
         Defendants.
                                :
------------------------------- x

### NOTICE OF REMOVAL TO ALL ADVERSE PARTIES

To:   Aaron M. Levine, Esq.
      Aaron M. Levine & Associates, PA
      1320 19th Street, NW
      Suite 500
      Washington, D.C. 20036

PLEASE TAKE NOTICE, that on August 16, 2005, Defendants Premo Pharmaceutical Laboratories, Inc. is filing a Notice of Removal of this action to the United States District Court for the District of Columbia. A true and correct copy of the Notice of Removal is annexed hereto.

LIBNY/4456220.2

This Notice is served upon you as counsel of record for plaintiffs in compliance with 28 U.S.C. § 1446.

Dated: Washington, D.C.
August 16, 2005

Respectfully submitted,

By: _/s/ Sallie F. Pullman_
Sallie Pullman (#482401)

GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
Spullman@goodwinprocter.com

*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher Garvey, Esq.
Diana M. Rosenberg, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
Drosenberg@goodwinprocter.com

LIBNY/4456220.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2005, a copy of the foregoing Notice of Removal to All Adverse Parties was mailed, postage prepared, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

John F. Kuckelman, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
*Attorneys for Eli Lilly and Company*

Sidney G. Leech, Esquire
Malcolm Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Realth, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Defendant Pharmacia and Upjohn Company and Merck & Company, Inc.*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102
*Attorneys for Defendant Dart Industries, Inc.*

Daniel W. Whitney, Esquire
Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland 21204
*Attorneys for GlaxoSmithKline and Mallinckrodt, Inc.*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201
*Attorneys for Lannett Company, Inc.*

F. Lane Heard III, Esquire
Ashley W. Hardin, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Attorneys for Wyeth*

David D. Hudgins, Esquire
Jodi V. Zagorin, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Alexandria, VA 22314
*Attorneys for Defendant Person & Covey, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 Fifteenth Street
Washington, DC 20005
*Attorneys for Defendant Abbott Laboratories, Inc.*

/s/ Sallie F. Pullman
Sallie Pullman (Bar No. 482401)