**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAUREEN PIZZI, et al.** | |
| **Plaintiff,** | |
| **v.** | **Case No.: 05-1648 (RBW)** |
| **ELI LILLY & COMPANY, et al.,** | |
| **Defendants.** | |

**RULE LCvR 7.1 CERTIFICATE**

Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court

for the District of Columbia:

I, the undersigned, counsel of record for Person & Covey, Inc., certify that to the best of

my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of

Person & Covey, Inc. which have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this court may determine the need

for recusal.

Respectfully submitted,

PERSON & COVEY, INC.

/s/ Jodi V. Zagorin
Jodi V. Zagorin (D.C. Bar # 472225)
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300 phone
(703) 739-3700 fax

Dated: August 19, 2005

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 19th day of August 2005, a true and accurate copy of the foregoing has been duly served on counsel of record by the manner indicated on the ECF Notice of Electronic Filing to the following:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates
1320 19th Street, Suite 500
Washington, D.C. 20036
***Attorney for Plaintiff***

Michelle R. Mangrum
Shook, Hardy & Bacon, LLP
Hamilton Square
600 14th Street, N.W.
Washington, D.C. 20005

John Kuckelman, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
***Attorney for Eli Lilly and Company***

Sidney G. Leech, Esquire
Malcolm S. Brisker, Esquire
Goodell, Devries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
***Attorney for Bristol-Myers Squibb Company***

Stephanie Albert, Esquire
Drinker Biddle & Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
***Attorney for Pharmacia & Upjohn Company & Merck & Company, Inc.***

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
***Attorney for Dart Industries, Inc.***

Andrew R. Lewis, Esquire
Goodwin Proctor, LLP
901 New York Avenue, NW
9th Floor East
Washington, D.C. 20006

Christopher J. Garvey, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, New York 10022
*Attorney for Premo Pharmaceutical Laboratories, Inc.*

Kathleen M. Bustraam
Lord & Whip, PA
36 South Charles Street
10th Floor
Baltimore, Maryland 21201
*Attorney for Lannett Company, Inc.*

Janet C. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland 21204
*Attorney for GlaxoSmithKline, Inc. & Mallinckrodt, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C. 20005
*Attorney for Abbott Laboratories, Inc.*

Frank L. Heard, III, Esquire
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
*Attorney for Wyeth, Inc.*

                         /s/ Jodi V. Zagorin