**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAUREEN A. PIZZI<br>94 Wareham Road<br>Plymouth, MA 02360<br><br>and<br><br>KATHLEEN MAHONEY<br>404 Old Town Way<br>Hanover, MA 02339<br><br>                Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br>    w/s/o NATIONAL REGISTERED AGENTS, INC.<br>    1090 Vermont Avenue, NW, # 910<br>    Washington, DC 20005<br><br>and<br><br>BRISTOL-MYERS SQUIBB COMPANY<br>a successor of E.R. SQUIBB & SONS, INC.<br>P.O. Box 4500<br>Princeton, NJ 08543<br>    w/s/o CT CORPORATION<br>    1025 Vermont Avenue, NW<br>    Washington, DC 20005<br><br>and<br><br>PHARMACIA and UPJOHN COMPANY<br>(aka THE UPJOHN COMPANY)<br>100 Route 206 North<br>Peapack, NJ 07977<br>    w/s/o CT CORPORATION<br>    1025 Vermont Avenue, NW<br>    Washington, DC 20005<br><br>and<br><br>DART INDUSTRIES, INC., a successor to<br>REXALL DRUG COMPANY, INC. | No.: 1:05-cv-01648-RBW |

14901 South Orange Blossom Trail
Orlando, FL 32837
       w/s/o Sheila Ann Marie Moeller, Esq.
       Gilbride, Tusa, Last & Spellane, LLC
       31 Brookside Drive
       Greenwich, CT 06836

       and

GLAXOSMITHKLINE, INC.
a successor to S.E. MASSENGILL
1500 K Street, NW
Washington, DC 20036

       and

PREMO PHARMACEUTICAL
LABORATORIES, INC.
       w/s/o Corporation Trust Co.
       820 Bear Tavern Road
       West Trenton, NJ 08628

       and

LANNETT COMPANY, INC.
c/o Samuel Gratz, CEO
9000 State Road
Philadelphia, PA 19136

       and

WYETH, INC.
5 Giraldi Farms
Madison, NJ 07940

       and

MALLINCKRODT, INC.,
a Delaware Corporation,
675 McDonnell Boulevard
St. Louis, MO 63042

       and

PERSON & COVEY, INC.
616 Allen Avenue
Glendale, CA 91221

and

ABBOTT LABORATORIES, INC.
100 Abbott Park Road
Abbott Park, IL 60064
    w/s/o CT CORPORATION
    1025 Vermont Avenue, NW
    Washington, DC 20036

and

MERCK & COMPANY, INC.
P.O. Box 4
West Point, PA 19486
    w/s/o CT CORPORATION
    1025 Vermont Avenue, NW
    Washington, DC 20036

                      Defendants.

## ENTRY OF APPEARANCE

F. Lane Heard, III and the law firm of Williams & Connolly LLP hereby enter their appearance as counsel of record for defendant Wyeth. Mr. Heard is admitted to practice in this Court.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____/ s /_____
    F. Lane Heard III (DC Bar No. 291724)

725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Wyeth*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2005 a true copy of Wyeth's Entry of Appearance was served by U.S. First Class Mail, postage prepaid, to the following:

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

Sidney G. Leech
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, Suite 2000
Baltimore, MD 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert
DRINKER BIDDLE & REATH
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Pharmacia and Upjohn Company and Merck & Company, Inc.*

John F. Anderson
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

John F. Kuckelman
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
*Attorneys for Eli Lilly & Company*

Sallie Pullman
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

James J. Dillon
John Granberry Gransky
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
*Attorneys for Eli Lilly & Company*

David D. Hudgins
Jodi V. Zagorin
HUDGINS LAW FIRM
515 King Street
Suite 400
Alexandria, VA 22314
*Attorneys for Person & Covey, Inc.*

Kathleen Bustraan
LORD & WHIP, PA
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD 21201
*Attorneys for Lannett Company, Inc.*

Jennifer Gardner Levy
KIRKLAND & ELLIS
655 Fifteenth Street, NW
Washington, DC 20005
*Attorneys for Abbott Laboratories, Inc.*

Daniel W. Whitney
Janet Coleman
WHITNEY & BOGRIS
401 Washington Avenue
Twelfth Floor
Towson, MD 21204
*Attorneys for GlaxoSmithKline and Mallinckrodt, Inc.*

                                        / s /
                               Ashley W. Hardin

2