# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MAUREEN A. PIZZI
94 Wareham Road
Plymouth, MA 02360

and

KATHLEEN MAHONEY
404 Old Town Way
Hanover, MA 02339

                Plaintiffs,

v.

ELI LILLY AND COMPANY
Lilly Corporate Center
Indianapolis, IN 46285
    w/s/o NATIONAL REGISTERED AGENTS, INC.
    1090 Vermont Avenue, NW, # 910
    Washington, DC 20005

and

BRISTOL-MYERS SQUIBB COMPANY
a successor of E.R. SQUIBB & SONS, INC.
P.O. Box 4500
Princeton, NJ 08543
    w/s/o CT CORPORATION
    1025 Vermont Avenue, NW
    Washington, DC 20005

and

PHARMACIA and UPJOHN COMPANY
(aka THE UPJOHN COMPANY)
100 Route 206 North
Peapack, NJ 07977
    w/s/o CT CORPORATION
    1025 Vermont Avenue, NW
    Washington, DC 20005

and

DART INDUSTRIES, INC., a successor to
REXALL DRUG COMPANY, INC.
14901 South Orange Blossom Trail

No.:  1:05-cv-01648-RBW

Orlando, FL 32837
 w/s/o Sheila Ann Marie Moeller, Esq.
 Gilbride, Tusa, Last & Spellane, LLC
 31 Brookside Drive
 Greenwich, CT 06836

   and

GLAXOSMITHKLINE, INC.
a successor to S.E. MASSENGILL
1500 K Street, NW
Washington, DC 20036

   and

PREMO PHARMACEUTICAL
LABORATORIES, INC.
 w/s/o Corporation Trust Co.
 820 Bear Tavern Road
 West Trenton, NJ 08628

   and

LANNETT COMPANY, INC.
c/o Samuel Gratz, CEO
9000 State Road
Philadelphia, PA 19136

   and

WYETH, INC.
5 Giraldi Farms
Madison, NJ 07940

   and

MALLINCKRODT, INC.,
a Delaware Corporation,
675 McDonnell Boulevard
St. Louis, MO 63042

   and

PERSON & COVEY, INC.
616 Allen Avenue
Glendale, CA 91221

   and

ABBOTT LABORATORIES, INC.

100 Abbott Park Road
Abbott Park, IL 60064
    w/s/o CT CORPORATION
    1025 Vermont Avenue, NW
    Washington, DC 20036

and

MERCK & COMPANY, INC.
P.O. Box 4
West Point, PA 19486
    w/s/o CT CORPORATION
    1025 Vermont Avenue, NW
    Washington, DC 20036

                Defendants.

## **WYETH'S DISCLOSURE OF CORPORATE AFFILIATIONS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Wyeth, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Wyeth which may have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this court may determine the need for recusal.

                Respectfully submitted,

                WILLIAMS & CONNOLLY LLP

                By: _____/ s /_____
                    F. Lane Heard III (DC Bar No. 291724)

                725 Twelfth Street, NW
                Washington, DC  20005
                Tel:  (202) 434-5000
                Fax:  (202) 434-5029

                *Attorneys for Defendant Wyeth*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 22, 2005 a true copy of Wyeth's Disclosure of Corporate Affiliations was served by U.S. First Class Mail, postage prepaid, to the following:

| | |
|---|---|
| Aaron M. Levine<br>AARON M. LEVINE & ASSOCIATES, PA<br>1320 19th Street, NW<br>Suite 500<br>Washington, DC  20036<br>*Attorneys for Plaintiffs* | Sallie Pullman<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>*Attorneys for Premo Pharmaceutical Laboratories, Inc.* |
| Sidney G. Leech<br>GOODELL, DEVRIES, LEECH & DANN, LLP<br>One South Street, Suite 2000<br>Baltimore, MD  21202<br>*Attorneys for Bristol-Myers Squibb Company* | James J. Dillon<br>John Granberry Gransky<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>World Trade Center West<br>Boston, MA 02210-2600<br>*Attorneys for Eli Lilly & Company* |
| Elizabeth Ewert<br>DRINKER BIDDLE & REATH<br>1500 K Street, NW, Suite 1100<br>Washington, DC 20005-1209<br>*Attorneys for Pharmacia and Upjohn Company and Merck & Company, Inc.* | David D. Hudgins<br>Jodi V. Zagorin<br>HUDGINS LAW FIRM<br>515 King Street<br>Suite 400<br>Alexandria, VA 22314<br>*Attorneys for Person & Covey, Inc.* |
| John F. Anderson<br>TROUTMAN SANDERS LLP<br>1660 International Drive<br>Suite 600<br>McLean, VA  22102<br>*Attorneys for Dart Industries, Inc.* | Kathleen Bustraan<br>LORD & WHIP, PA<br>Charles Center South<br>36 South Charles Street, 10th Floor<br>Baltimore, MD 21201<br>*Attorneys for Lannett Company, Inc.* |
| John F. Kuckelman<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>*Attorneys for Eli Lilly & Company* | Jennifer Gardner Levy<br>KIRKLAND & ELLIS<br>655 Fifteenth Street, NW<br>Washington, DC 20005<br>*Attorneys for Abbott Laboratories, Inc.* |

Daniel W. Whitney
Janet Coleman
WHITNEY & BOGRIS
401 Washington Avenue
Twelfth Floor
Towson, MD 21204
*Attorneys for GlaxoSmithKline and
Mallinckrodt, Inc.*

                                        / s /
                                Ashley W. Hardin