UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAUREEN A. PIZZI and<br>KATHLEEN MAHONEY<br><br>*Plaintiffs,*<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.,*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)  Civil Action No. 05-1648 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT PHARMACIA & UPJOHN COMPANY LLC'S
CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES**

I, the undersigned, counsel of record for Defendant Pharmacia & Upjohn Company LLC f/k/a Pharmacia & Upjohn Company f/k/a The Upjohn Company ("Upjohn"), certify that to the best of my knowledge and belief, Upjohn has the following parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public:

- Pharmacia & Upjohn
- Pharmacia Corporation
- Pfizer, Inc.

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By: _____
Michael J. McManus (#262832)
Elizabeth Ewert (#479368)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465

Dated: August 22, 2005

DC\537380\1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate Required by LCvR 7.1 of the Local Rules was sent, via first-class mail, postage prepaid, on this 22nd day of August, 2005, to:

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES, P.A.
1320 - 19th Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiffs*

Sidney Leech, Esq.
GOODELL, DEVRIES, LEECH &
  DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
*Attorneys for Bristol-Myers Squibb Co.*

David D. Hudgins, Esq.
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA 22314
*Attorneys for Person & Covey, Inc.*

Lawrence H. Martin, Esq.
Foley Hoag, LLP
1875 K Street, N.W. – Ste. 800
Washington, D.C. 20006
*and*
Harley V. Ratliff, Esq.
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
*Attorneys for Eli Lilly and Company*

Kathleen M. Bustraan, Esq.
LORD & WHIP, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD 21201
*Attorneys for Lannett Company, Inc.*

John F. Anderson, Esq.
TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

Daniel Whitney, Esq.
Janet Coleman, Esq.
WHITNEY & BOGRIS, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
*Attorneys for GlaxoSmithKline, Inc. &*
*Attorneys for Mallinckrodt, Inc.*

Sallie F. Pullman, Esq.
GOODWIN & PROCTOR, PC
901 New York Avenue, N.W.
Washington, DC 20001
*Attorneys for Premo Pharmaceutical*
*Laboratories, Inc.*

F. Lane Heard, III, Esq.
Willis N. Sautter, Esq.
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, DC 20005
*Attorneys for Wyeth Pharmaceuticals*

_/s/ Elizabeth Ewert_
Elizabeth Ewert