UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAUREEN A. PIZZI and KATHLEEN MAHONEY,<br><br>   *Plaintiffs,*<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.,*<br><br>   *Defendants.* | Civil Action No. 05-1648 (RBW) |

### DEFENDANT MERCK & CO., INC.'S
### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Defendant Merck & Co., Inc. certify that to the best of my knowledge and belief, Merck & Co. has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By: _/s/ Elizabeth Ewert_
Michael J. McManus (#262832)
Elizabeth Ewert (#479368)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465
*Attorneys for Merck & Co., Inc.*

Dated: August 22, 2005

DC\537384\1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate Required by LCvR 7.1 of the Local Rules was sent, via first-class mail, postage prepaid, on this 22nd day of August, 2005, to:

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES, P.A.
1320 - 19th Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiffs*

Sidney Leech, Esq.
GOODELL, DEVRIES, LEECH &
   DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
*Attorneys for Bristol-Myers Squibb Co.*

John Anderson, Esq.
TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

Lawrence H. Martin, Esq.
FOLEY HOAG, LLP
1875 K Street, N.W., Suite 500
Washington DC 20006
and
James J. Dillon, Esq.
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
*Attorneys for Eli Lilly and Company*

Janet Coleman, Esq.
WHITNEY & BOGRIS, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
*Attorneys for GlaxoSmithKline, Inc.*

Christopher Garvey, Esq.
GOODWIN PROCTOR LLP
599 Lexington Avenue
New York, New York 10022
*Of Counsel for Premo Pharmaceutical Laboratories, Inc.*

Kathleen Bustraan, Esq.
LORD & WHIP, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD 21201
*Attorneys for Lannett Company*

F. Lane Heard, III, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
*Attorneys for Wyeth Pharmaceuticals*

_____
Elizabeth Ewert