IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAUREEN A. PIZZI, et al.　　　　　*

　　Plaintiffs　　　　　　　　　　*

　　　　　　　　　　　　　　　　　　　Civil Action No. 05-CV-1648(RBW)
v.　　　　　　　　　　　　　　　　*

ELI LILLY & COMPANY, et al.　　　*

　　Defendants　　　　　　　　　　*

　　*　*　*　*　*　*　*　*　*

## NOTICE TO ENTER APPEARANCE

Mr. Clerk:

　　Please enter the appearance of Sidney G. Leech, Malcolm S. Brisker and Goodell, DeVries, Leech & Dann, LLP as attorneys for Bristol-Myers Squibb Company in the above-captioned case.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　Sidney G. Leech  (D.C. Bar No. 359071)
　　　　　　　　　　　　　　　　　Malcolm S. Brisker
　　　　　　　　　　　　　　　　　Goodell, DeVries, Leech & Dann, LLP
　　　　　　　　　　　　　　　　　One South Street, 20th Floor
　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　410-783-4000
　　　　　　　　　　　　　　　　　***Attorneys for Defendant***
　　　　　　　　　　　　　　　　　***Bristol-Myers Squibb Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>19th</u> day of August 2005, a copy of Defendant Bristol-Myers Squibb Company's Notice to Enter Appearance was sent by first class mail, postage-prepaid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

John Kuckelman, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108;

Michele R. Mangrum, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004; *Attorneys for Eli Lilly & Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Realth, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Defendant Pharmacia and Upjohn Company and Merck & Company, Inc.*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Christopher J. Garvey, Esquire
Goodwin Proctor, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Janet K. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue – 12th Floor
Towson, Maryland 21204; ***Attorneys for GlaxoSmithKline and Mallinckrodt, Inc.***

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314; ***Attorneys for Person & Covey, Inc.***

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street – 10th Floor
Baltimore, Maryland 21201; ***Attorneys for Lannett Company, Inc.***

Jennifer Gardner Levy, Esquire
Kirkland and Ellis
655 15th Street, N.W.
Washington, D.C. 20005-5793; ***Attorneys for Abbott Laboratories, Inc.***

Frank L. Heard, III, Esquire
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901; ***Attorneys for Wyeth, Inc.***

_____/s/_____
Sidney G. Leech