**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAUREEN PIZZI | * |
| Plaintiff | * |
| v. | Civil Action No. 05-1648 (RBW) |
| | * |
| Eli Lilly and Company, et al | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT MALLINCKRODT, INC.'S LCvR 7.1 CERTIFICATE**

I, the undersigned, counsel of record for Mallinckrodt, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Mallinckrodt, Inc. which have any outstanding securities in the hands of the public:

Tyco International Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____/s/_____
Janet K. Coleman (MD06658)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
12th Floor
Towson, MD  21204
(410) 583-8000
**Attorneys for Mallinckrodt, Inc.**

1