### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAUREEN A. PIZZI, et al. | * | |
|    Plaintiffs | * | |
| v. | * | Case No.: 05-CV-1648(RBW) |
| ELI LILLY AND COMPANY, et al. | * | |
|    Defendants | * | |

\* \* \* \* \* \* \*

### NOTICE OF ENTRY OF APPEARANCE

Dear Mr. Clerk:

    Please enter the appearance of Kathleen M. Bustraan of Lord & Whip, P.A. as attorney for Lannett Company, Inc. in the above captioned case.

                                      */s/ Kathleen M. Bustraan*
                                      Kathleen M. Bustraan
                                      (Bar No.: MD24417)
                                      Lord & Whip, P.A.
                                      Charles Center South
                                      36 S. Charles Street, 10th Floor
                                      Baltimore, Maryland 21201
                                      410 539-5881
                                      Attorneys for Lannett Company, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August, 2005 the following copy of Lannett Company, Inc.'s Notice to Enter Appearance was sent by first class mail, postage pre-paid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

John Kuckelman, Esquire
Shook, Hardy and Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

Michelle R. Mangrum, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, NW, Suite 800
Washington, DC 20005

Elizabeth Ewert, Esquire
Drinker, Biddle and Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

John S. Anderson, Esquire
Troutman Saunders, LLP
1660 International Drive, Suite 600
McClean, Virginia 22102

Christopher J. Garvey, Esquire
Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001

Janet K. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, Maryland 21204

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, NW
Washington, DC 20005-5793

F. Lane Heard, III, Esquire
Williams & Connelly, LLP
725 12th Street, NW
Washington, DC 20005

Sidney G. Leech, Esquire
Goodell Devries Leech & Dann, LLP
1 South Street, 20th Floor
Baltimore, Maryland 21202

                                        */s/ Kathleen M. Bustraan*
                                        Kathleen M. Bustraan

347390