IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN A. PIZZI and<br>KATHLEEN MAHONEY,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>    **Defendants.** | Civil Action No.: 05-1648 (RBW)<br>Next Event: |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of RENEE L. ROBINSON-MEYER of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs MAUREEN A. PIZZI and KATHLEEN MAHONEY in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

/s/ Renee L. Robinson-Meyer
RENEE L. ROBINSON-MEYER,#455375
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046