IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN A. PIZZI and<br>KATHLEEN MAHONEY,<br><br>   Plaintiffs,<br><br>   v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>   Defendants. | ]<br>]<br>]<br>]<br>]<br>]   Civil Action No.: 05-1648 (RBW)<br>]   Next Event:<br>]<br>]<br>] |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of STEVEN J. LEWIS of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs MAUREEN A. PIZZI and KATHLEEN MAHONEY in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046