IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN PIZZI, *et al*,<br><br>                  Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al*.<br><br>                  Defendants. | CIVIL ACTION No. 1:05-cv-01648-RBW |

### **CERTIFICATE UNDER FED. R. CIV. P. 7.1**

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Eli Lilly and Company which have any outstanding securities in the hands of the public.

**Lilly Del Mar, Inc., a British Virgin Islands Corporation**

These representations are made in order that judges of this Court may determine the need for recusal.

                                                  ELI LILLY AND COMPANY
                                                  By its attorneys:

                                                  /s/ James J. Dillon
                                                  James J. Dillon, D.C. Bar # 485593
                                                  Foley Hoag LLP
                                                  155 Seaport Boulevard
                                                  World Trade Center West
                                                  Boston, MA 02210-2600
                                                  (617) 832-1000

Dated: September 7, 2005