IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAUREEN PIZZI, *et al*,

        Plaintiffs,

v.

ELI LILLY AND COMPANY, *et al*.

        Defendants.

CIVIL ACTION No. 1:05-cv-01648-RBW

## CERTIFICATE UNDER FED. R. CIV. P. 7.1

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Eli Lilly and Company which have any outstanding securities in the hands of the public.

**Lilly Del Mar, Inc., a British Virgin Islands Corporation**

These representations are made in order that judges of this Court may determine the need for recusal.

        ELI LILLY AND COMPANY
        By its attorneys:

        /s/ James J. Dillon
        James J. Dillon, D.C. Bar # 485593
        Foley Hoag LLP
        155 Seaport Boulevard
        World Trade Center West
        Boston, MA 02210-2600
        (617) 832-1000

Dated: September 7, 2005