UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN A. PIZZI, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br><br>       Defendants. | Civil Action No. 1:05-CV-01648-RBW |

### NOTICE OF APPEARANCE

The Court will please enter the appearance of Aaron M. Bailey (#484262) as counsel for

the defendant Premo Pharmaceutical Laboratories, Inc., in the above-captioned matter.  I certify

that I am admitted to practice in this court.

GOODWIN PROCTER LLP

By: /s/ Aaron M. Bailey
Aaron M. Bailey, Esq. (Bar # 484262)
Sallie F. Pullman, Esq. (D.C. Bar # 482401)
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
Abailey@goodwinprocter.com
Spullman@goodwinprocter.com
*Attorneys for Defendant Premo*
*Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher Garvey, Esq.
Ryan A. McDonald, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
Rmcdonald@goodwinprocter.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2005, a copy of the above and foregoing has been

duly served upon counsel of record by the manner indicated on the ECF Notice of Electronic

Filing to the following:

Aaron M. Levine, Esquire
Brandon J. Levine, Esquire
Renee L. Robinson-Meyer, Esquire
Steven J. Lewis, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, N.W.
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

James J. Dillon, Esquire
Foley Hoag, LLP
155 Seaport Boulevard
World Trade Center West
Boston, Massachusetts  02210-2600
*Attorneys for Eli Lilly and Company*

Sidney G. Leech, Esquire
Malcolm Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
*Attorneys for Bristol-Meyers Squibb Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Realth, LLP
1500 K Street, N.W., Suite 110
Washington, DC  20005-1209
*Attorneys for Defendant Pharmacia and Upjohn Co.*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102
*Attorneys for Defendant Dart Industries, Inc.*

Janet K. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue

Twelfth Floor
Towson, Maryland  21204
*Attorneys for GlaxoSmithKline*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201
*Attorneys for Lannett Company, Inc.*

F. Lane Heard, III, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Attorneys for Wyeth Pharmaceutical, Inc.*


Janet K. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland  21204
*Attorneys for Mallinckrodt, Inc.*

David D. Hudgins, Esquire
Jodi V. Zagorin, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Washington, DC 22314
*Attorneys for Person & Covey, Inc*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, DC 20005-5793
*Attorneys for Abbot Laboratories, Inc.*

Elizabeth Ewert, Esquire
Drinker, Biddle Realth, LLP
1500 K Street, N.W., Suite 110
Washington, DC  20005-1209
*Attorneys for Merck and Company, Inc.*


/s/ Aaron M. Bailey
Aaron M. Bailey (Bar #484262)