IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAUREEN A. PIZZI, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05 1648 (RGW) |
| ) | |
| ELI LILLY AND CO., et al. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the undersigned attorneys for the Plaintiffs Maureen Pizzi and Kathleen Mahoney, and the Defendant, Abbott Laboratories, Inc., that the above-entitled action is hereby dismissed with prejudice as against Abbott Laboratories, Inc. and without cause to any party hereto as against the other.

Dated:  October 24, 2005

_____
Steven J. Lewis (#472564)
Aaron M. Levin & Associates
1320 19th Street, N.W.
Suite 500
Washington, DC   20005
(202) 833-8040
*Attorney for Plaintiffs*

_____
Jennifer Gardner Levy (#461921)
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC  20005
(202) 879-5000
*Attorneys for Abbott Laboratories*

Approved:  _____
                        Judge

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following individuals by first-class mail, postage prepaid, on the 24th day of October, 2005:

Aaron M. Levine
Steven J. Lewis
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiffs*

John F. Kuckelman
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO   64108
*Attorneys for Eli Lilly and Company*

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland   21202
*Attorney for Bristol-Myers Squibb Co.*

Elizabeth Ewert
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1208
*Attorneys for Merck & Co., Inc*

F. Lane Heard III
Williams & Connolly LLP
725 12th Street, NW
Washington, DC   20005
*Attorneys for Wyeth*

Sallie Pullman
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC   20001
*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102
*Attorneys for Dart Industries*

Daniel W. Whitney
Janet K. Coleman
Whitney & Borgris, LLP
401 Washington Avenue
12th Floor
Towson, MD 21204
*Attorneys for GlaxoSmithKline*

David D. Hudgins
Jodi V. Zagorin
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA   22314
*Attorneys for Person & Covey, Inc.*

Scott H. Christensen
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
*Attorney for Mallinckrodt, Inc.*

Kathleen Bustraan
Lord & Whip, PA
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD   21201
*Attorneys for Lannett Company, Inc.*

_____
Attorney for Defendant Abbott Laboratories