**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MAUREEN A. PIZZI
94 Wareham Road
Plymouth, MA 02360

and

KATHLEEN MAHONEY
404 Old Town Way
Hanover, MA 02339

Plaintiffs,

v.

ELI LILLY AND COMPANY
Lilly Corporate Center
Indianapolis, IN 46285
w/s/o NATIONAL REGISTERED AGENTS, INC.
1090 Vermont Avenue, NW, # 910
Washington, DC 20005

and

BRISTOL-MYERS SQUIBB COMPANY
a successor of E.R. SQUIBB & SONS, INC.
P.O. Box 4500
Princeton, NJ 08543
w/s/o CT CORPORATION
1025 Vermont Avenue, NW
Washington, DC 20005

and

PHARMACIA and UPJOHN COMPANY
(aka THE UPJOHN COMPANY)
100 Route 206 North
Peapack, NJ 07977
w/s/o CT CORPORATION
1025 Vermont Avenue, NW
Washington, DC 20005

and

DART INDUSTRIES, INC., a successor to
REXALL DRUG COMPANY, INC.

No.: 1:05-cv-01648-RBW

14901 South Orange Blossom Trail
Orlando, FL 32837
w/s/o Sheila Ann Marie Moeller, Esq.
Gilbride, Tusa, Last & Spellane, LLC
31 Brookside Drive
Greenwich, CT 06836

and

GLAXOSMITHKLINE, INC.
a successor to S.E. MASSENGILL
1500 K Street, NW
Washington, DC 20036

and

PREMO PHARMACEUTICAL
LABORATORIES, INC.
w/s/o Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ 08628

and

LANNETT COMPANY, INC.
c/o Samuel Gratz, CEO
9000 State Road
Philadelphia, PA 19136

and

WYETH, INC.
5 Giraldi Farms
Madison, NJ 07940

and

MALLINCKRODT, INC.,
a Delaware Corporation,
675 McDonnell Boulevard
St. Louis, MO 63042

and

PERSON & COVEY, INC.
616 Allen Avenue
Glendale, CA 91221

and

ABBOTT LABORATORIES, INC.
100 Abbott Park Road
Abbott Park, IL 60064
w/s/o CT CORPORATION
1025 Vermont Avenue, NW
Washington, DC 20036

and

MERCK & COMPANY, INC.
P.O. Box 4
West Point, PA 19486
w/s/o CT CORPORATION
1025 Vermont Avenue, NW
Washington, DC 20036

Defendants.

**ENTRY OF APPEARANCE**

Ashley W. Hardin of Williams & Connolly LLP hereby enters her appearance as counsel of record for defendant Wyeth. Ms. Hardin is admitted to practice in this Court.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: / s /
Ashley W. Hardin (DC Bar No. 482251)

725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

*Attorney for Defendant Wyeth*

Dated: October 24, 2005