ECF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

MAUREEN A. PIZZI, et al.         )
                                  )
        Plaintiffs                )
                                  )
    v.                            )   CIVIL ACTION NO. 05 1648 (RBW)
                                  )
ELI LILLY AND CO., et al.         )
                                  )
        Defendants.               )

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the undersigned attorneys for the Plaintiffs Maureen Pizzi and Kathleen Mahoney, and the Defendant, Abbott Laboratories, Inc., that the above-entitled action is hereby dismissed with prejudice as against Abbott Laboratories, Inc. and without cause to any party hereto as against the other.

Dated: October 24, 2005

_____          _____
Steven J. Lewis (#472564)           Jennifer Gardner Levy (#461921)
Aaron M. Levin & Associates         Kirkland & Ellis LLP
1320 19th Street, N.W.              655 Fifteenth Street, N.W.
Suite 500                           Suite 1200
Washington, DC  20005               Washington, DC  20005
(202) 833-8040                      (202) 879-5000
*Attorney for Plaintiffs*           *Attorneys for Abbott Laboratories*

Approved: _____
          Judge

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following individuals by first-class mail, postage prepaid, on the 24th day of October, 2005:

Aaron M. Levine
Steven J. Lewis
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiffs*

John F. Kuckelman
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108
*Attorneys for Eli Lilly and Company*

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorney for Bristol-Myers Squibb Co.*

Elizabeth Ewert
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1208
*Attorneys for Merck & Co., Inc*

F. Lane Heard III
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
*Attorneys for Wyeth*

Sallie Pullman
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102
*Attorneys for Dart Industries*

Daniel W. Whitney
Janet K. Coleman
Whitney & Borgris, LLP
401 Washington Avenue
12th Floor
Towson, MD 21204
*Attorneys for GlaxoSmithKline*

David D. Hudgins
Jodi V. Zagorin
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314
*Attorneys for Person & Covey, Inc.*

Scott H. Christensen
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
*Attorney for Mallinckrodt, Inc.*

Kathleen Bustraan
Lord & Whip, PA
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD 21201
*Attorneys for Lannett Company, Inc.*

/s/ Jennifer G. Levy/mh
Attorney for Defendant Abbott Laboratories

2