UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAUREEN PIZZI, et al.**<br><br>    **Plaintiff,**<br><br>v.<br><br>**ELI LILLY & COMPANY, et al.,**<br><br>    **Defendants.** | Case No.: 05-1648 (RBW) |

## STIPULATION OF AND MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Maureen A. Pizzi, by counsel, agrees to dismiss with prejudice the above-referenced case in its entirety as to Defendant Person & Covey, Inc. Plaintiff and Defendant Person & Covey, Inc. have agreed that they will each bear their own attorneys' fees and costs arising from their litigation of this matter.

WHEREFORE, Plaintiff and Defendant Person & Covey, Inc., through their respective counsel, jointly move this Court to dismiss the above-referenced case with prejudice as to Person & Covey, Inc., each party to bear its own attorneys' fees and costs.

| MAUREEN A. PIZZI | PERSON & COVEY, INC. |
|---|---|
| By her attorneys, | By its attorneys, |
| /s/ Aaron M. Levine | /s/ Jodi V. Zagorin |
| Aaron M. Levine (#7864) | Jodi V. Zagorin (#472225) |
| AARON M. LEVINE & ASSOCIATES | HUDGINS LAW FIRM |
| 1320 19th Street, N.W., Suite 500 | 515 King Street, Suite 400 |
| Washington, D.C. 20036 | Alexandria, VA 22314 |
| Telephone: 202-833-8040 | Telephone: 703-739-3300 |
| *Counsel for Plaintiff* | *Counsel for Person & Covey, Inc.* |

Dated: November 2, 2005