UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAUREEN PIZZI and KATHLEEN
MAHONEY

        Plaintiffs,

v.

ELI LILLY AND COMPANY, ET AL.,

        Defendants.

Civil Action No. 05-cv-01648 (RBW)

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.

The parties, Plaintiffs Maureen Pizzi and Kathleen Mahoney, through their undersigned counsel, Aaron M. Levine of Aaron M. Levine & Associates, and Defendant, Premo Pharmaceutical Laboratories, Inc., by its undersigned counsel, Aaron Bailey, of Goodwin Procter LLP, and pursuant to the R. Civ. P. 41, hereby stipulate and agree that the Complaint and this entire case be Dismissed with Prejudice as to Premo Pharmaceutical Laboratories, Inc. only.

_[signature]_
Aaron M. Levine (Bar #7864)
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washinton, D.C. 20036
(202) 833-8040
*Attorneys for Plaintiffs*
*Maureen Pizzi and*
*Kathleen Mahoney*

Respectfully Submitted,

_[signature]_
Aaron M. Bailey (Bar # 484262)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 346-4000
*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher J. Garvey, Esq.
Diana M. Rosenberg, Esq.
GOODWIN PROCTER, LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

LIBNY/4496799.1

IT IS SO ORDERED:

Dated: _____, 2006

_____
The Honorable Reggie B. Walton
District Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February, 2006, a copy of the foregoing Praecipe of Dismissal with Prejudice was mailed, postage prepaid, to all parties:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

John F. Kuckelman, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
*Attorneys for Eli Lilly and Company*

Sidney G. Leech, Esquire
Malcolm Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Realth, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Defendant Pharmacia and Upjohn Company and Merck & Company, Inc.*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102

*Attorneys for Defendant Dart Industries, Inc.*

Daniel W. Whitney, Esquire
Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland 21204
*Attorneys for GlaxoSmithKline and Mallinckrodt, Inc.*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201
*Attorneys for Lannett Company, Inc.*

F. Lane Heard III, Esquire
Ashley W. Hardin , Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Attorneys for Wyeth*

David D. Hudgins, Esquire
Jodi V. Zagorin, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Alexandria, VA 22314
*Attorneys for Defendant Person & Covey, Inc.*

                                          _____
                                          Aaron M. Bailey (Bar # 484262)