UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAUREEN PIZZI<br>      and<br> KATHLEEN MAHONEY | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 05-1648 |
| Eli Lilly and Company, et al | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL

Plaintiffs Maureen Pizzi and Kathleen Mahoney and GlaxoSmithKline ("GSK") one of the defendants, by their respective undersigned counsel, hereby stipulate that the Complaint filed by Maureen Pizzi and Kathleen Mahoney against GSK is dismissed with prejudice as to GSK and without costs to either party.


_____/s/_____          _____/s/_____
Janet K. Coleman, Esquire                    Aaron M. Levine, Esquire
WHITNEY & BOGRIS, LLP                    1320 19th Street., N.W., Suite 500
401 Washington Avenue                       Washington, D.C. 20036
Towson, MD 21204

**Attorneys for SMITHKLINE BEECHAM**          **Attorneys for Plaintiffs**
**CORPORATION d/b/a GLAXOSMITHKLINE**

IT IS SO ORDERED:

Dated:_____          _____
                                                                              Judge