UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAUREEN PIZZI, et al           *

    Plaintiffs                *

v.                              *        Civil Action No. 05-1648

Eli Lilly and Company, et al   *

    Defendants                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL

Plaintiff Maureen Pizzi and Mallinckrodt, Inc. ("Mallinckrodt") one of the defendants, by their respective undersigned counsel, hereby stipulate that the Complaint filed by Maureen Pizzi against Mallinckrodt is dismissed with prejudice as to Mallinckrodt and without costs to either party.


_____/s/_____          _____/s/_____
Janet K. Coleman, Esquire            Aaron M. Levine, Esquire
WHITNEY & BOGRIS, LLP                1320 19th Street., N.W., Suite 500
401 Washington Avenue                Washington, D.C. 20036
Towson, MD 21204

**Attorneys for Mallinckrodt, Inc.**           **Attorneys for Plaintiff**

IT IS SO ORDERED:

Dated:_____              _____
                                     Judge