IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN A. PIZZI and<br>KATHLEEN MAHONEY,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>    **Defendants.** | Civil Action No.: 05-1648 (RBW)<br>Next Event: Initial Scheduling Conference<br>on March 1, 2006 at 9:00 a.m. |

## [PROPOSED] SCHEDULING ORDER

The parties propose the following schedule:

May 30, 2006: Deadline for serving Discovery Requests.

June 29, 2006: Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

August 1, 2006: Deadline for defendants to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

September 29, 2006: All Discovery closed. The parties agree that experts may be deposed until the close of discovery.

October 30, 2006: Deadline for Filing Dispositive Motions.

December 2006: Pre-Trial Conference.

DATED: _____       _____
                                                                      REGGIE B. WALTON
                                                                      United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | FOLEY HOAG LLP |
| /s/ Aaron M. Levine | /s/ James J. Dillon (by permission-rm) |
| AARON M. LEVINE, #7864 | JAMES J. DILLON, #485593 |
| 1320 19th Street, N.W., Suite 500 | 155 Seaport Boulevard |
| Washington, DC  20036 | Boston, MA  02210 |
| 202-833-8040 | 617-832-1000 |
| Counsel for Plaintiffs | and |
|  | Lawrence H. Martin, Esq. |
|  | FOLEY HOAG LLP |
|  | 1875 K Street, N.W., Suite 500 |
|  | Washington, DC  20006 |
|  | 202-223-1200 |
|  | Counsel for Defendant Eli Lilly and Company |
|  | GOODELL, DEVRIES, LEECH & DANN LLP |
|  | /s/ Sidney G. Leech (by permission-rm) |
|  | SIDNEY G. LEECH, #359071 |
|  | One South Street, 20th Floor |
|  | Baltimore, MD  21202 |
|  | 410-783-4000 |
|  | Counsel for Defendant Bristol-Myers Squibb |
|  | TROUTMAN SANDERS LLP |
|  | /s/ John F. Anderson (by permission-rm) |
|  | JOHN F. ANDERSON, #393764 |
|  | 1660 International Drive, Suite 600 |
|  | McLean, VA  22102 |
|  | 703-734-4356 |
|  | Counsel for Defendant Dart Industries, Inc. |

DRINKER BIDDLE & REATH LLP

 /s/ Elizabeth Ewert   (by permission-rm)
ELIZABETH EWERT, #479368
1500 K Street, N.W., Suite 1100
Washington, DC   20005-1209
202-842-8800

Counsel for Defendants Pharmacia & Upjohn
    Company LLC and Merck & Co., Inc.

WILLIAMS & CONNOLLY LLP

 /s/ F. Lane Heard, III (by permission-rm)
F. LANE HEARD, III, #291724
725 12th Street, N.W.
Washington, DC 20005
202-434-5000

Counsel for Defendant Wyeth


LORD & WHIP, P.A.

 /s/ Kathleen M. Bustraan (by permission-rm)
KATHLEEN M. BUSTRAAN, #MD24417
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD   21201
410-539-5881

February 21, 2006           Counsel for Defendant Lannett Company, Inc.