UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN A. PIZZI, <u>et</u> <u>al</u>., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2062 (RBW) |
| ) | |
| ELI LILLY & CO., <u>et</u> <u>al</u>., ) | |
| ) | |
| Defendants. ) | |

**<u>SCHEDULING ORDER</u>**

The parties appeared before the Court on March 1, 2006, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 2nd day of March, 2006, hereby **ORDERED** that

1.    The case shall be placed on the standard track.

2.    The parties agree to dispense with initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3.    The parties agree to serve all discovery requests by May 30, 2006.

4.    The plaintiffs shall serve their expert reports pursuant to Rule 26(a)(2) by June 29, 2006, and the defendants shall serve its expert reports pursuant to Rule 26(a)(2) by August 1, 2006.

5.    Discovery shall be concluded by September 29, 2006.

6.    This matter shall be referred to Magistrate Judge Kay for a period of sixty days, commencing on October 2, 2006 and concluding on December 1, 2006, for settlement discussions.

7.    Any dispositive motions shall be filed by October 27, 2006, any oppositions shall be filed by November 24, 2006, and any reply thereto shall be filed by December 8, 2006.

8.        A status conference shall be held on March 9, 2007 at 9:00 a.m. in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C.  20001.

**SO ORDERED.**

                                          REGGIE B. WALTON
                                        United States District Judge