UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAUREEN PIZZI, *et al.*        )
                                )
            *Plaintiff,*   )
                                )
     v.                      )    Civil Action No.: 1:05-cv-01648 (RBW)
                                )
ELI LILLY AND COMPANY, *et al.,*  )
                                )
           *Defendants.*  )

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please note the withdrawal of Brooke E. McDonough as counsel in this case for

Defendants Pharmacia & Upjohn Company and Merck and Company, Inc.


Respectfully submitted,



By:____/s/ Brooke E. McDonough_____
     Brooke E. McDonough (#D00249)
     Elizabeth Ewert (#479368)
     DRINKER BIDDLE & REATH LLP
     1500 K Street, N.W., Suite 1100
     Washington, D.C. 20005-1209
     Telephone: 202/842-8800
     Telecopier: 202/842-8465
      * Not a member of the District of Columbia
     Bar. Supervised by Elizabeth Ewert, a member
     of the District of Columbia Bar

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance

was sent, via first-class mail, postage prepaid, on this 14th of July, 2006, to:

Aaron M. Levine, Esq.
AARON M. LEVINE &
 ASSOCIATES, P.A.
1320 - 19th Street, N.W.
Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiffs*

James J. Dillon
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
        and
Lawrence Martin
FOLEY HOAG LLP
1875 K Street, N.W., Suite 800
Washington, D.C. 20006
*Attorneys for Eli Lilly and Company*

Malcolm S. Brisker
Sidney G. Leech
GOODELL, DEVRIES, LEECH & DANN,
LLP
One South Street Suite 2000
Baltimore, MD 21202
*Attorneys for Bristol Myers Squibb Company*

John Anderson, Esq.
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

Janet Coleman, Esq.
WHITNEY & BOGRIS, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
*Attorneys for GlaxoSmithKline, Inc.
and Mallinckrodt, Inc.*

Sallie Fairlight Pullman
Aaron M. Bailey
GOODWIN PROCTER LLP
901 New York Avenue, NW
Suite 900
Washington, DC 20001
*Attorneys for Premo Pharmaceutical
    Laboratories, Inc.*

David D. Hudgins
Jodi V. Zagorin
HUDGINS LAW FIRM
515 King Street
Suite 400
Alexandria, VA 22314
*Attorneys for Person & Covey, Inc.*

Jennifer Gardner Levy
KIRKLAND & ELLIS
Civil Litigation
655 15th Street NW
Washington, DC 20005-5793
*Attorneys for Abbott Laboratories, Inc.*

Kathleen M. Bustraan, Esq.
LORD & WHIP, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201
*Attorneys for Lannett Company, Inc.*

F. Lane Heard, Esq.
WILLIAMS AND CONNELLY, LLC
725 Twelfth Street, N.W.
Washington, DC 20005-5901
*Attorneys for Wyeth, Inc.*


 /s/ Brooke E. McDonough
    Brooke E. McDonough