UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAUREEN PIZZI, et al.,            )
                                  )
            Plaintiffs,           )
                                  )   Civil Action No. 1:05cv01648 (RBW)
v.                                )
                                  )
ELI LILLY AND COMPANY, et al.,    )
                                  )
            Defendants.           )

## STIPULATION DISMISSING DART INDUSTRIES, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the plaintiffs Maureen Pizzi and Kathleen Mahoney and defendant Dart Industries, Inc. (formerly known as Rexall Drug Company), that the above-entitled action be dismissed with prejudice as against Dart Industries, Inc. and without costs to any party hereto as against the other.

STIPULATED AND AGREED TO:

_____          _____
Aaron M. Levine                          John F. Anderson
D.C. Bar # 7864                          D.C. Bar # 393764
Attorneys for Plaintiffs                 Attorneys for Defendant
Aaron M. Levine & Associates             Dart Industries, Inc.
1320 19th Street, N.W.                   Troutman Sanders LLP
Suite 500                                1660 International Dr., Suite 600
Washington, DC 20036                     McLean, Virginia 22102
(202) 833-8040                           (703) 734-4356