IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIZZI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND CO., *et al.*, <br><br> Defendants. | CIVIL ACTION <br> NO. 05-1648 (RBW) |

# STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT WYETH

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Kathleen Mahoney hereby dismisses the above-referenced action as to defendant Wyeth with prejudice and without costs to any party. All rights of appeal are hereby waived.

**Plaintiff Kathleen Mahoney**

By her attorneys,

_____/s/_____
Aaron M. Levine
Steven J. Lewis
**AARON M. LEVINE & ASSOCIATES**
1320 Nineteenth Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040

**Defendant Wyeth,**

By its attorneys,

_____/s/_____
F. Lane Heard III
Ashley W. Hardin
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

IT IS SO ORDERED.

DATED: _____, 2006

_____
The Honorable Reggie B. Walton
District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2006 a true copy of Stipulation of Dismissal with Prejudice of Defendant Wyeth was served by U.S. First Class Mail, postage prepaid, to the following:

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

Sidney G. Leech
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, Suite 2000
Baltimore, MD 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert
DRINKER BIDDLE & REATH
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Pharmacia and Upjohn Company and Merck & Company, Inc.*

John F. Anderson
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

John F. Kuckelman
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
*Attorneys for Eli Lilly & Company*

Sallie Pullman
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

James J. Dillon
John Granberry Gransky
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
*Attorneys for Eli Lilly & Company*

David D. Hudgins
Jodi V. Zagorin
HUDGINS LAW FIRM
515 King Street
Suite 400
Alexandria, VA 22314
*Attorneys for Person & Covey, Inc.*

Kathleen Bustraan
LORD & WHIP, PA
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD 21201
*Attorneys for Lannett Company, Inc.*

Jennifer Gardner Levy
KIRKLAND & ELLIS
655 Fifteenth Street, NW
Washington, DC 20005
*Attorneys for Abbott Laboratories, Inc.*

Daniel W. Whitney
Janet Coleman
WHITNEY & BOGRIS
401 Washington Avenue
Twelfth Floor
Towson, MD 21204
*Attorneys for GlaxoSmithKline and
Mallinckrodt, Inc.*

                                                  / s /
                                   Ashley W. Hardin