IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

MAUREEN A. PIZZI, et al.           *

    Plaintiffs                          *

v.                                 *       Case No.: 05-CV-1648(RBW)

ELI LILLY AND COMPANY, et al.      *

    Defendants                         *

        *    *    *    *    *    *    *

## LANNETT COMPANY, INC.'S EXPERT WITNESS DISCLOSURE STATEMENT

Lannett Company, Inc., Defendant, by its undersigned counsel and pursuant to Fed. R. Civ. Proc. 26(a)(2) and in accordance with the Court's Pre-Trial Scheduling Order, hereby submits its Expert Witness Disclosure Statement, and states as follows:

    A.    Lannett Company, Inc. reserves the right to present expert testimony from any physician or health care provider who has treated the plaintiff at her request or on her behalf at any time.

    B.    Lannett Company, Inc. hereby adopts the expert witness designations and reports disclosed by the co-defendants in this action to the extent those opinions are not in conflict with Lannett Company, Inc.'s positions in this matter, and reserves the right to present expert witness evidence from any witness designated or identified by any party in this case. Lannett Company, Inc. also reserves the right to call any expert witness identified, designated or called by the

plaintiff in this action. This disclosure is not a waiver of Lannett Company, Inc.'s right to object to the relevance of proposed testimony, or otherwise to object to the proposed testimony of the experts designated by the plaintiff or defendants.

C.   Lannett Company, Inc. reserves the right to amend and supplement its expert witness designations since discovery is ongoing, reserves the right to designate additional expert witnesses as rebuttal witnesses, and reserves the right to enlarge the scope of a given witness' testimony as discovery progresses and as necessary to rebut evidence given by witnesses for other parties.

Respectfully submitted,

/s/ *Kathleen M. Bustraan*
Kathleen M. Bustraan
(Bar No.: MD24417)
Lord & Whip, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201
(410) 539-5881

Attorney for Defendant,
Lannett Company, Inc.

363298

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on this 1st day of August, 2006 a copy of the foregoing Expert Witness Disclosure Statement was electronically filed and served on the following parties by regular mail, postage prepaid:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

James J. Dillon, Esquire
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210

Elizabeth Ewert, Esquire
Drinker, Biddle and Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

Lawrence H. Martin, Esquire
Foley Hoag LLP
1875 K Street, NW
Suite 800
Washington, DC 20006-1238

/s/ *Kathleen M. Bustraan*
Kathleen M. Bustraan