## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAUREEN A. PIZZI, et al.                                *

      Plaintiffs                                       *

                                      Civil Action No. 05-CV-1648(RBW)

v.                                                      *

ELI LILLY & COMPANY, et al.                             *

      Defendants                                      *

     *     .*     *     *     *     *     *     *     *

## PRAECIPE OF DISMISSAL WITH PREJUDICE

Mr. Clerk:

Please be advised that the Plaintiffs in the above-captioned case, acting through

their counsel, Aaron M. Levine & Associates, P.A., and the Defendant, Bristol-Myers

Squibb Company, acting through its attorney, Sidney G. Leech and Goodell, DeVries,

Leech & Dann, LLP, have reached a settlement agreement in the above-captioned case.

These parties agree to the dismissal "with prejudice" of the above-captioned case as to

the Defendant, Bristol-Myers Squibb Company, only.


_____
Aaron M. Levine (D.C. Bar No. 7864)
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036
(202) 833-8040
*Attorneys for Plaintiffs*

_____
Sidney G. Leech (D.C. Bar No. 359071)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
*Attorneys for Defendant,*
*Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __17th August__ day of ~~July~~, 2006, a copy of a Praecipe

of Dismissal With Prejudice as to Defendant Bristol-Myers Squibb Company was mailed

via first class mail, postage-prepaid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036; *Attorneys for Plaintiffs*

Lawrence H. Martin, Esquire
Foley Hoag, LLP
1875 K Street, N.W.
Washington, D.C.  20006

James J. Dillon, Esquire
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02210; *Attorneys for Eli Lilly and Company*

Elizabeth Ewert, Esquire
Brooke E. McDonough, Esquire
Drinker, Biddle Realth, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C.  20005-1209; *Attorneys for Defendant  Pharmacia and Upjohn Company and Merck & Company, Inc.*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Christopher J. Garvey, Esquire
Goodwin Proctor, LLP
901 New York Avenue, N.W.
Washington, D.C.  20001; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street – 10th Floor
Baltimore, Maryland  21201; *Attorneys for Lannett Company, Inc.*

2

Frank L. Heard, III, Esquire
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901; *Attorneys for Wyeth, Inc.*

_____
Sidney G. Leech