UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN PIZZI, *et al.* ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No.: 1:05-cv-01648 (RBW) |
| ) | |
| ELI LILLY AND COMPANY, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## STIPULATION OF AND MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Maureen Pizzi ("Plaintiff"), and Defendant Pharmacia & Upjohn Company LLC f/k/a The Upjohn Company ("Upjohn"), have reached a confidential settlement of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Upjohn. Further, Plaintiff and Defendant Upjohn have agreed that Plaintiff and Defendant Upjohn will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiff and Defendant Upjohn, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Upjohn each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| AARON M. LEVINE & ASSOCIATES | DRINKER BIDDLE & REATH, LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Aaron M. Levine (#7864) | Elizabeth Ewert (#479368) |
| 1320 - 19th Street, N.W., Suite 500 | 1500 K Street, N.W., Suite 1100 |
| Washington, D.C. 20036 | Washington, D.C. 20005-1209 |
| Telephone: 202/833-8040 | Telephone: 202/842-8800 |
| *Counsel for Plaintiff* | *Counsel for Defendant Upjohn Company LLC.* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation and Motion for Dismissal was sent, via first-class mail, postage prepaid, on this 29th August of ~~June,~~ 2006, to:

Aaron M. Levine, Esq.
AARON M. LEVINE &
 ASSOCIATES, P.A.
1320 - 19th Street, N.W.
Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiffs*

James J. Dillon
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
 and
Lawrence Martin
FOLEY HOAG LLP
1875 K Street, N.W., Suite 800
Washington, D.C. 20006
*Attorneys for Eli Lilly and Company*

Malcolm S. Brisker
Sidney G. Leech
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street Suite 2000
Baltimore, MD 21202
*Attorneys for Bristol Myers Squibb Company*

John Anderson, Esq.
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

Janet Coleman, Esq.
WHITNEY & BOGRIS, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
*Attorneys for GlaxoSmithKline, Inc. and Mallinckrodt, Inc.*

Sallie Fairlight Pullman
Aaron M. Bailey
GOODWIN PROCTER LLP
901 New York Avenue, NW
Suite 900
Washington, DC 20001
*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

David D. Hudgins
Jodi V. Zagorin
HUDGINS LAW FIRM
515 King Street
Suite 400
Alexandria, VA 22314
*Attorneys for Person & Covey, Inc.*

Jennifer Gardner Levy
KIRKLAND & ELLIS
Civil Litigation
655 15th Street NW
Washington, DC 20005-5793
*Attorneys for Abbott Laboratories, Inc.*

Kathleen M. Bustraan, Esq.
LORD & WHIP, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201
*Attorneys for Lannett Company, Inc.*

- 2 -

F. Lane Heard, Esq.
WILLIAMS AND CONNELLY, LLC
725 Twelfth Street, N.W.
Washington, DC 20005-5901
*Attorneys for Wyeth, Inc.*

_____
Brooke E. McDonough