IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN PIZZI, *et al*,<br><br>        Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al*.<br><br>        Defendants. | CIVIL ACTION No. 1:05-cv-01648-RBW |

**AFFIDAVIT OF LYNN M. ZUCHOWSKI
IN SUPPORT OF ELI LILLY AND COMPANY'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

     I, Lynn M. Zuchowski, being first sworn on oath, say that the following is true and correct:

     1.     I am an attorney at Foley Hoag LLP, counsel for Eli Lilly and Company ("Lilly") in this action. I am duly admitted to practice in the District of Massachusetts.

     2.     Attached as Exhibit 1 is a true copy of the Complaint in this action.

     3.     Attached as Exhibit 2 is a true copy of Maureen A. Pizzi's Answers to Defendant Eli Lilly and Company's Amended Uniform Preliminary Request for Information.

     4.     Attached as Exhibit 3 is a true copy of excerpts from the deposition transcript of Maureen A. Pizzi.

     5.     Attached as Exhibit 4 is a true copy of the November 20, 1986 medical record of Maureen Pizzi.

     6.     Attached as Exhibit 5 is a true copy of a December 1, 1987 medical record.

     7.     Attached as Exhibit 6 is a true copy of a December 2, 1987 letter from Dr. Berger to Dr. Spiegel.

8. Attached as Exhibit 7 is a true copy of an October 2, 1990 letter from Maureen Pizzi to Dr. Berger's Secretary Ellen and an October 5, 1990 letter from Dr. Berger to Maureen A. Pizzi.

9. Attached as Exhibit 8 is a true copy of excerpts from the deposition transcript of Dr. Merle Berger.

10. Attached as Exhibit 9 is a true copy of a January 20, 1993 medical record.

11. Attached as Exhibit 10 is a true copy of Kathleen Mahoney's Responses to Defendants' Amended Uniform Preliminary Requests for Information.

12. Attached as Exhibit 11 is a true copy of excerpts from the deposition transcript of Kathleen Mahoney.

13. Attached as Exhibit 12 is a true copy of a July 28, 1994 medical record.

14. Attached as Exhibit 13 is a true copy of an April 27, 1999 medical record.

15. Attached as Exhibit 14 is a true copy of excerpts from the deposition of Dr. Richard Reindollar.

16. Attached as Exhibit 15 is a true copy of excerpts from a December 2, 1999 medical record.

17. Attached as Exhibit 16 is a true copy of a January 20, 2000 letter from Dr. Reindollar to Dr. Keogh.

18. Attached as Exhibit 17 is a true copy of excerpts from the results of Internet searches at hhtp://www.yahoo.com and http://www.google.com relating to DES and infertility.

19. Attached as Exhibit 18 are true copies of the results of an Internet Archive search, performed at http://www.archive.org, for the DES Action web site and results of searches of the

archived web pages of www.desaction.org relating to DES, infertility, and attorney referrals for legal claims against DES manufacturers.

20.     Attached as Exhibit 19 is a true copy of "Making Babies: More than a million couples seek treatment for infertility each year," Time Magazine, September 30, 1991.

21.     Attached as Exhibit 20 is a true copy of "Women, DES and Decades of Desolation," USA Today, November 25, 1991.

22.     Attached as Exhibit 21 is a true copy of Julie Kimball, *Quilt, Dreams Weave A New Story*, BOSTON GLOBE, February 8, 1999.

23.     Attached as Exhibit 22 is a true copy of Nathan Cobb, *A Net Gain For Motherhood - Hopeful Parents Using Web To Locate A Surrogate Mom*, BOSTON GLOBE, June 1, 1998.

24.     Attached as Exhibit 23 is a true copy of *Ask Your Mother*, BOSTON GLOBE, June 11, 1995.

25.     Attached as Exhibit 24 is a true copy of Beverly Beckham, *Op-Ed, Still Learning From DES Flaws*, BOSTON HERALD, Jan. 17, 1996.

26.     Attached as Exhibit 25 is a true copy of excerpts from the results of Internet search from www.pubmed.gov relating to exposure *in utero* to diethylstilbestrol.

27.     Attached as Exhibit 26 is a true copy of Indices of Popular Literature and citations therein to diethylstilbestrol.

28.     Attached as Exhibit 27 is a true copy of the results of a search of Massachusetts media sources conducted at hhtp://www.westlaw.com relating to DES.

29.     Attached as Exhibit 28 is a true copy of 11 Get $42.3M In DES Lawsuit, BOSTON GLOBE, January 9, 1994.

30. Attached as Exhibit 29 is a true copy of News In Brief, *DES Women Awarded $42.3M*, BOSTON HERALD, Jan. 9, 1994.

*[signature]*
Lynn M. Zuchowski

COMMONWEALTH OF MASSACHUSETTS

Suffolk County, ss.

On this 27th day of October, 2006, before me, the undersigned Notary Public, personally appeared the above-named Lynn M. Zuchowski, proved to me by satisfactory evidence of identification, being (check whichever applies):  ☐ driver's license or other state or federal governmental document bearing a photographic image, ☐ oath or affirmation of a credible witness known to me who knows the above signatory, or ☐ my own personal knowledge of the identity of the signatory, to be the person whose name is signed above, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.

*[signature]*
(Print Name of Notary Public):
My commission expires:



WENDY MATTO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 28, 2009

B3272181.2

- 4 -