# Exhibit 3

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLUMBIA

 3

 4    MAUREEN A. PIZZI, et al.

 5          Plaintiffs

 6    vs.                              Civil Action No.

 7                                     05-CV-1648(RBW)

 8    ELI LILLY & COMPANY, et al.

 9          Defendants

10    _____/

11

12

13          The deposition of MAUREEN A. PIZZI, was held on

14    Monday, July 17, 2006, commencing at 9:23 a.m., at the

15    Law Offices of Foley Hoag LLP, 1875 K Street, N.W.,

16    Suite 800, Washington, D.C. 20006-1238, before Robert

17    A. Shocket, a Notary Public.

18

19

20

21    REPORTED BY: Robert A. Shocket
```

Page 2

```
 1    APPEARANCES:
 2                    BRANDON J. LEVINE, ESQUIRE
 3                        On behalf of Plaintiffs
 4                        Maureen A. Pizzi, et al.
 5                        Law Offices of Aaron M. Levine
                          & Associates
 6                        1320 19th Street, N.W.
                          Suite 500
 7                        Washington, D.C. 20036
                          (202)833-8040 Voice
 8                        (202)833-8046 Fax
                          levbran@aol.com
 9
                      SIDNEY G. LEECH, ESQUIRE
10                        On behalf of Defendant
                          Bristol-Myers Squibb Company
11                        Goodell, DeVries, Leech & Dann
                          One South Street, 20th Floor
12                        Baltimore, Maryland 21202
                          (410)783-4000 Voice
13                        (410)783-4040 Fax
                          sgl@gdldlaw.com
14
                      LYNN M. ZUCHOWSKI, ESQUIRE
15                    SARAH A. ALTSCHULLER, ESQUIRE
                          On behalf of Defendant
16                        Eli Lilly & Company
                          Foley Hoag LLP
17                        Seaport World Trade Center West
                          155 Seaport Boulevard
18                        Boston, Massachusetts 02210-2600
                          (617)832-3078 Voice
19                        (617)832-7000
                          lzuchowski@foleyhoag.com
20
21
```

```
                                                            Page 3
 1   APPEARANCES: (Cont.)

 2

 3              KATHLEEN M. BUSTRAAN, ESQUIRE

 4                   On behalf of Defendant

 5                   Lannett Company, Inc.

 6                   Lord & Whip

 7                   36 South Charles Street

 8                   10th Floor

 9                   Baltimore, Maryland 21201

10                   (410)539-5881 Voice

11                   (410)685-6726

12                   bustraan@lordwhip.com

13

14

15

16

17

18

19

20

21
```

Page 16

1  A   I sprained my ankle a couple times. I went
2  to the doc for that. Other than that, no.
3  Q.  All right. When did your mother first talk
4  to you about whether or not you had been exposed to DES
5  if she did?
6  A   I found out I was exposed to DES at the
7  same, around age 13 at my pediatrician's office, Dr.
8  Tardiff, when she expressed that she had taken DES and
9  she was concerned about cancer. That's what initiated
10 the first internal.
11 Q.  And was this a conversation that you
12 overheard between your mother and Dr. Tardiff?
13 A   Yes.
14 Q.  Tell me the substance of that conversation.
15 A   After that conversation, I had my first
16 internal.
17 Q.  No. I mean, what was the substance of what
18 your mother said to Dr. Tardiff and what Dr. Tardiff
19 said to your mother?
20 A   Oh. She just explained that she had taken
21 DES and she had heard that children of my age had risk

```
 1    of cancer.  And he fully understood and said well, what

 2    we'll do is we'll do internals and get her on a regular

 3    OB/GYN treatment.

 4         Q.   Did your mother use the term DES?

 5         A    Yes.

 6         Q.   Had you ever heard that term before?

 7         A    Not before that, no.

 8         Q.   Did you ever ask your mother after that any

 9    questions about DES?

10         A    I asked her what it was, yes.

11         Q.   And what did she tell you?

12         A    She told me it was a medication she took

13    for all three of us children in order to keep her

14    pregnancy full term.  Because of that medication, she

15    had the three of us.

16         Q.   Did she say anything else about it?

17         A    No.

18         Q.   All right.  How often were you getting

19    these gynecological exams by Dr. Tardiff?

20         A    Just a couple years and then I went over to

21    Dr. Spiegel.
```

Page 26

```
1       Q.      Antibiotic?

2       A       Yes.  But I don't know the name.

3       Q.      All right.  Have you ever been diagnosed

4   with or treated for HPV, the human papilloma virus?

5               MS. BUSTRAAN:  No?

6       A       No.  I'm sorry.

7       Q.      You need to say yes or no for the record.

8       A       No, I'm sorry.  No.

9       Q.      Have you ever been diagnosed with or

10  treated for gonorrhea?

11      A       No.

12      Q.      Syphilis?

13      A       No.

14      Q.      Any other sexually transmitted disease?

15      A       No.

16      Q.      Do you recall how long your treatment for

17  chlamydia lasted?

18      A       No, I don't recall that.

19      Q.      Now, you told us that you stopped using

20  your birth control about six months after you got

21  married?
```

Page 27

```
1      A     Correct.

2      Q.    And how long did you continue to have

3   unprotected sex with Scott after that?

4      A     Till now.

5      Q.    So you've never used birth control after

6   the first six months of your marriage?

7      A     No.

8      Q.    When, if ever, did you go to Dr. Spiegel to

9   talk to him about the fact that you weren't getting

10  pregnant?

11     A     Probably a year into our marriage.

12     Q.    So, like 1985?

13     A     No.  '85 is when we went off the pill and

14  tried to get pregnant so I would say beginning of '86,

15  a year into our trying, a year and a half into our

16  marriage, actually.

17     Q.    And did Dr. Spiegel know that you been

18  DES-exposed?

19     A     I had told him that.

20     Q.    You had told him that as part of your

21  medical history?
```

Page 28

```
1      A     Correct.  I was still concerned about
2  cancer.
3      Q.    What did Dr. Spiegel recommend in terms of
4  attempting to get pregnant?
5      A     To begin an infertility workup, you know,
6  have my husband checked and just begin, he wanted to
7  do, you know, a dye test with the tubes and see how
8  that was.
9      Q.    Did that take place?
10     A     Yes, he did.  I'm sorry.
11     Q.    So, your husband had a semen analysis?
12     A     Yes.
13     Q.    And what were the results of that?
14     A     He was fine.
15     Q.    And what kind of diagnostic study did you
16  have to check your fallopian tubes?
17     A     They did the dye test, HCG -- HSG and --
18     Q.    And what did that show?
19     A     It showed one of my tubes was blocked,
20  adhesions.
21     Q.    And where were the adhesions as far as you
```

Page 29

1   know, in the uterus?

2       A    Yes, I believe so.  And possible

3   endometriosis.

4       Q.   All right.  After that diagnostic workup

5   was done by Dr. Spiegel, what, if anything, did he

6   recommend to help you try to get pregnant?

7       A    We tried a couple more months just to get

8   pregnant because he thought after the dye test -- I

9   think it was another five months -- that there might be

10  a chance and then after that he referred us to Dr.

11  Berger.

12      Q.   So, are we still '86, when you were

13  referred to Dr. Berger or --

14      A    No.

15      Q.   -- '87?

16      A    '87, yeah.

17      Q.   When you first went to see Dr. Merle

18  Berger, did you and Scott both go?

19      A    Yes.

20      Q.   And, was the first visit just to sort of

21  get acquainted and ask questions?

Page 30

1    A    Yes.

2    Q.    When you first went to see Dr. Berger, did you tell him that you had been DES-exposed?

4    A    Yes.

5    Q.    And did you have any discussion with him about that issue?

7    A    I had told him I was concerned about the cancer, yes.

9    Q.    But, what did Dr. Berger tell you, if anything, about the DES exposure?

11    A    He didn't tell me anything. What we did is we went through the concerns we had, like the endometriosis, the blocked tube. I was concerned about obtaining cancer from this DES exposure. And basically he said after consulting with us he would begin the workup.

17    Q.    So, did you do the same workup you had had before, the dye test for the tubes?

19    A    Started all over again, yes.

20    Q.    And did you have a histerosalpingogram, HSG?

Page 38

```
 1      A    No.

 2      Q.   Never discussed that with you?

 3      A    Never discussed it.  We were more concerned
 4  with the endometriosis and all that stuff.

 5      Q.   Did you ask him what caused the
 6  endometriosis?

 7      A    No.

 8      Q.   Did he recommend any treatment for the
 9  endometriosis?

10      A    No.

11      Q.   All right.  Did you ever hear of anything
12  called a uterotubogram?

13      A    I'm assuming that's that dye test with the
14  tubes.

15      Q.   Did Dr. Berger ever mention to you that he
16  thought you had a T-shaped uterus?

17      A    No.

18      Q.   He never told you that?

19      A    No.  He told me my uterus was fine.

20           MR. LEECH:  Let me have this marked as
21  Exhibit 2, please.
```

Page 39

```
 1              (Pizzi Deposition Exhibit Number 2 was

 2   marked for purposes of identification.)

 3       Q.    Take a minute and review Exhibit 2, please.

 4   Okay?

 5       A     Yeah.

 6       Q.    Was that a letter to Dr. Berger's group

 7   requesting your medical records?

 8       A     Yes, it was.

 9       Q.    And, that was because of your change of

10   health insurance carriers?

11       A     Correct.

12             MR. LEECH:  All right.  And, let me show

13   you what's going to be marked Exhibit 3.

14             (Pizzi Deposition Exhibit Number 3 was

15   marked for purposes of identification.)

16             MR. LEECH:  Want to see it first?

17             MR. LEVINE:  No, we have it.

18             BY MR. LEECH:

19       Q.    Did you receive that letter?

20       A     No.

21       Q.    You never received it?
```

Page 40

```
 1      A      I believe it was with my medical records
 2   that I dropped off to Dr. Crane.
 3      Q.     It's addressed to you at 21 Carter's Bridge
 4   Road, Plymouth, Mass.  Is that where you lived?
 5      A      Yes.
 6      Q.     And you didn't get the letter?
 7      A      No.  Must have been in the package I got.
 8      Q.     But he sent you all your records?
 9      A      Right.
10             MR. LEVINE:  She's saying maybe she didn't
11   get a separate letter, maybe one whole package with
12   that letter in it --
13             THE WITNESS:  Because I don't remember
14   seeing that letter at all.
15             MR. LEVINE:  -- is what she testified to.
16             BY MR. LEECH:
17      Q.     But you did get your records?
18      A      Yes, I did.
19      Q.     And they were the records with respect to
20   Dr. Berger's examination and treatment of you?
21      A      They were just records in an envelope that
```

1    I gave to Dr. Crane.

2        Q.    Did you ever open --

3        A     No.

4        Q.    -- the package of records?

5        A     No. I just gave them to him.

6        Q.    You've never looked at them?

7        A     No. I knew what they were.

8        Q.    Well, had you looked at them before?

9        A     No.

10       Q.    Weren't you curious?

11       A     No.

12       Q.    Now, you told us you went to Dr. Crane,
13   actually saw him one time and didn't like him?

14       A     Yes.

15       Q.    Did you ever get your records back from Dr.
16   Crane?

17       A     No.

18       Q.    Why not?

19       A     I ended up, I made an appointment and never
20   went back.

21       Q.    But you never wrote him a letter or stopped

Page 47

```
 1        A     Yes.

 2        Q.    -- had a copy of which records?

 3        A     I don't -- it was just something from her.
 4   I don't remember even what it said.

 5        Q.    When did you see that?

 6        A     Um, yesterday.

 7        Q.    Other than what's already been marked for
 8   the record, have you had any correspondence with Dr.
 9   Berger?

10        A     No.

11        Q.    And, since you stopped going to Dr. Berger,
12   have you had any conversation with him by telephone, in
13   person, so forth?

14        A     No.

15        Q.    Other than the set of records that you say
16   Dr. Berger sent to you and you turned over to Dr.
17   Crane, have you seen any of your other records from
18   that period of time?

19        A     No.

20        Q.    Did you say you were about 13 when your mom
21   first discussed DES with you?
```

Page 48

1    A    Yes.

2    Q.    At that time, did you know that your mom had used DES during her pregnancies with your brother and sister?

5    A    Yes. No, right after that, after the exam, I asked her about it and that's when I heard, not at the visit. I heard it the first time at the visit -- I mean the appointment.

9    Q.    When was the next time after that, that you and your mom had any discussion of DES?

11    A    She -- I don't remember. I mean, I know, she always made sure that I went and got an exam just to make sure that I was being checked for cancer due to the fact she took DES with three kids.

15    Q.    Did she tell you how the cancer concern came to her knowledge?

17    A    No.

18    Q.    Did she ever give you anything to read that she had read about --

20    A    No.

21    Q.    -- the risk of cancer?

Page 126

1   Q.   Besides your sister, are you aware of any
2   other plaintiffs suing medical companies for DES?
3   A    No.
4   Q.   No? Have you ever been involved in a
5   support group or a DES action?
6   A    No.
7   Q.   Have you ever, do you have Internet access
8   at home?
9   A    Yes.
10  Q.   Do you ever -- have you researched DES?
11  A    No.
12  Q.   Did you ever research any support groups or
13  anything like that?
14  A    No.
15  Q.   Are you aware of other lawsuits against
16  drug manufacturers or other companies, product makers,
17  other, are you aware that you can sue product makers if
18  their products you think cause cancer?
19  A    I am aware you can do it be I haven't heard
20  of any.
21  Q.   Have you ever heard of asbestos litigation?

Page 127

```
 1        A     Oh, yeah.  Yes.

 2        Q.    Do you recall when you heard of that?

 3        A     No.

 4        Q.    No?

 5        A     No.

 6        Q.    Did you ever hear of litigation against
 7   manufacturers of breast implants?

 8        A     No.

 9        Q.    No?  Did you hear about the suing, the
10   lawsuit against McDonald's for spilling hot cafe?

11        A     No.

12        Q.    No?  How about the lawsuit for Firestone
13   tires being defective?

14        A     No.

15        Q.    No, okay.  And, do you keep a file on DES
16   at home?

17        A     No.

18        Q.    No?  Have you ever been invited to
19   participate in a medical study?

20        A     No.

21        Q.    Did any physicians ever tell you that you
```