# Exhibit 4

QUINCY CITY HOSPITAL
Use for outpatients or patients
hospitalized less than 48 hours
i.e.: D & C, T & A, dental, minor
surgical or diagnostic procedure.

SOC 19 99 44
PIZZI, MAUREEN A
SPIEGEL, BER  2/03/62  24
11/20/86
888-8487        988199-6

| | (Last) | (First) | (M.I.) | ARRIVAL | | DEPARTURE | |
|---|---|---|---|---|---|---|---|
| | | | | Date | Time | Date | Time |
| Name: | | | | | | | |
| Address: (Street) | | | | Unit #: | | | |
| (City) | (State) | | (Zip) | Hospital Account #: | | | |
| Birth Date: | Age | Religion | | Sex | Social Security #: | | |
| Next of Kin: | | | | Relationship: | | | |
| Address: (Street) | | (City) | | (Zip) | | (Phone #) | |

Chief Complaint: _1° Infertility_
_Metrorrhagia_
_PC staining_                    _Blocked left tube c/ll_
                                 _midportion on HSG_

| PAST HISTORY | NONE OR NORMAL | SIGNIFICANT FINDINGS BY NUMBER |
|---|---|---|
| 1) Major Illness | ✓ | T shaped uterus |
| 2) Serious Injuries | ✓ | EB - secretory |
| 3) Previous Surgery | ✓ | |
| 4) Recent Medications | ✓ | + chlamydia |
| 5) Known Allergies | ✓ | |
| 6) Alcohol | | |
| 7) Tobacco | | |
| SYSTEM REVIEW | | |
| 8) H.E.E.N.T. | ✓ | |
| 9) C - R | ✓ | |
| 10) G - I | ✓ | |
| 11) G - U | ✓ | |
| 12) B J M | | |
| 13) Neuro | | |
| PHYSICAL EXAM | | |
| 14) H.E.E.N.T. | ✓ | |
| 15) Neck | | SR NL |
| 16) Heart | | |
| 17) Lungs | | |
| 18) Abdomen | | |
| 19) Genit. - Rectal | | |
| 20) Neuro. | | |
| 21) General | | |

RECOMMENDED TREATMENT PRIOR TO SURGERY _____

SOCIAL SERVICE NEEDED: ☐ Yes  ☐ No    Signed: _____

PL2101

Convert to long form hospital record for a major complication

Temp. _____ B... _____ Pulse _____ Resp. _____ Wt. _____ Hgt. _____

## LAB REPORTS

1) Chest X-Ray _____
2) ___ _____
3) Other _____

## DIAGNOSTIC OR OPERATIVE PROCEDURE

Pre-treatment Diagnosis: 1° Infertility _____
_____ Metrorrhagia _____ PC study _____

Operative or Diagnostic Procedure: D&C   Capacity Tox. MD
(Dictate operative or treatment report)

## DOCTORS ORDERS
(Each order must be signed)

| Date | Hour | |
|---|---|---|
| 11/20/86 | | General Anesth. Recovery |
| | | Vital signs q 15" until stable |
| | | Ambulate when fully ambul. |
| | | Demerol 50mg q 3° prn pain |
| 11/20 | 9:25 | discharged ā ↑T@9:30 voided + weight × 1 prn vag D/C _____ |

## DISCHARGE NOTES

Home Care - Diet Instructions: _____

Medications: _____

Follow-up Appt. - Disposition: Office 1 wk

Complications: 0

Final Diagnosis: 1° Infertility
  A. Anovulation
  Metrorrhagia
  Blocked R tube
  Pelvic Adhesions

Condition on Discharge: good

Signed: _____

PL2102

CHECK OFF ON
DISCHARGE:

Hospital ☐
Home ☐
E.C.F. ☐
Nursing Home ☐

QUINCY CITY HOSPITAL

## SURGICAL DICTATION

19-99-44

Name _Maureen Pizzi_ Age _24_ Case # _988199-6_

Surgeon _Dr. Spiegel_ Assistant _Dr. Bello_

Admitted _____ Floor _SDC_

Pre-Operative Diagnosis _Primary infertility, cervical stenosis, metrorrhag_

Post-Operative Diagnosis _Same, plus blocked right tube and pelvic adhesions_

Operation _____

Date of Operation _11/20/86_ Anesthetic _General_

Dictated by and on _BS/11/20/86  Trans.11/21/86/JP_ Anesthetist _Dr. Couleman_

**Findings:** External genitalia negative. Cervix negative. Uterus small, midline, firm, mobile, symmetrical. Adnexae negative.

**Procedure:** Under general anesthesia the patient was prepared and draped. Weighted speculum inserted. Anterior lip of the cervix grasped with tenaculum. Uterus was sounded to two inches. Cervical os dilated with Hegar dilators. The uterus was curetted with small sharp curet. Minimal amount of tissue obtained. Very small cavity. Incision made at the umbilicus. Verres needle inserted. The abdomen was filled with $CO_2$ gas. Trocar inserted Laparoscope inserted. It was found that the uterus itself appeared normal in gross appearance. The right tube was free but looked grossly blunted at the end. The right ovary was normal. On the left side the left tube was found to have a few adhesions around the tube and ovary. The left ovary itself appeared normal. There was a question of blunting on the left side, not as bad as the right. Methylene Blue was then injected through the cervical canal into the uterus. There was free spill after some pressure on the left tube. There was no fillin or spill on the right side and the right tube looked completely blocked. The instrument and $CO_2$ gas were removed and the incision repaired with four 0 Ethilon sutures. Dry sterile dressing applied. Estimated blood loss 50 ccs. No packs, no drains. The patient left the Operating Room in good condition.

PL2103

Surgeon's Signature _____

Bernard Spiegel, M.D./jp

(A-26)   780/00

# QUINCY CITY HOSPITAL
## PATHOLOGY REPORT

| NAME OF PATIENT | MEDICAL RECORD UNIT NO. | AGE | SEX | DATE |
|---|---|---|---|---|
| PIZZI, Maureen A | 19 99 44 | 2-3-62 | F | -11-20-86 |

| REPORT TO DR. | WARD |
|---|---|
| Spiegel | SDC |

| JE: | PATHOLOGY NO. |
|---|---|
| cervical curettings | S86-5756 |

**DIAGNOSIS:**

Proliferative endometrium; no malignancy evident.

(2 slides).

11-24-86 mtc

PATHOLOGIST  Carl H. Critz, MD.

**PRE-OPERATIVE DG:** 1°infertility; cervical stenosis

**[POS]T-OPERATIVE DG:** cervical stenosis; blocked Rt. Fallopian tube; Lt. adhesions

**OPERATION:** (11-20-86)  D&C; laparoscopy; Methylene blue injection

### GROSS DESCRIPTION

Received in formalin, labeled "cervical curettings," are multiple fragments of tan-brown and dark red soft tissue, 2.2 x 1.1 x 0.6 cm. Tissue submitted complete in lens paper.
CHC:kpl

8938

PATHOLOGY REPORT

PL2104

MEDICAL RECORD