# Exhibit 5

Case 1:05-cv-01648-RBW    Document 52-7    Filed 10/27/2006    Page 1 of 2


New England Baptist Hospital
91 Parker Hill Avenue, Boston, Massachusetts 02120

PIZZI, Maureen
15-71-25
December 1, 1987
Dr. Berger

## OPERATIVE REPORT

PREOPERATIVE DIAGNOSIS: DES exposure in utero, ? endometrial polyp, ? endometriosis, ? tubal obstruction.

POSTOPERATIVE DIAGNOSIS: DES exposure in utero.

OPERATION: Dilatation and curettage; laparoscopy.

ANESTHESIA: ET general.

INDICATIONS: The patient is a 25 year old DES exposed nulliparous and infertile woman with deep dyspareunia who has had a history of tubal obstruction suspected by previous laparoscopy and by tubogram but this has been somewhat conflicting.

FINDINGS: The cervix was slightly abnormal due to an impartial hood typical of DES exposure. The uterus sounded only to 2.5" as previously noted but had a regular cavity with no intrauterine lesions noted. The uterus externally was normal and anterior. Both tubes were slightly tortuous with discolored fimbriae but were patent as determined by transcervical instillation of indigo carmine dye and also free from adhesions. The ovaries were normal and free and there were no signs of endometriosis in the pelvis.

PROCEDURE: The patient was placed in the dorsal lithotomy position, prepped, draped, catheterized, and examined in the usual fashion. Jarcho cannula was placed in the cervix. Pneumoperitoneum was instilled through a subumbilical stab incision and the 5 mm. scope inserted without difficulty. At the completion of this part of the procedure, the gas was allowed to escape, the instruments removed, and the skin closed with 0000 Dexon subcutaneous suture. The patient underwent a D&C in the usual fashion. She was then awakened and returned to the RR in good condition with a negligible estimated blood loss.

Signature _____
Merle Berger, M.D.

nsmt:zpl
12-1/12-8-87
K986

PL2304