# Exhibit 6

Case 1:05-cv-01648-RBW   Document 52-8   Filed 10/27/2006   Page 1 of 2



**Boston Fertility & Gynecology Associates**
**Boston I.V.F.**

One Brookline Place
Brookline, MA 02146
(617) 735-9000

Michael M. Alper, M.D.
Merle J. Berger, M.D.
Selwyn P. Oskowitz, M.D.
Irwin E. Thompson, M.D.

December 2, 1987

Bernard Spiegel, M.D.
21 School Street
Quincy, MA   02169

RE:   MAUREEN AND SCOTT PIZZI

Dear Bernie:

My repeat work-up on the above couple was not helpful. Endometrial biopsy was "in phase," the uterotubogram revealed a moderate "T" shaped uterus typical of DES exposure, and the laparoscopy did not confirm any tubal blockage; but rather slightly "withered" tubes were noted which I have seen occasionally in DES.

I am putting the whole culprit here on DES exposure in that I have seen 50-100 primarily infertile DES exposed women in whom no other cause is noted. This means that there is no acceptable form of therapy either.

I have suggested to the couple that nothing be done for the next several months and if after great consideration and more time they would like to pursue this we might consider doing a GIFT procedure as an experimental approach. We've had one such patient with one pregnancy which has carried to term.

Sincerely,


Merle J. Berger, M.D.

MJB:ngs

Urology/Urology
Kevin R. Loughlin, M.D.

Counseling
Jeane Springer, L.I.C.S.W.

Scientific Director
R. Douglas Powers, Ph.D.

PL2226