# Exhibit 7

…


# Exhibit 7

…

# Exhibit 7

# Capeway Rentals

765 WASHINGTON ST.
P.O. BOX 568
NO. PEMBROKE, MA 02358

(617) 826-6682

October 2, 1990

Boston Fertility & Gyn.
One Brookline Place
Brookline, MA  02146

Attn: Dr Berger's Secretary Ellen

Re: Dr Berger's Patient Maureen A. Pizzi
             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   DOB 02-03-62

Dear Ellen;

Please be advised that I need copies of everything in my file sent to me as soon as possible. I have switched medical plans to Pilgrim Health and they need to see my records and due a full exam to determine if I can get an "out of plan referral" so that I can stay with Dr. Berger. It has been about a year since I have been in at the office.

I have an appointment with a Dr Crane on October 18, 1990, if there is any way that I could have my records by then it would be greatly appreciated. Could you please send them Federal Express and bill my company's account? If so please send it to the above referenced address and use the direct bill account as : Capeway Motors/Rentals # 123795792. This is really important to me to get underway again.

Thank you in advance for your time and effort. If you should have any questions or need additional information, please do not hesitate to give me a call at my above work telephone number. Please send all correspondence "Personal and Confidential".

Thanks again.

Sincerely;

*[signature]*
Maureen A. Pizzi

DEPOSITION EXHIBIT
M. Pizzi 2
MJS 7-17-06



**Boston Fertility & Gynecology Associates**
**Boston IVF**

One Brookline Place
Brookline, MA 02146
(617) 735-9000

*Reproductive Endocrinologists*
Michael M. Alper, M.D.
Merle J. Berger, M.D.
Selwyn P. Oskowitz, M.D.
Irwin E. Thompson, M.D.

*Andrology/Urology*
Robert Oates, M.D.

*ꓹnseling*
Jeane Springer, L.I.C.S.W.

*Scientific Director*
R. Douglas Powers, Ph.D.

*Cryobiologist*
Mary Ellen Schalkoff, Ph.D.

Boston Fertility
Laboratories, Inc.

October 5, 1990

Mrs. Maureen A. Pizzi
21 Carter's Bridge Road
Plymouth, MA   0260

Dear Maureen:

Enclosed are the copy of records which you can keep for your own use and bring to Dr. Crane.

Please do not hesitate to have him call me or be in touch with me should there be any further issues that would help you get your proper care.

Sincerely,

Merle J. Berger, M.D.

MJB:emf



DEPOSITION EXHIBIT
M. Pizzi  3
MHS 7-17-06