# Exhibit 8

Case 1:05-cv-01648-RBW    Document 52-10    Filed 10/27/2006    Page 1 of 8

```
00001
 1                  Volume I
 2                  Pages 1 to 43
 3                  Exhibits (None)
 4       IN THE UNITED STATES DISTRICT COURT
 5          FOR THE DISTRICT OF COLUMBIA
 6             C.A. No. 1:05-CV-01648-RBW
 7
 8 - - - - - - - - - - - - - - - - - x
 9 MAUREEN PIZZI, et al.,          :
10       Plaintiff,                :
11                                 :
12    vs.                          :
13                                 :
14 ELI LILLY AND COMPANY, et al.,  :
15       Defendants.               :
16 - - - - - - - - - - - - - - - - - x
17    DEPOSITION OF MERLE J. BERGER, M.D.
18       Wednesday, September 6, 2006
19       1:17 p.m. to 2:18 p.m.
20       Boston IVF The Boston Center
21       One Brookline Place, Suite 602
22          Brookline, MA 02445
23       Reporter: Kathleen M. Madden
24
```

```
00002
 1  A P P E A R A N C E S:
 2
 3  AARON M. LEVINE & ASSOCIATES
 4  By Aaron M. Levine, Esq. (By telephone)
 5  1320 Nineteenth St., N.W.
 6  Washington, D.C. 20036
 7  202-833-8040
 8  On behalf of the Plaintiffs
 9
10  LORD & WHIP, PA
11  By Kathleen Bustraan, Esq.
12  36 So. Charles St., 10th Floor
13  Baltimore, MD 21201
14  410-539-5881
15  On behalf of the Defendant Lannette Company, Inc.
16
17  FOLEY HOAG LLP
18  By James J. Dillon, Esq.
19  155 Seaport Blvd.
20  Boston, MA 02210
21  617-832-1000
22  On behalf of the Defendant Eli Lilly and Company
23
24
```

```
00003
 1              I N D E X
 2
 3  EXAMINATION OF:
 4  MERLE J. BERGER, M.D.
 5
 6              DIRECT   CROSS
 7   By Mr. Dillon      4
 8   By Mr. Levine              39
 9
10           * * * * *
11
12           E X H I B I T S
13  NO.                    PAGE
14
15           (None)
16
17
18
19
20
21
22
23
24
```

00033
1  that was your view.
2    A. Correct.
3    Q. Doctor, you saw Mrs. Pizzi the day before
4  this, December 1, 1987, for a laparoscopy. Now, a
5  laparoscopy is a diagnostic procedure; is that
6  correct?
7    A. In this case.
8    Q. I see. It could also been an operative
9  procedure. Is that what you're saying?
10   A. Could be, but it wasn't.
11   Q. In this case, you were doing it in order to
12 learn more about what this couple had come to see
13 you about, which was infertility; is that right?
14   A. Correct.
15   Q. And you, I take it, drew some conclusions
16 that you wrote about on December 2nd; is that right?
17   A. Yes.
18   Q. Doctor, after you have a patient on whom you
19 provide a diagnostic procedure, do you go talk to
20 that patient afterwards?
21   A. Always.
22   Q. So that's invariable, that you'll go talk to
23 them; is that right?
24   A. Yes.

**Berger, Merle, M.D. (09/06/06)**                    **Page 33**

00037
1  tremendously. And often I would say, "Why don't you
2  make a consult visit with me in three or four weeks,
3  and we'll go through your whole case and make a
4  treatment plan." I see she did not do that. I
5  don't know if I recommended that or not, but it
6  didn't happen. And, basically, I didn't see her
7  again for another two years, a year and a half.
8    Q. Is it clear to you, Doctor, by your letter
9  of December 2, 1987, the day after the procedure,
10 that you had formed the view that DES was the
11 culprit in this couple's infertility?
12   A. Yes, that part of it is clear.
13   Q. And I take it, you just can't tell me one
14 way or the other whether you conveyed that to Mr. or
15 Mrs. Pizzi; is that correct?
16   A. Absolutely, I cannot.
17   Q. Doctor, if they had asked you what your
18 views were about the things contributing to their
19 infertility, you would have told them what you
20 thought, wouldn't you?
21   A. Yes --
22       MR. LEVINE: Object --
23       MR. DILLON: Did you object to that?
24       MR. LEVINE: I said I was objecting, but

**Berger, Merle, M.D. (09/06/06)**                              Page 37

00038
1  the Doctor was answering in front of me. Did he?
2      MR. DILLON: I think he did answer in
3  front of you, but you've reserved objections if you
4  want to make an objection later on.
5      MR. LEVINE: That's all right. Let it
6  go.
7   Q. If Mr. or Mrs. Pizzi had asked you anytime
8  after December 2, 1987, what you thought was the
9  major causal factor in their infertility, what would
10 you have told them?
11  A. I probably would have told them it was
12 related to DES exposure, but those were still the
13 early days where we were beginning to discover that
14 infertility as well as adverse pregnancy outcome
15 could result from that, and I might not have been as
16 confident in my view to share that with them. I
17 can't really be sure.
18  Q. Doctor, you appear to be fairly confident in
19 your letter to Dr. Spiegel the next day, December
20 2nd; is that correct?
21  A. Indeed.
22  Q. So does that suggest that, at least in this
23 case, you were in fact confident that that was the
24 explanation?

00039
1  A. Yes.
2  Q. So that being the case, if either of the
3  Pizzis had asked you, isn't it true that in this
4  case for the Pizzis, you would have told them of
5  your view that DES was the whole culprit here?
6  A. I would have to say most likely.
7     MR. DILLON: That's all I have. Kathy,
8  do you have any questions that you want to ask?
9     MS. BUSTRAAN: No, thank you. I have no
10 questions.
11    MR. LEVINE: I have a few.
12       CROSS EXAMINATION
13 BY MR. LEVINE:
14 Q. Do you recall, Doctor, whether you had any
15 regular and customary practice 20 years ago -- you
16 knew about the DES and DES litigation back then, did
17 you not?
18 A. If you remind me when the --
19    MR. DILLON: 1985 was the Andrea
20 Goldstein (phonetic) case.
21 A. Then the answer is yes.
22 Q. Realizing that you knew about the DES and
23 DES litigation, did you then incorporate into your
24 normal practice in your normal repartee with your