# Exhibit 9

Pizzi, Maureen
157-36-07
2/3/62

11/20/93 Pt discussion re: full recent w/up w/Thea ℅ Thea after

Pt wishes to resume infertility evaluation at this time - will do "more natural cycle" c̄ IUI then CC50 5-9/HCG IUI/EMB D3 — jok - 3 cycles — Then OV to discuss IVF VS GIFT —

understands risks & comps of OI + risks that are possible in association c̄ DES exposure - ie pregnancy loss, cx incompetence small cavity c̄ multiple gestations

[signature]

---

PL2400