**Exhibit 11**

Page 1

1                    IN THE UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF COLUMBIA

3

4     MAUREEN A. PIZZI, et al.

5          Plaintiffs

6     v.                                    Civil Action No.

7                                           05-CV-1648(RBW)

8     ELI LILLY & COMPANY, et al.

9          Defendants

10    _____/

11

12          The deposition of KATHLEEN MAHONEY was held on

13    Tuesday, July 18, 2006, commencing at 10:11 a.m., at

14    the Law Offices of Foley Hoag LLP, 1875 K Street, N.W.,

15    Suite 800, Washington, D.C. 20006-1238, before Robert

16    A. Shocket, a Notary Public.

17

18

19

20

21    REPORTED BY: Robert A. Shocket

Page 2

1    APPEARANCES:

2

3                    BRANDON J. LEVINE, ESQUIRE

                         On behalf of Plaintiffs

                         Maureen A. Pizzi, et al.

                         Law Offices of Aaron Levine

6                        & Associates

                         1320 19th Street, N.W., Suite 500

7                        Washington, D.C. 20036

                         (202)833-8040 Voice

8                        (202)833-8046 Fax

                         levbran@aol.com

9

10                   LYNN M. ZUCHOWSKI, ESQUIRE

11                   SARAH A. ALTSCHULLER, ESQUIRE

                         On behalf of Defendant

12                       Eli Lilly & Company

                         Foley Hoag LLP

13                       Seaport World Trade Center West

                         155 Seaport Boulevard

14                       Boston, Massachusetts 02210-2600

                         (617)832-1000 Voice

15                       (617)832-7000 Fax

                         lzuchowski@foleyhoag.com

16

17                   KATHLEEN M. BUSTRAAN, ESQUIRE

18                       On behalf of Defendant

                         Lannett Company

19                       Lord & Whip

20                       36 South Charles Street

21                       10th Floor

Page 3

1                         Baltimore, Maryland 21201

2                             (410)539-5881

3                             (410)685-6726

4                         Bustraan@lordwhip.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Page 10

1    Q.    And, what was the date of your marriage?

2    A    March 19th, 1994.

3    Q.    And your husband's name?

4    A    Michael Mahoney.

5    Q.    And how did you meet?

6    A    We worked together.

7    Q.    And, when was that?

8    A    That was, oh, we were married in '94.

9    Probably 1985, we met.

10    Q.    And did you begin dating right away?

11    A    No.  A couple years later we started

12    dating.

13    Q.    And did you live together before you were

14    married?

15    A    No.

16    Q.    No?  Did you have sex before you were

17    married?

18    A    Yes.

19    Q.    Do you recall how far into your

20    relationship when that was?

21    A    We dated for five years so probably within

1    the first couple months of dating.

2         Q.    And, when you first started having sex,

3    were you using birth control?

4         A    No.

5         Q.    No?  Have you ever been using birth control

6    with him?

7         A    Yes.

8         Q.    Yes?  Do you recall the periods that you

9    were using birth control?

10        A    I don't recall the exact dates but while we

11    were dating I did use it.

12        Q.    Do you recall what kind?

13        A    Just birth control pill.

14        Q.    And, since you have been married, have you

15    been on the birth control pill or using any form of

16    contraception?

17        A    No.

18        Q.    And during your marriage have you ever been

19    separated where one of you was gone for travelling for

20    an extended period of time?

21        A    No.

**Page 20**

1     Q.    Bladder problems?

2     A    No.

3     Q.    Prostate disorders?

4     A    No.

5     Q.    Hormone abnormalities?

6     A    No.

7     Q.    And any fertility problems --

8     A    No.

9     Q.    -- in the family?  Well, your sister,

10    besides your sister and yourself, is that, and your

11    brother hasn't had any --

12     A    None.

13     Q.    -- that you know of?  Okay.  And do you

14    know of anyone in your family that's had a history of

15    uterine defects or --

16     A    No.

17     Q.    -- abnormalities besides anything claimed

18    in this lawsuit?  When do you believe that you learned

19    of, that you were exposed to the drug that's at issue

20    in this litigation; when did you learn of your

21    exposure?

1      A      Exposure?  Um, I knew that my mother took

2   it and that we could have cancer.

3      Q.     Do you recall when that was?

4      A      When I was 17.

5      Q.     And how did you become aware of that?

6      A      My mother had told me about it and she

7   mentioned it to the doctor when I was being examined

8   that she did take it and she was concerned about the

9   cancer.

10      Q.     So, you learned about it at a doctor's

11   appointment or was this before the doctor's

12   appointment?

13      A      Before the doctor's appointment, she

14   mentioned it but at the doctor's appointment she

15   brought it up that it could cause cancer and she wanted

16   me checked.

17      Q.     And what was that doctor's name?

18      A      That was Dr. Spiegel.

19      Q.     Do you remember what drug your mother said

20   that she took?

21      A      DES.

Page 40

1    name was.

2         Q.    We do have records for her.  Do you think

3    Dr. Spiegel gave you your first pelvic exam?

4         A     Yes.

5         Q.    Do you remember when you went to Dr.

6    Spiegel for your first pelvic exam?

7         A     When I was 17.

8         Q.    And, why did you go?

9         A     Because, at that point, my mother was

10   concerned about the cancer and I was having bad

11   menstrual cramps.

12        Q.    And how long did you see Dr. Spiegel?

13        A     I would say a couple of years.

14        Q.    Did you discuss DES exposure with him?

15        A     No.  My mother said to him that she took

16   DES and she was nervous about the cancer.

17        Q.    Was that on your first appointment with

18   him?

19        A     Yes.

20        Q.    And what did he respond?

21        A     That he would check.

Page 41

1    Q.    What did he say he would check for?

2    A    I'm not sure.

3    Q.    Do you remember what other tests he did

4  besides the pelvic exam?

5    A    No.

6    Q.    Did he take a Pap smear?

7    A    Yes.

8    Q.    Do you recall the results?

9    A    Normal.

10   Q.    And, throughout the course of your treating

11  with Dr. Spiegel for one to two years, did he take

12  other Pap smears?

13   A    Yes.

14   Q.    How many would you estimate?

15   A    I do not know.  I went once a year, put it

16  that way.

17   Q.    And you have regularly gone once a year

18  since you were 17?

19   A    Yes.

20   Q.    Was Dr. Spiegel a primary care provider or

21  just a GYN; if you had the flu or something, would have

Page 45

1          A      I think I saw her for a year or two.

2          Q.     And that was after you stopped treating

3    with Dr. Spiegel?

4          A      Yes.

5          Q.     Do you know why you stopped treating with

6    Dr. Spiegel?

7          A      Because Nowosielski was in Norwell, which

8    was closer to where I lived.

9          Q.     And did she do all of your routine care?

10         A      Yes, she did.

11         Q.     Including Pap smears and pelvic exams?

12         A      Yes.

13         Q.     And did you talk to Dr. Nowosielski about

14   possible infertility?

15         A      I might have.

16         Q.     Do you remember telling her about your DES

17   exposure?

18         A      I tell the doctors regarding DES and cancer

19   to make sure that they are aware of that.

20         Q.     That would be on your initial visit, you

21   would always tell them?

Page 57

1       A       The girls I work with.

2       Q.      And is Dr. Keough a primary care or a

3   gynecologist or --

4       A       He's a gynecologist.

5       Q.      So, you believe you started seeing him in

6   the late eighties or early nineties?

7       A       Early nineties, I believe.

8       Q.      And when you first started seeing him, did

9   he receive your, all of your medical records?

10      A       Yes.

11      Q.      And did you discuss DES exposure?

12      A       Just the cancer part.

13      Q.      What do you mean just the cancer part?

14      A       As I said, when I go into a doctor, I let

15  them know that I'm nervous about cancer due to DES.

16      Q.      And did your husband come with you on any

17  of these exams?

18      A       No.

19      Q.      And what did Dr. Keough say about the DES

20  exposure?

21      A       That my Paps were normal.

Page 58

1       Q.      Did Dr. Keough tell you that DES could

2   affect your fertility?

3       A       No.

4       Q.      Did he tell you it could affect the shape

5   of your uterus?

6       A       No.

7       Q.      Did he tell you it could affect your

8   cervix?

9       A       No.

10      Q.      Do you recall talking to Dr. Keough about

11  your sister being, having infertility and also having

12  DES exposure?

13      A       Yes.

14      Q.      Is that something that you would routinely

15  tell doctors when you initially visited with them?

16      A       No.

17      Q.      Do you recall why you told Dr. Keough?

18      A       I recall questioning DES in infertility but

19  he said that my Paps are normal and that the

20  infertility could be caused from my endometriosis, my

21  cysts and my bad menstrual cycles, the painful

Page 59

1    menstrual cycles.

2         Q.    So, you did ask him about DES and

3    infertility?

4         A     Yes, I did.  And he said no, you're normal.

5         Q.    He told you you were normal?

6         A     Yes.

7         Q.    Based on what kind of exam?

8         A     My pelvic exam, my Pap smears that came

9    back.

10        Q.    Did you tell Dr. Keough that you were

11   unable to conceive in the past?

12        A     I don't recall.

13             MS. ZUCHOWSKI:  I'm going to have this,

14   Exhibit 4.

15             (Mahoney Deposition Exhibit Number 4 was

16   marked for purposes of identification.)

17             BY MS. ZUCHOWSKI:

18        Q.    I would like to direct your attention to

19   under pelvic exam, in the middle of the page.  Does

20   this refresh your recollection that Dr. Keough noticed

21   that you had a few adhesions on your cervix from DES?

Page 73

1       A     No.

2       Q.    And what did he say the alternatives were

3    at this point?

4       A     He didn't.  He said I was going to get

5    pregnant.

6       Q.    How, naturally or through --

7       A     Through him.  Oh, I understand.

8       Q.    What did he say?

9       A     That we're going to try the medication to

10   produce more eggs so I can get pregnant.

11      Q.    So, IUI, does that sound right?

12      A     Yes.

13      Q.    And did you begin that, so, you began IUI?

14      A     Yes.

15      Q.    How many cycles of IUI did you do?

16      A     Six altogether.

17      Q.    With Dr. Reindollar?

18      A     Yes.

19      Q.    Over how long, do you recall?

20      A     I think it was about two years.

21      Q.    And, were the IUIs successful?

Page 76

```
 1              BY MS. ZUCHOWSKI:

 2       Q.    If you will look at Dr. Reindollar's notes

 3   in the top right-hand corner, this is dated 4/3/99.  It

 4   says, patient has difficult-to-passage uterus with

 5   history -- I believe HO means history of DES exposure.

 6   Cervix oval and flat with a pinhole os, and then down a

 7   couple lines it says pinhole os in center of cervix is

 8   not passable, patient has not had HSG.  Do you recall

 9   Dr. Reindollar saying that you should get an HSG?

10       A     I remember that's one of the tests that he

11   does.

12       Q.    And, that was after you already had, it

13   looks like two unsuccessful IUIs; do you remember when

14   that was?

15       A     No, I don't.

16       Q.    Do you know why Dr. Reindollar said you

17   should have an HSG?

18       A     It's, I believe, a normal test just to see

19   if my tubes were open.

20       Q.    And do you recall getting an HSG?

21       A     Yes.
```

1       Q.    And do you recall the results?

2       A     Normal.

3       Q.    Did Dr. Reindollar tell you they were

4    normal?

5       A     Yes.

6       Q.    What did he say?

7       A     That your tubes are fine.

8       Q.    Did he say anything about the shape of your

9    uterus?

10      A     No, he did not.  He just said everything

11   was normal.

12      Q.    He used the word normal?

13      A     I believe so, yes.

14            MS. ZUCHOWSKI:  This will be Exhibit 6.

15            (Mahoney Deposition Exhibit Number 6 was

16   marked for purposes of identification.)

17            BY MS. ZUCHOWSKI:

18      Q.    I'm sorry.  Page two of the exhibit that I

19   just gave you, it's 2504, is the number on it.  At the

20   top of the HSG report, dated 4/27/99, under uterus, it

21   says T shaped and the tubes, I believe it says fill and

**Page 78**

1    spill.  So, you recall --

2              MR. LEVINE:  And it says okay volume, just

3    so you make the record clear.

4              MS. ZUCHOWSKI:  Okay.  For the, under

5    uterus --

6              MR. LEVINE:  You repeated half a sentence.

7              BY MS. ZUCHOWSKI:

8         Q.   Under uterus it says T-shaped, okay volume,

9    tubes, it says I believe fill and spill clear.  So do

10   you recall that, you said you did recall that he said

11   your tubes were fine?

12        A    Uh-huh.

13        Q.   And you don't recall him saying that you

14   had a T-shaped uterus?

15        A    No.

16             MR. LEVINE:  Objection.  She said he didn't

17   say that.

18             THE WITNESS:  Right.

19             MR. LEVINE:  Not that she doesn't recall

20   him saying that.

21             MS. ZUCHOWSKI:  I'm sorry.  You didn't say

1    what?

2              MR. LEVINE:  She didn't say she didn't

3    recall.  She said he did not, definitively he did not

4    say that --

5              THE WITNESS:  Right.

6              MR. LEVINE:  -- was her testimony.

7              BY MS. ZUCHOWSKI:

8        Q.    So, one last question just to clear this

9    up.  So, with regard to your uterus he did address it

10   and he told you it was normal --

11       A     Right.

12       Q.    -- or he didn't address it at all?

13       A     He said that my uterus and tubes were

14   normal.

15       Q.    Did he say anything about your cervix being

16   normal or abnormal?

17       A     Normal.  He said everything was normal.

18             MR. LEVINE:  This one now.  Are you ready

19   for six?  Oh.

20       Q.    Oh, so, looking at that exhibit, I believe

21   six, 2508, do you recall throughout the fertility

Page 80

1    treatment with Dr. Reindollar him discussing the risks

2    of DES with you about, if you were undergoing fertility

3    treatments?

4        A    No.

5        Q.    Did he ever discuss any risks with you

6    about DES infertility treatments?

7        A    No.

8        Q.    Did he ever tell you that if you had an

9    incompetent cervix that you wouldn't be able to carry,

10   if you had multiple gestations you wouldn't be able to

11   carry them to term?

12       A    He discussed multiple births because that's

13   normal with, with the infertility that they put more

14   embryos in.

15       Q.    And did he think if you had multiple births

16   you would be able to sustain them for an entire

17   pregnancy?

18       A    He didn't discuss it with me.  I just

19   remember multiple births and that's something that

20   you're going to have to think about.  You're going to

21   have more than one baby, possibly.

Page 81

1      Q.    If you could look at what's labeled Exhibit

2   6 in the, at the bottom of the page.

3      A    Uh-huh.

4      Q.    This is a visit dated 12/2/99 with Dr.

5   Reindollar.  In the last few lines it says, understands

6   risks of DES with twins, needs surveillance for

7   incompetent cervix.  Does that refresh your

8   recollection that Dr. Reindollar had a discussion with

9   you about the risks of an incompetent cervix when you

10  were taking DES?

11     A    No.

12     Q.    So you don't recall him saying that?

13     A    No, I don't.

14          MR. LEVINE:  Are you saying you don't

15  recall or it didn't happen?

16          THE WITNESS:  It didn't happen.

17          MR. LEVINE:  All right.  Make sure

18  you answer that.

19          THE WITNESS:  I'm sorry.  It didn't happen.

20          BY MS. ZUCHOWSKI:

21     Q.    So, why do you think that Dr. Reindollar

Page 82

```
 1   put that you understand the risks of DES with twins and

 2   needing surveillance for an incompetent cervix?

 3              MR. LEVINE:  Objection.  You're arguing

 4   with the witness over a record she has not seen and she

 5   doesn't have to argue with the medical record.  You can

 6   attempt to refresh her recollection, which you are

 7   doing.  She gave you an answer.  You need to move on or

 8   ask another question.  She doesn't have to argue with

 9   the medical record.  She has to answer the question

10   that she just answered.

11        Q.    So do you deny that Dr. Reindollar

12   discussed the risk of an incompetent cervix and a risk

13   of carrying twins because of the DES cervix?

14        A     Yes.

15        Q.    You deny it?

16        A     Yes.

17              MS. ZUCHOWSKI:  This exhibit we'll label

18   7.

19              (Mahoney Deposition Exhibit Number 7 was

20   marked for purposes of identification.)

21              BY MS. ZUCHOWSKI:
```

Page 83

1          Q.    This exhibit that I have labeled Exhibit 6,

2    or 7, I'm sorry, is a letter from Dr. Keough -- to Dr.

3    Keough from Dr. Reindollar and in it he says, as you

4    know, Kathleen has been exposed to or has been DES

5    exposed.  Her hysterosalpingogram did demonstrate a

6    T-shaped uterus but with a reasonable cavity.  As you

7    know her cervix, is abnormal and I have suggested that

8    when she does become pregnant she will need to have

9    surveillance for an incompetent cervix.  Does this

10   refresh your recollection that you had a conversation

11   with Dr. Reindollar about the risk of incompetent

12   cervix with DES?

13         A     No, it does not.

14         Q.    So, you still deny that you had that

15   conversation with him?

16         A     Correct.

17         Q.    I believe then you also had in vitro

18   treatments?

19         A     Correct.

20         Q.    How many of those did you have?

21         A     Two.

Page 84

1    Q.    And, what were the results of those?

2    A    Two pregnancies.

3    Q.    For your first pregnancy, how were you

4    diagnosed or how was the pregnancy determined; how did

5    you know?

6    A    Through blood tests.

7    Q.    And how long did that pregnancy last?

8    A    Couple weeks.

9    Q.    And you just, you tracked that through, via

10   blood tests?

11   A    Yes.

12   Q.    And that was still under the treatment of

13   Dr. Reindollar?

14   A    Yes.

15   Q.    And did he tell you why he thought you

16   weren't able to keep that pregnancy?

17   A    No, he did not.

18   Q.    What did he say?

19   A    That I was just losing it, my pregnancy.

20   Q.    And he didn't give you any reason why?

21   A    No.  The numbers weren't high enough.

1          Q.     Do you remember the numbers of what?

2          A      Of the blood count.  When you do the blood,

3    you have to see, so, they knew that I was losing it.

4          Q.     And he didn't give you any reason as to

5    why?

6          A      There was no explanation.

7          Q.     And then you underwent IVF again soon after

8    that?

9          A      A few months, I believe.

10         Q.     And you became pregnant again?

11         A      (Shaking head up and down.)

12         Q.     And you lost it early again in the

13   pregnancy and again did Dr. Reindollar tell you any

14   reasons why?

15         A      Unexplained.

16         Q.     He didn't say it had anything do with DES?

17         A      No, he did not.

18         Q.     And nothing to do with endometriosis or --

19         A      It was just unexplained.

20         Q.     He used that word, do you recall?

21         A      I do not recall if he used specifically

1          Q.    Are you aware of the hot coffee litigation,

2     when someone spilled hot cafe on herself at McDonald's?

3          A     No.

4          Q.    No?  And, the first time that you learned

5     about DES at all, that was the conversation you had

6     with your mother?

7          A     Correct.

8          Q.    And that was when you were 17?

9          A     Correct, right around there.  Might have

10    been, but, that's when I got tested for cancer.

11         Q.    Do you subscribe to any magazines or

12    newspapers?

13         A     No.

14         Q.    Ever seen anything about DES on TV?

15         A     No.

16         Q.    Do you have Internet in your home?

17         A     Yes.

18         Q.    Do you use it?

19         A     For e-mails, yes.

20         Q.    E-mails only?

21         A     Yeah.

Page 102

```
 1        Q.      Did you ever Google-search anything?

 2        A       Um, once, my boss.

 3        Q.      You've never Googled DES or --

 4        A       No.

 5        Q.      No?  Ever researched DES at the library?

 6        A       No, I have not.

 7        Q.      Do you have a file on DES?

 8        A       A file?

 9        Q.      A file folder?

10        A       No.

11        Q.      Or a file?

12        A       No.

13        Q.      A collection of information?

14        A       No.

15        Q.      Have you ever heard of DES Action?

16        A       No, I have not.

17        Q.      Have you, are you a member of any support

18   groups for women who have been exposed to DES?

19        A       No.

20        Q.      Have you ever attended any seminars or

21   meetings about DES?
```