# Exhibit 12

PELVIC EXAM   NAME: Kathleen Mahoney
Last Exam: _____   Pap: normal Well   DATE: 7-28-94
          abnormal _____   Sharon O'Donnell   AGE: 27
BIRTH CONTROL  none in 5 yrs + c̄   friend   G ___ P ___ AB ___
                                    caregiver  B/P 108/62
               "1 yr of trying" same partner   WT 145½
CYCLES regular                                  URINE ___
       q 28 days              —feels her
MID-CYCLE PROBLEMS (occ q 30 days)  ovulation   LMP 7-18-94
                                                PMP ___

COITAL PROBLEMS  ⊖  2x/wk.

BREAST: ⊖ masses (2-3/6 SEM)      INTERVAL HISTORY:
GU:  nl         → RRR
GI:  nl                            27 yo G₀

PHYSICAL EXAM + FINDINGS nl
PELVIC EXAM:
  1. INTROITUS  nl                 — nonsmoker
  2. B.U.S.    ↓
  3. VAGINA    ↓                   — hx DES exposure
  4. CERVIX   has sm adhesions near cx (from DES)
              + DES like cx        — paps always ok
  5. ADNEXA   ⊖ masses  (v. tender   Dr. Spiegel
  6. UTERUS     nl       on exam   — husband healthy
                         + anxious
RECTAL EXAM:                       — sex 2x/wk.

IMPRESSION:  At ___ new gyn         — sister also had
             infertility             DES exposure +
PLAN:                                in Boston under
— Pap                                tx for infertility
— SBE
— see cardiology to √ murmur
— S.A., hormone levels, BBT        — she also was
— HSG next (may need ad √ior         unable to
    {xanax prior)                    conceive c̄
  if unable → do laps 1st            a prior partner
                        Keogh

PL2400