# Exhibit 13

Case 1:05-cv-01648-RBW    Document 52-15    Filed 10/27/2006    Page 1 of 2

| DATE | PROGRESS NOTES | PLANS |
|---|---|---|
| 4-27-99 | **HYSTEROSALPINGOGRAM**<br>HISTORY _____<br>UTERUS _T shaped — OK volu_<br>TUBES Right _fill & spill well_<br>Left _____<br>Dye Used _____ Risks/Complications _clear_<br>Comments<br><br>(diagram: circle with small shape inside, arrow labeled) RU / OV<br><br>Plan 1 more cycle Clo/IUI<br>then PSH/IUI | |
| 6/3/99 | **INSEMINATION TREATMENT**<br>CD _17_ LH Test ⊕ 6/2/99 Cycle# _3_<br>TD# ___ IUI Meds _Clomid_<br>Count _56_ Motility _29%_ TM _16_ ROP _3_<br>Mucus amt _0_ Spinn _0_ Fern _0_<br>Specimen & DOB ID'd by patient ___<br>Witnessed by ___ | Rx: Call in 2wks<br>Sooner if bleed |

PL2504

NAME: Mahoney, Kathleen    DOB: 12-3-66

3/98

PAGE #: