# Exhibit 14

Case 1:05-cv-01648-RBW    Document 52-16    Filed 10/27/2006    Page 1 of 5

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF COLUMBIA

3

4   * * * * * * * * * * * * * * * *

5    MAUREEN PIZZI, ET AL.                    *

6        V.                                   *

7    ELI LILLY AND COMPANY, ET AL.            *

8   * * * * * * * * * * * * * * * *

9

10      TELEPHONIC DEPOSITION OF RICHARD H. REINDOLLAR, M.D.

11

12   DEPOSITION TAKEN AT THE DARTMOUTH-HITCHCOCK MEDICAL CENTER,

13

14   ONE MEDICAL CENTER DRIVE, LEBANON, NEW HAMPSHIRE, ON

15

16   WEDNESDAY, OCTOBER 18, 2006.

17

18   PAGES: 1-77

19

20   TIME: 11:05 a.m. to 12:23 p.m.

21

22

23   COURT REPORTER:  KIMBERLY KERWIN, CSR

Page 2

1  I N D E X
2
3  WITNESS: RICHARD H. REINDOLLAR, M.D.
4
5  EXAMINATION:                    PAGE
6
7     BY MR. HENNINGER:          4
8
9
10 EXHIBITS MARKED FOR IDENTIFICATION:
11    NONE.

Page 3

1  APPEARANCES:
2  FOR THE PLAINTIFF:
3     AARON M. LEVINE & ASSOCIATES, P.A.
4     BY: AARON M. LEVINE, ESQ.
5     1320 19TH STREET, N.W., SUITE 500
6     WASHINGTON, DC 20036
7  FOR DEFENDANT ELI LILLY:
8     FOLEY HOAG, L.L.P.
9     BY: BRIAN HENNINGER, ESQ.
10    1875 K STREET, N.W., SUITE 800
11    WASHINGTON, DC 20006
12 FOR DEFENDANT LANNETT COMPANY:
13    LORD & WHIP, P.A.
14    BY: KATHLEEN M. BUSTRAAN, ESQ.
15    36 SOUTH CHARLES STREET, 10TH FLOOR
16    BALTIMORE, MD 21201

Page 4

1  STIPULATIONS
2     IT IS AGREED THAT THE DEPOSITION
3  SHALL BE TAKEN IN THE FIRST INSTANCE IN
4  STENOTYPE AND WHEN TRANSCRIBED MAY BE USED
5  FOR ALL PURPOSES FOR WHICH DEPOSITIONS ARE
6  COMPETENT UNDER THE FEDERAL RULES OF CIVIL
7  PROCEDURE.
8     NOTICE, FILING, CAPTION AND ALL
9  OTHER FORMALITIES ARE WAIVED. ALL
10 OBJECTIONS AS TO FORM ARE RESERVED AND MAY
11 BE TAKEN IN COURT AT TIME OF TRIAL.
12    IT IS FURTHER AGREED THAT IF THE
13 DEPOSITION IS NOT SIGNED WITHIN THIRTY (30)
14 DAYS AFTER SUBMISSION TO COUNSEL, THE
15 SIGNATURE OF THE DEPONENT IS WAIVED.
16
17    RICHARD H. REINDOLLAR, M.D.
18 HAVING BEEN DULY SWORN BY MS. KERWIN WAS
19 DEPOSED AND TESTIFIED AS FOLLOWS:
20    EXAMINATION
21 BY MR. HENNINGER:
22    Q. DR. REINDOLLAR, GOOD MORNING.
23    A. GOOD MORNING.

Page 5

1     Q. I HAD INTRODUCED MYSELF BEFOREHAND,
2  BUT I'LL JUST SAY FOR THE RECORD THAT THIS
3  IS BRIAN HENNINGER. I'M COUNSEL FOR ELI
4  LILLY AND COMPANY IN THIS MATTER. COULD
5  YOU JUST IDENTIFY YOUR FULL NAME AND YOUR
6  BUSINESS ADDRESS FOR THE RECORD.
7     A. RICHARD HENRY REINDOLLAR. AND I AM
8  AT DARTMOUTH-HITCHCOCK MEDICAL CENTER. ONE
9  MEDICAL CENTER DRIVE IN LEBANON, NEW
10 HAMPSHIRE.
11    Q. OKAY. JUST A COUPLE OF QUESTIONS
12 ABOUT YOUR BACKGROUND BEFORE WE GET INTO
13 THE SPECIFICS OF THIS CASE. HOW LONG HAVE
14 YOU BEEN WITH YOUR CURRENT EMPLOYER?
15    A. SINCE SEPTEMBER ONE YEAR AGO.
16    Q. OKAY. AND WHAT IS YOUR SPECIALTY
17 WITH THAT EMPLOYER?
18    A. I AM A REPRODUCTIVE ENDOCRINOLOGIST,
19 BUT I AM THE CHAIR OF THE DEPARTMENT OF
20 OBSTETRICS AND GYNECOLOGY.
21    Q. AND PRIOR TO YOUR CURRENT EMPLOYER
22 WHO DID YOU WORK FOR BEFORE THAT?
23    A. BETH ISRAEL DEACONESS MEDICAL

Page 38

1  IN GENERAL, AND NOT TALKING ABOUT THIS
2  PATIENT'S PARTICULAR CONDITION OR AMOUNT OF
3  ENDOMETRIOSIS, WHAT'S THE CAUSAL MECHANISM
4  FOR HOW ENDOMETRIOSIS CAN AFFECT FERTILITY?
5      A.  WELL, WE KNOW IT CAN AFFECT
6  INFERTILITY IF IT CAUSES BILATERAL BLOCKED
7  TUBES AND SCARRING THAT NEITHER TUBE CAN
8  FUNCTION. SO THAT WE KNOW. SHORT OF THAT
9  THERE HAVE BEEN MANY THEORIES. CAPANI HAD
10 A LOT OF THEORIES OR WROTE A LOT ABOUT
11 ENDOMETRIOSIS AND INFLAMMATORY AND AN
12 ALTERED INFLAMMATORY RESPONSE, SO THAT'S A
13 THEORY THAT HAS BEEN THE CAUSE OF
14 ENDOMETRIOSIS CAUSING INFERTILITY.
15     Q.  OKAY. AND OTHER THAN DOING A
16 LAPAROSCOPY WHAT ARE THE SYMPTOMS OF
17 ENDOMETRIOSIS?
18     A.  SOME PATIENTS CAN HAVE -- I MEAN,
19 MANY PATIENTS -- I MEAN, WE ALWAYS TELL
20 PATIENTS, YOU KNOW, ENDOMETRIOSIS -- LET ME
21 CLARIFY THAT. I USED TO TELL PATIENTS IT
22 WAS A GREAT MASQUERADE, BUT YOU CAN HAVE
23 PATIENTS WITH SEVERE DISEASE AND NO

Page 39

1  SYMPTOMS AT ALL, AND YOU CAN HAVE PATIENTS
2  WITH MINIMAL DISEASE AND SEVERE SYMPTOMS.
3  YOU'RE PRIMARILY REFERRING TO MENSTRUAL
4  CRAMPS, BUT IT COULD CAUSE -- I MEAN, IF
5  YOU HAD BAD DISEASE IT COULD CAUSE PAIN
6  WITH INTERCOURSE. IT COULD CAUSE, YOU
7  KNOW, PELVIC PAIN AS WELL, BUT THE WORST
8  DISEASE CAN CAUSE NO SYMPTOMS.
9      Q.  ABNORMAL BLEEDING, IS THAT ANOTHER
10 POTENTIAL SYMPTOM?
11     A.  OF ENDOMETRIOSIS?
12     Q.  ENDOMETRIOSIS.
13     A.  YOU KNOW, SOME PATIENTS GET BLEEDING
14 BETWEEN THEIR PERIODS WITH IT. ANN WENSON
15 IN THE EARLY 1980'S HAD A REPORT OF
16 INTERMENSTRUAL BLEEDING FOR PATIENTS THAT
17 HAD ENDOMETRIOSIS. OFTEN IT'S BROWN
18 COLORED, NOT BRIGHT RED. AND I ALWAYS LOOK
19 FOR THAT, BUT THAT'S -- THAT'S THE
20 EXCEPTION RATHER THAN THE RULE, BUT THAT
21 CAN CAUSE IT.
22     Q.  ALL RIGHT. LET'S MOVE ONTO THE HSG
23 REPORT, AND THIS IS ONE THAT YOU HAD

Page 40

1  CONDUCTED. LET ME GIVE YOU A DATE FOR
2  THAT. IT WAS APRIL 27TH OF 1997?
3      A.  DID YOU SEND THAT TO ME?
4      Q.  I BELIEVE THAT I DID. HOLD ON. LET
5  ME FIND IT MYSELF. WHAT I HAVE IS --
6      A.  I HAVE IT RIGHT HERE. A STAMP ON
7  THE CHART.
8      Q.  YEAH. OKAY. CAN YOU JUST READ FOR
9  US WHAT THAT SAYS AND INTERPRET YOUR
10 HANDWRITING FOR US.
11     A.  YEAH. ARE YOU SAYING YOU CAN'T?
12     Q.  A LITTLE BIT -- I WANT TO MAKE SURE
13 WE GOT IT RIGHT.
14     A.  OKAY. UTERUS T-SHAPED, OKAY VOLUME,
15 FILL AND SPILL. AND THEN SHE HAS THIS VERY
16 ABNORMAL CERVIX.
17     Q.  OKAY. SO BASED ON THIS YOU WERE
18 WILLING TO GO FORWARD IN TRYING TO ASSIST
19 THIS WOMAN IN GETTING PREGNANT? YOU DIDN'T
20 THINK THAT THE UTERUS WAS AN INSURMOUNTABLE
21 CHALLENGE TO THAT?
22     A.  YOU ALWAYS HAVE A CONCERN WITH A
23 T-SHAPED UTERUS, BUT THERE'S NOT A WHOLE

Page 41

1  LOT YOU CAN DO ABOUT IT. AND WE KNOW THAT
2  PATIENTS WITH A DES UTERUS, SOME GET
3  PREGNANT. THEY GO TO TERM, MANY OF THEM
4  PROBABLY. SOME OF THEM HAVE PREMATURE
5  LABOR. SOME HAVE FIRST TRIMESTER LOSSES
6  AND SOME HAVE ECTOPIC. SO YOU CERTAINLY
7  COUNSEL PATIENTS ABOUT THAT, BUT THERE'S NO
8  REASON NOT TO PROCEED ON BECAUSE WHAT ARE
9  YOUR OTHER CHOICES. AND WE ALSO KNOW THAT
10 THE SAME TREATMENTS THAT YOU USE FOR PURE
11 UNEXPLAINED INFERTILITY, YOU KNOW, ARE
12 CERTAINLY EFFECTIVE FOR PATIENTS WHO MAY
13 HAVE THEIR REPRODUCTIVE TRACT ADVERSELY
14 AFFECTED BY DES, SO IT'S JUST SO HARD TO
15 PREDICT. SO, OF COURSE, YOU WOULD GO AHEAD
16 AND DO THE SAME THING.
17     Q.  WELL, I WAS ASSUMING, AND, AGAIN,
18 TELL ME IF I'M WRONG, BUT IN YOUR
19 EXPERIENCE OF HAVING TREATED A LOT OF
20 PEOPLE THAT THERE MAY BE SOME T-SHAPED
21 UTERUSES THAT ARE -- WHERE THE VOLUME IS
22 NOT OKAY, FOR EXAMPLE, OR YOU HAVE A REAL
23 CONCERN ABOUT EVEN TRYING TO HAVE THAT

Page 42

1  WOMAN CARRY PREGNANCY; IS THAT CORRECT?
2    A.  I WILL TELL YOU THAT THERE ARE
3  PATIENTS WHO HAVE SIGNIFICANTLY RESTRICTED
4  VOLUME WHO YOU WORRY ABOUT, BUT THROUGH THE
5  YEARS THE WORST UTERUSES I'VE EVER SEEN
6  HAVE -- SOME OF THEM HAVE DONE POORLY AND
7  OTHERS HAVE BREEZED THROUGH.  WE HAD A
8  PATIENT FROM TUFTS YEARS AGO WHO HAD A
9  HORRIBLY CONSTRICTED UTERINE CAVITY, AND
10 SHE ACTUALLY WENT TO TERM AND, OF COURSE,
11 WE WERE BESIDE OURSELVES.  AND SO I DON'T
12 KNOW OF ANY SITUATION WHERE I HAVE EVER
13 SAID, WE WILL NOT PROCEED FORWARD BECAUSE
14 OF YOUR UTERUS.  I HAD A PATIENT IN GEORGIA
15 MANY YEARS AGO, YOU COULD DRAW A LINE, A T.
16 AND THAT WAS HER ENDOMETRIAL CAVITY.  AND
17 SHE ACTUALLY, YOU KNOW, HAD -- WAS IN BED
18 FOR MANY MONTHS OF PREGNANCY, BUT WE -- SHE
19 ACHIEVED HER PREGNANCY AND CERTAINLY HAD
20 COMPLICATIONS, BUT DELIVERED A HEALTHY
21 CHILD.  SO YOU REALLY -- YOU KNOW, YOU
22 CAN'T -- I DON'T KNOW ANYONE WHO WOULD SAY,
23 BECAUSE OF YOUR CAVITY IT'S NOT WORTH

Page 43

1  TRYING.
2    Q.  OKAY.
3    A.  AND THERE MAY BE PEOPLE.  I DON'T
4  KNOW.
5    Q.  OKAY.  YOU HAD MENTIONED THAT THIS
6  IS SOMETHING THAT YOU MENTIONED AS A
7  CONCERN OR YOU IDENTIFY AS A CONCERN.  AND
8  I'M WONDERING IF IN THIS PARTICULAR CASE
9  DID YOU HAVE ANY RECOLLECTION OF TALKING TO
10 MS. MAHONEY ABOUT THE SHAPE OF HER UTERUS?
11   A.  YOU KNOW, I DID NOT WRITE IT HERE.
12 THIS WAS, YOU KNOW, HOW MANY YEARS AGO?
13 SIX, SEVEN YEARS AGO, SO SIX AND A HALF OR
14 WHATEVER.  I AM VERY -- I TAKE A LOT OF
15 TIME WITH PATIENTS.  I'M OFTEN LATE IN MY
16 SCHEDULE BECAUSE OF THAT.  SO IT WOULD
17 BE -- I WOULD BE HARD PRESSED TO SAY THAT I
18 DID NOT MENTION THE T-SHAPE TO HER AND HER
19 CERVIX BECAUSE THEY WERE TWO -- THE CERVIX
20 WAS OBVIOUS, BUT YOU CAN'T WRITE IT HERE,
21 BUT SO I CAN'T TELL YOU WHAT I SAID OR
22 DIDN'T SAY.
23   Q.  ALL RIGHT.  I UNDERSTAND THAT.

Page 44

1  WOULD YOU HAVE -- IF YOU DID DO THAT WOULD
2  HAVE YOU RELATED THE FACT THAT YOU FELT
3  THAT THAT WAS CAUSED BY DES?
4        MR. LEVINE:  WELL, I'M GOING TO
5  OBJECT.  HE SAID HE CAN'T TELL WHAT I SAID
6  OR NOT.  YOU'RE ASKING HIM TO GO BACK FIVE
7  YEARS.  AND NOW YOU'RE BEATING IT AGAIN.
8    Q.  I'M NOT BEATING ANYTHING.  DOCTOR,
9  YOU CAN ANSWER THAT QUESTION IF YOU FEEL
10 LIKE YOU CAN.
11   A.  IF I SAW A T-SHAPED UTERUS WITH A
12 CERVIX AS ABNORMAL AS HERS I WOULD HAVE
13 DISCUSSED IT.
14   Q.  OKAY.  MOVING FORWARD.  THE -- YOU
15 TRIED SIX IUI CYCLES TO THIS PATIENT; IS
16 THAT CORRECT?
17   A.  CORRECT.
18   Q.  YOUR REVIEW OF THE RECORDS?
19   A.  CORRECT.
20   Q.  OKAY.  THOSE WEREN'T SUCCESSFUL.
21 AND THEN YOU MOVED ONTO IVF.  SO THAT'S THE
22 NEXT THING I WANTED TO TALK ABOUT.  AND LET
23 ME REFER YOU TO A RECORD FIRST TO GO TO A

Page 45

1  QUESTION ON THAT.  THE RECORD THAT I WANTED
2  TO REFER TO IS FROM FEBRUARY 17TH OF 2000.
3    A.  AND WHAT WAS IT?
4    Q.  LET'S SEE.  I BELIEVE IT WAS THE
5  REPORT OF THE FIRST OOCYTE RETRIEVAL.
6    A.  ONE SECOND.  FEBRUARY.
7    Q.  THIS IS SOMETHING, ACTUALLY, I DID
8  NOT SEND YOU, SO IT WOULD HAVE TO BE IN
9  YOUR RECORD.
10   A.  I HAVE NOVEMBER, DECEMBER OF '99.
11 MAYBE I GOT THIS OUT OF ORDER.  AND THEN
12 THE NEXT ONE I HAVE IS MARCH 6TH.  LET ME
13 JUST SEE QUICKLY IF I'VE GOT IT OUT OF
14 ORDER.  YOU WANT TO READ IT TO ME?
15   Q.  SURE.  I CAN DO THAT.
16        MR. HENNINGER:  AND COUNSEL, IF
17 ANYONE HAS OBJECTIONS TO MY READING, FEEL
18 FREE TO MENTION THOSE, BUT --
19   Q.  BY MR. HENNINGER:  THE RECORD SAYS,
20 ULTRASOUND GUIDED OOCYTE RETRIEVAL FOUR OF
21 WHICH TWO FERTILIZED NORMALLY.  I JUST
22 WANTED TO VERIFY THAT THAT MEANS THAT FOUR
23 EGGS WERE RETRIEVED THE FIRST TIME SHE