# Exhibit 15

| DATE | PROGRESS NOTES | PLANS |
|---|---|---|
| 11/20/99 | **INSEMINATION TREATMENT** <br> CD __11__  LH Test __∅__  Cycle# __3rd__ <br> TDI # __∅__  IUI Meds __FSH/hCG__ <br> Count __40×10⁶__  Motility __45%__  TM __18×10⁶__  ROP __3__ <br> Mucus amt ____  Spinn __∅__  Fern __∅__ <br> Speciman & DOB ID'd by pt. _(sig)_ <br> Witnessed by _(sig)_ | Rx: pt. to return 11/21 for 2nd IUI – _(init)_ |
| 11/21 | **INSEMINATION TREATMENT** <br> CD __12__  LH Test __∅__  Cycle# __3rd__ <br> TDI # __∅__  IUI Meds __FSH/hCG__ <br> Count __33×10⁶__  Motility __45%__  TM __15×10⁶__  ROP __2__ <br> Mucus amt ____  Spinn ____  Fern ____ <br> Speciman & DOB ID'd by pt. X _(sig)_ <br> Witnessed by _(sig)_ | Call 16 days p̄ HCG if ∅ bleed or any unusual bleed – HJ |

fx to Quincy –

12-2-99  IVF pre op

Discussed in details:
1. Protocols
2. Hurdles
3. Multiple Birth
   – Blast transfer
   – D3 transf –

Couple will go for Blast transfer. Underwent with DES c̄ twins; Needs Surveillence for

… incompetent cervix.

NAME: Mahoney, Kathleen       DOB: 12-3-66

PL2508 · 3/98 · #19