# Exhibit 16

**Boston IVF**
*The South Shore Center*

300 Congress Street
Quincy, MA 02
(617) 479-7461
FAX: (617) 479-59
www.bostonivf.com



Harvard
Medical
School



Beth Israel
Deaconess
Medical Center

*Reproductive Endocrinology*
ael M. Alper, M.D.
S en R. Bayer, M.D.
Brian M. Berger, M.D.
Merle J. Berger, M.D.
Pei-Li Huang, M.D.
Selwyn P. Oskowitz, M.D.
Alan S. Penzias, M.D.
Richard H. Reindollar, M.D.
Kim L. Thornton, M.D.
ert M. Weiss, M.D.

*Andrology*
Abraham Morgentaler, M.D.

*Embryology/Cryobiology*
R. Douglas Powers, Ph.D.,
  *Scientific Director*
C. Brent Barrett, Ph.D.
Doria Harris, Ph.D.
Jenine Witmyer, Ph.D.

*Counseling Services*
Jeane Springer, L.I.C.S.W.

*Administration*
David L. Printy
  *Chief Operating Officer*

*Main Office*
Boston IVF
One Brookline Place
Brookline, MA 02445

*Centers*
Quincy, MA
Weston, MA
Woburn, MA

*Affiliated Practices*
Binghamton, NY
ilton, Bermuda
iston, ME
Martha's Vineyard, MA
Northampton, MA
Portland, ME
Worcester, MA

January 20, 2000

Dr. Paul Keough
Hanover OB/GYN
135 Webster St.
Hanover, Ma. 02339

RE: Kathleen Mahoney
DOB: 12/3/66

Dear Dr. Keough:

Kathleen and Michael have completed 3 cycles of gonadotropins with intrauterine insemination and not achieved pregnancy, following 3 cycles of Clomid with intrauterine insemination. As you know, Kathleen has been DES exposed. Her hysterosalpingogram did demonstrate a "T" shaped uterus but with a reasonable cavity. As you know, her cervix is abnormal and I have suggested that when she does become pregnant she will need to have surveillance for an incompetent cervix.

We are progressing on to in vitro fertilization and will be transferring 2 embryos at the blastocyst stage in hopes of reducing their risks for high order multiple births.

We appreciate the opportunity to share in the care of this couple and will keep you posted.

Sincerely,

Richard H. Reindollar, M.D.
RHR/mac

Dictated but not read

PL2516