# Exhibit 17

Case 1:05-cv-01648-RBW    Document 52-19    Filed 10/27/2006    Page 1 of 9

Yahoo!  My Yahoo!  Mail  Welcome, **Guest** [Sign In]                                    Search Home   Help

**YAHOO! SEARCH** | Web | Images | Video | Audio | Directory | Local | News | Shopping | More »

diethylstilbestrol and infertility                                      [Search]

My Web    Answers BETA                                    Search Services   Advanced Search   Preferences

Search Results              Results **1 - 10** of about **65,700** for **diethylstilbestrol and infertility** - 0.26 sec. (About this page

**SPONSOR RESULTS**

- **Diethylstilbestrol Injury Lawyers**
  www.yourlawyer.com    Representing victims of DES (**Diethylstilbestrol**) injuries including birth abnormalities **and** defects.

1. **Infertility** - MedlinePlus
   Links to news, research, treatment, causes, organizations, and other resources.
   Category: Reproductive Health > **Infertility**
   www.nlm.nih.gov/medlineplus/**infertility**.html - 0 - Cached - More from this site - Save - Block

2. **Diethylstilbestrol** Exposure
   Clinical overview **and** recommendations for women who were prescribed DES during pregnancy as well as women **and** men who were exposed to it in the womb. From American Family Physician.
   Category: Drugs and Medications > **Diethylstilbestrol** (DES)
   www.aafp.org/afp/20040515/2395.html - 0 - Cached - More from this site - Save - Block

3. DES daughter - **diethylstilbestrol** exposure legal representation
   ... for the DES daughter who suffered prenatal **diethylstilbestrol** exposure. Aaron M ... are the international leaders in **diethylstilbestrol** exposure and **infertility** malpractice litigation ...
   www.aaronlevinelaw.com/daughter.htm - 12k - Cached - More from this site - Save - Block

4. **Diethylstilbestrol** - Wikipedia
   Information on the synthetic estrogen that was developed to supplement a woman's natural estrogen production **and** was later linked to certain cancers and reproductive tract structural differences.
   Category: Drugs **and** Medications > **Diethylstilbestrol** (DES)
   en.wikipedia.org/wiki/**Diethylstilbestrol** - 15k - Cached - More from this site - Save - Block

5. **Diethylstilbestrol effects and infertility** - Legal assistance from Aaron Levine
   Aaron M. Levine & Associates can help those suffering from **diethylstilbestrol** effects **and infertility** by providing support **and** gaining restitution. ... The legal experts in (DES) **diethylstilbestrol** effects **and infertility**. If you ... have successfully prosecuted **diethylstilbestrol** effects and **infertility** claims against manufacturers of ...
   www.aaronlevinelaw.com/**diethylstilbestrol**.htm - 12k - Cached - More from this site - Save - Block

6. NEJM -- Fertility in Men Exposed Prenatally to **Diethylstilbestrol**
   ... Background Prenatal exposure to **diethylstilbestrol** causes **infertility** in male mice **and** has been ... about the fertility of men who have been exposed prenatally to **diethylstilbestrol** ...
   content.nejm.org/cgi/content/abstract/332/21/1411 - 24k - Cached - More from this site - Save - Block

7. Ohio Reproductive Medicine

**Results Page:**

Advanced **infertility and** reproductive endocrinology services.
Category: Ohio > Columbus > Infertility Clinics and Practices
www.ohiorepromed.com - 0 - Cached - More from this site - Save - Block

1 2 3 4 5 6 7 8 9 10 **Next »**

8. **Infertility**
   **Infertility** is not a subject that many couples are anxious to discuss. Learn more about what to expect for **infertility** treatments. ... Uterine fibroids. Endometriosis. **Diethylstilbestrol** (DES) Pelvic adhesions. Polycystic ovarian disease. Immunological **infertility**. Marijuana use ...
   www.healthatoz.com/healthatoz/Atoz/dc/caz/repr/infr/infr_test_misc.jsp - 19k -
   Cached - More from this site - Save - Block

9. UpToDate Patient information: Evaluation of the infertile couple
   Find on Page. Outline of Topic. Patient information: Evaluation of the infertile couple. UpToDate performs a continuous review of over 330 journals and other resources. Updates are added as important new information is published. ... Among all cases of **infertility**, about 20 percent can be traced to male factors, 40 percent can be ...
   patients.uptodate.com/frames.asp?page=topic.asp&file=endo_hor/6753 - 32k -
   Cached - More from this site - Save - Block

10. **Infertility**
    Related TopicsClose ... Critical Care Medicine Reproductive Endocrinology & **Infertility** Retina & Vitreous Service Rheumatology (Joint ... woman's exposure to DES (**diethylstilbestrol**) taken by her mother during ...
    ymghealthinfo.org/content.asp?pageid=P01532 - 48k - Cached - More from this site - Save - Block

Your Search: diethylstilbestrol and infertility      [ Search ]

☑ **Didn't find** what you needed? Try Yahoo! Answers.

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site

Yahoo!  My Yahoo!  Mail    Welcome, Guest [Sign In]                                    Search Home  Help

Web | Images | Video | Audio | Directory | Local | News | Shopping | More »

**YAHOO! SEARCH**    "DES" and infertility                                    [ Search ]

My Web    Answers BETA                                    Search Services    Advanced Search    Preferences

**Search Results**          Results **1 - 10** of about **392,000** for "**DES**" **and infertility** - 0.24 sec. (About this page

**SPONSOR RESULTS**

- **Diethylstilbestrol Injury Lawyers**
  www.yourlawyer.com     Representing victims of **DES** (Diethylstilbestrol) injuries including birth abnormalities **and** defects.

- **Find Des Moines Child Care Providers**
  www.babyzone.com     Visit Babyzone today **and** find child care providers **and** information for your area.

1. **Known Health Effects for DES Daughters**
   Known Health Effects. Known Health Effects for **DES** Daughters. This section addresses general **and** specific questions about increased health risks for **DES** Daughters, including information on. Known Health Effects
   www.cdc.gov/**DES**/consumers/about/effects_daughters.html - More from this site - Save - Block

2. **Infertility Among Women Exposed Prenatally to Diethylstibestrol**
   ... Consumers Home > **DES** Research > Recent **DES** Research > **Infertility** Among Women Exposed Prenatally to ... to determine whether exposure to **DES** before birth (in the womb) affects ...
   www.cdc.gov/**DES**/consumers/research/recent_**infertility**.html - 31k - Cached - More from this site - Save - Block

3. **Des Moines, IA Fertility & Infertility Physicians & Surgeons**
   Find the Best Fertility & **Infertility** Physicians & Surgeons in **Des** Moines, Iowa at SuperPages.com. SuperPages from Verizon has listings for many more **Des** Moines businesses.
   yellowpages.superpages.com/listings.jsp?C=fertility &...&SCS=1 - More from this site - Save - Block

4. **Find Infertility in Des Moines, Washington**
   Find **Infertility** in **DES** MOINES, WA. Sort by location, hours, specialty **and** more. Maps, driving directions, coupons **and** more - fast **and** easy at DexOnline.com.
   dexonline.com/servlet/ActionServlet?pid=bfull&...&Search.y=0 - More from this site - Save - Block

5. **Infertility FAQ (part 1/4)**
   ... .org> Newsgroups: alt.**infertility**, misc.health.**infertility** Subject: **Infertility** FAQ (part ... in-utero to **DES** suffer **infertility** and/or pregnancy problems. **DES** information **and** FAQs ...
   www.faqs.org/faqs/medicine/**infertility**-faq/part1 - 29k - Cached - More from this site - Save - Block

6. **DES / Diethylstilbestrol Lawsuit Government Report - Detailed Information Regarding DES, Reproduction, and ...**
   ... Detailed Information Regarding **DES**, Reproduction, **and Infertility**. If you or a family member has been ... most recent study of **infertility** among **DES** Daughters reported that 24% had ...
   www.injuryboard.com/view.cfm/Article=3167 - 40k - Cached - More from this site - Save - Block

7. **Infertility - MedlinePlus**
   Links to news, research, treatment, articles, organizations, **and** other

Category: Reproductive Health > **Infertility**
www.nlm.nih.gov/medlineplus/**infertility**.html - More from this site - Save - Block

8. **USATODAY.com - Hidden toll of DES, a generation later**
Most people can't even pronounce diethylstilbestrol, let alone recall the drug's legacy. ... di-ETH-il-stil-BES-trol, or **DES** — to millions of U.S. women to prevent miscarriages ... in 2001, found that **DES** daughters' **infertility** problems were mainly a result ...
www.usatoday.com/news/health/2003-04-14-des_x.htm - 49k - Cached - More from this site - Save - Block

9. **DES (Diethylstilbestrol) Lawyer - DES Side Effects: Infertility**
DES Side Effects: Learn More about **Infertility**
www.weitzlux.com/**des**/**infertility**_2339.html - 21k - Cached - More from this site - Save - Block

10. **Infertility FAQ for alt.infertility and misc.health.infertility newsgroups**
Information on **infertility** causes, tests, and treatments. Also includes newsgroup nettiquette for alt.**infertility** and misc.health.**infertility**. ... DES). Tubal (ectopic) pregnancies, miscarriages, premature labor, and both male and female **infertility** are ...
www.fertilityplus.org/faq/**infertility**.html - 126k - Cached - More from this site - Save - Block

**Results Page:**
1 2 3 4 5 6 7 8 9 10 **Next »**

Your Search: "DES" and infertility        [ Search ]

☑ **Didn't find** what you needed? Try Yahoo! Answers.

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site

Sign in

**Google**  Web  Images  Groups  News  Froogle  Local  more »
diethylstilbestrol and infertility    [Search]  Advanced Search / Preferences

The "AND" operator is unnecessary -- we include all search terms by default. [details]

**Web**    Results 1 - 10 of about 67,200 for **diethylstilbestrol** and **infertility** with Safesearch on. (0.23 seconds)

**NEJM -- Fertility in Men Exposed Prenatally to Diethylstilbestrol**
Original Article from The New England Journal of Medicine -- Fertility in Men Exposed Prenatally to **Diethylstilbestrol**.
content.nejm.org/cgi/content/full/332/21/1411 - Similar pages

>   **NEJM -- Fertility in Men Exposed Prenatally to Diethylstilbestrol**
>   Original Article from The New England Journal of Medicine -- Fertility in Men Exposed Prenatally to **Diethylstilbestrol**.
>   content.nejm.org/cgi/content/abstract/332/21/1411 - Similar pages

**Fertility in men exposed prenatally to diethylstilbestrol.**
BACKGROUND. Prenatal exposure to **diethylstilbestrol** causes **infertility** in male mice and has been ass...
www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&
db=PubMed&list_uids=7723797&dopt=Abstract - Similar pages

>   **Infertility among women exposed prenatally to diethylstilbestrol.**
>   Although it is well established that women exposed to **diethylstilbestrol** in utero have an increased ...
>   www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&
>   db=PubMed&list_uids=11495854&dopt=Abstract - Similar pages
>   [ More results from www.ncbi.nlm.nih.gov ]

**Diethylstilbestrol (DES) attorney - Aaron M. Levine & Associates**
Litigation help for those suffering from **diethylstilbestrol** exposure such as **Infertility** is a specialty at Aaron M. Levine & Associates. ...
www.aaronlevinelaw.com/ - 12k - Cached - Similar pages

**Infertility among Women Exposed Prenatally to Diethylstilbestrol ...**
**diethylstilbestrol**; **infertility**. Abbreviations: CI, confidence interval; DESAD, National Cooperative **Diethylstilbestrol** Adenosis Study; OR, odds ratio; RR, ...
aje.oxfordjournals.org/cgi/content/abstract/154/4/316 - Similar pages

>   **Infertility among Women Exposed Prenatally to Diethylstilbestrol ...**
>   Pregnancy and **infertility** among **diethylstilbestrol**-exposed and unexposed women, ...
>   Pregnancy and **infertility** according to timing of **diethylstilbestrol** ...
>   aje.oxfordjournals.org/cgi/content/full/154/4/316 - Similar pages

**Diethylstilbestrol Exposure - May 15, 2004 - American Family Physician**
**Infertility** among women exposed prenatally to **diethylstilbestrol**. Am J Epidemiol 2001;154:316-21. 24. Goldberg JM, Falcone T. Effect of **diethylstilbestrol** ...
www.aafp.org/afp/20040515/2395.html - 50k - Cached - Similar pages

**Infertility Among Women Exposed Prenatally to Diethylstibestrol**
... Hatch EE, Rao RS, Kaufman RH, Herbst AL, et al. **Infertility** among women exposed prenatally to **diethylstilbestrol**. Am J Epidemiol 2001;154:316-21. ...
www.cdc.gov/DES/consumers/ research/recent_infertility.html - 31k - Cached - Similar pages

**DES (Diethylstilbestrol) Lawyer - DES Side Effects: Infertility**
DES Side Effects: Learn More about **Infertility**. ... **Diethylstilbestrol** (DES) Detailed Info from DES Lawyers Learn More DES Litigation - DES Lawyers - About ...
www.weitzlux.com/_2339.html - 21k - Cached - Similar pages

Try your search again on Google Book Search

Sponsored Links

Unable to get pregnant?
And not sure why? Here's how we conceived after 5 years of trying.
www.become-pregnant.com



Result Page:   1 2 3 4 5 6 7 8 9 10   **Next**

Free! Get the Google Toolbar. Download Now - About Toolbar

diethylstilbestrol and infertility    [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google

Sign in

**Google**   Web   Images   Groups   News   Froogle   Local   more »
"DES" and infertility   [Search]   Advanced Search   Preferences

The "AND" operator is unnecessary -- we include all search terms by default. [details]

**Web**   Results **1 - 10** of about **584,000** for **"DES"** and **infertility** with **Safesearch on**. (0.20 seconds)

**Infertility Among Women Exposed Prenatally to Diethylstibestrol**
Consumers Home > **DES** Research > Recent **DES** Research > **Infertility** Among Women ... Most **DES** Daughters who never became pregnant had been exposed to **DES** ...
www.cdc.gov/DES/consumers/ research/recent_infertility.html - 31k -
Cached - Similar pages

  **Known Health Effects for DES Daughters**
  **Infertility** Rates for **DES** Daughters vs. Unexposed Women* ... The most recent study of **infertility** among **DES** Daughters reported that 24% had never become ...
  www.cdc.gov/DES/consumers/about/effects_daughters.html - 45k -
  Cached - Similar pages

**Infertility FAQ for alt.infertility and misc.health.infertility ...**
Information on **infertility** causes, tests, and treatments. Also includes newsgroup nettiquette for ... 12.2 - **INFERTILITY** FAQS. **DES** Information Page ...
www.fertilityplus.org/faq/infertility.html - 101k - Cached - Similar pages

**Infertility Problems Caused by DES - Patricia Martin Stanford, PA**
If you believe you were exposed to **DES**, you may have difficulties getting pregnant or maintaining a pregnancy; tell your doctor of your exposure.
www.deslaw.com/infertility.htm - 13k - Cached - Similar pages

**DES daughters - fertility and pregnancy**
Exposure to the anti-miscarriage drug, diethylstilboestrol (**DES**) while in the womb can cause reproductive changes and fertility problems later in life.
www.betterhealth.vic.gov.au/BHCV2/bhcarticles.nsf/
pages/DES_daughters_fertility_and_pregnancy?Open - 28k - Cached - Similar pages

  **Reproduction and fertility - theme page**
  ... and treatment for problems like impotence, **infertility** and how IVF may help. ... **DES** daughters - gynaecological changes · Menstruation - menorrhagia ...
  www.betterhealth.vic.gov.au/bhcv2/bhcarticles.nsf/
  pages/Reproduction_and_fertility_theme_page?OpenDocument - 32k -
  Cached - Similar pages

**Infertility FAQ (part 1/4)**
A large study was recently completed and it is now known that over 50% of people exposed in-utero to **DES** suffer **infertility** and/or pregnancy problems. ...
www.faqs.org/faqs/medicine/infertility-faq/part1/ - 29k - Cached - Similar pages

**Infertility: Facts, Disease Prevention and Treatment Strategies**
[Over 100 Nutrients that focus on Male and Female **Infertility**] ... Prenatal Exposure to Diethylstilbestrol (**DES**): **DES** is a synthetic estrogen given to some ...
www.healingwithnutrition.com/ idisease/infertility/infertility.html - 15k -
Cached - Similar pages

**WHO TV - Des Moines: Infertility Testing**
What is causing the **infertility**? What tests will you be recommending? Are the tests painful? What type of treatment options do you recommend in this case? ...
www.whotv.com/Global/story.asp?S=2854660 - 101k - Cached - Similar pages

**USATODAY.com - Hidden toll of DES, a generation later**
**Infertility** problems more likely. Though the vast majority of **DES** daughters ... The same study, published in 2001, found that **DES** daughters' **infertility** ...

**Sponsored Links**

Unable to get pregnant?
And not sure why? Here's how we conceived after 5 years of trying.
www.become-pregnant.com

Get Pregnant Fast
Don't Use **Infertility** Treatments
Until You've Read This Free Report
www.infobasset.com/Fertility

www.usatoday.com/news/health/2003-04-14-des_x.htm - 49k - Cached - Similar pages

Try your search again on Google Book Search



Result Page:     1 2 3 4 5 6 7 8 9 10     **Next**

Free! Get the Google Toolbar. Download Now - About Toolbar

```
[Google ▼ |          | 📧 | [G] Search ▼ | 💰 | 🚫 377 blocked | ✓ Check ▼ | AutoLink ▼ | AutoFill ]
```

"DES" and infertility     [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google