# Exhibit 18



INTERNET ARCHIVE
**WayBackMachine**

Enter Web Address: http://                          All    🔲    [ Take Me Back ]    Adv. Search  Compare Archive Pages

Searched for http://www.desaction.org                                        **80** Results

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Jun 16, 2005

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 20 |
|------|------|------|------|------|------|------|------|------|
| 1 pages | 0 pages | 3 pages | 5 pages | 9 pages | 9 pages | 11 pages | 25 pages | 14 p |
| Dec 19, 1996 * | | Dec 02, 1998 * | Feb 08, 1999 * | Feb 29, 2000 * | Feb 01, 2001 * | Jan 24, 2002 * | Jan 29, 2003 | Jan 03, |
| | | Dec 07, 1998 | Feb 21, 1999 | Apr 09, 2000 * | Feb 02, 2001 | Feb 02, 2002 | Feb 04, 2003 | Feb 03, |
| | | Dec 12, 1998 | Apr 20, 1999 | May 10, 2000 | Feb 03, 2001 | May 26, 2002 | Feb 14, 2003 | Feb 06, |
| | | | Apr 21, 1999 | Jun 17, 2000 * | Mar 02, 2001 | Aug 01, 2002 | Mar 21, 2003 * | Mar 17, |
| | | | Apr 29, 1999 | Jun 21, 2000 | Apr 05, 2001 * | Aug 11, 2002 | Mar 23, 2003 | Apr 02, |
| | | | | Aug 15, 2000 | May 16, 2001 * | Sep 26, 2002 | Apr 20, 2003 | May 12, |
| | | | | Oct 18, 2000 | Jul 01, 2001 * | Sep 27, 2002 | May 22, 2003 | May 23, |
| | | | | Nov 09, 2000 | Aug 26, 2001 * | Oct 16, 2002 | Jun 05, 2003 | May 24, |
| | | | | Dec 02, 2000 * | Sep 25, 2001 | Nov 27, 2002 * | Jun 09, 2003 | Jun 07, |
| | | | | | | Nov 28, 2002 | Jun 18, 2003 | Jun 14, |
| | | | | | | Dec 12, 2002 | Jul 25, 2003 | Jun 15, |
| | | | | | | | Jul 26, 2003 | Jun 30, |
| | | | | | | | Aug 03, 2003 | Sep 21, |
| | | | | | | | Aug 08, 2003 | Oct 15, |
| | | | | | | | Sep 27, 2003 | |
| | | | | | | | Oct 02, 2003 | |
| | | | | | | | Oct 09, 2003 | |
| | | | | | | | Oct 13, 2003 | |
| | | | | | | | Oct 30, 2003 | |
| | | | | | | | Nov 26, 2003 | |
| | | | | | | | Dec 01, 2003 * | |
| | | | | | | | Dec 08, 2003 | |
| | | | | | | | Dec 13, 2003 | |
| | | | | | | | Dec 14, 2003 | |
| | | | | | | | Dec 14, 2003 * | |

Copyright © 2001, Internet Archive | Terms of Use | Privacy Policy



# Welcome to DES Action USA

We are a national, non-profit consumer organization dedicated to informing the public about DES (diethylstilbestrol) and helping DES-exposed individuals. We publish a quarterly newsletter, *The DES Action Voice*, and many publications on various aspects of DES exposure. We also provide a link between DES-exposed people and researchers and the medical community.

## About DES
Information about DES and the Health Risks and Care for **DES Daughters, Sons**, and **Women Who Took DES**.

## What's New

- **DES Bill Passes Congress!** After more than a year of waiting, letter-writing and campaigning, legislation extending authorization for DES research and establishing a National DES Education Program has passed Congress.
- **PRESS RELEASE 9/28/98: DES Daughters Call for Increased Research on "Third Generation" Effect**
- *DES Action Voice*

## Services We Provide

## Membership Information

## Affiliates

## FAQ's

## Resources

## Site Map

### A DES Ad from 1957



This ad appeared in a major medical journal in 1957. The small print at the bottom reads:

*"Recommended for routine prophylaxis in ALL pregnancies... 96 per cent live delivery with desPLEX in one series of 1200 patients - bigger and stronger babies, too. No gastric or other side effects with desPLEX - in either high or low dosage."*

It is now known that DES exposure is related to health problems in the children of the women who took it, and in the women themselves. If you were exposed to DES, you may need special health care.

---

*DES Action USA*
*Ph: 510.465.4011 | FAX: 510.465.4815 | E-Mail: desact@well.com*
*1615 Broadway, Suite 510, Oakland, CA 94612*

This site is designed to assist us in achieving our goals. Your feedback and ideas as to how we can enhance it are most welcome. Please contact us at desact@well.com. For a written response to an inquiry or to receive information, please include your postal address in your e-

mail request to us.

Web site design and maintenance donated by **Threshold Multimedia.**

This page, and all contents, are Copyright (C) 1995-1998 by DES Action USA, Oakland, CA. All rights are reserved.

HOME    About DES    What's New    Services We Provide    Membership Information    Affiliates    FAQ's    Resources    Site Map

 **Health Risks and Care for DES Daughters**

## General Information

*Cancer:*

All DES daughters (women whose mothers took DES while pregnant with them) have a risk of about 1 in 1,000 for a rare cancer of the vagina or cervix called clear cell adenocarcinoma. If you or someone you know has been diagnosed with clear cell adenocarcinoma, we urge you to contact the **DES Cancer Network**. This cancer is practically non-existent in non-exposed women in this age group. Because of this risk DES daughters need a **special exam** at least once a year.

*Infertility:*

DES Daughters have an increased risk for infertility. Infertility treatments for DES daughters are, in general, not different from those for other women. DES daughters may want to see a doctor experienced in treating DES-exposed women.

*Pregnancy Problems:*

DES Daughters have a higher risk for ectopic pregnancy, miscarriage, and preterm labor and delivery. Most DES daughters can become pregnant and carry their babies to term. However, because of the above risks, all DES daughters (whether they have had previous normal pregnancies or not) require *high risk obstetric care* and *early confirmation of pregnancy*. DES daughters should have their pregnancies confirmed by a health care provider as soon as pregnancy is suspected, and should be seen more frequently throughout their pregnancies.

*Structural Changes in Reproductive Organs:*

DES daughters have an increased incidence of structural changes in their reproductive organs. These may or may not be linked to pregnancy problems, and are not known to be linked to cancer.

*The Recommended Annual Pelvic Exam for DES Daughters:*

The **recommended annual pelvic exam for DES daughters** is somewhat different from the routine exam for other women.

## Finding the Right Doctor

It is important to see a doctor who knows how to care for DES-exposed individuals. You have a right to question your doctor and seek a second opinion. DES Action has a **National Physician Referral List** available free of charge. Simply contact DES Action at **desact@well.com** or **1-800-DES-9288**

## For More Information

For more detailed information on infertility, pregnancy care, specific structural changes in reproductive organs, and other DES-related health issues, contact DES Action at **desact@well.com** or **1-800-DES-9288**. You may also want to look at our **publications** and **resources** pages and become a **member of DES Action** so you can stay informed through *The DES Action Voice*. For a response to an inquiry or to receive information, please include your postal address in your e-mail request to us.

*DES Action USA*
*Ph: 510.465.4011 | FAX: 510.465.4815 | E-Mail: desact@well.com*
*1615 Broadway, Suite 510, Oakland, CA 94612*

This page, and all contents, are Copyright (C) 1995-1998 by DES Action USA, Oakland, CA.
All rights are reserved.

 # Services Provided by DES Action USA

### *The DES Action Voice*, our quarterly newsletter

The only national publication devoted solely to all the news -- research updates, medical information, legal findings and more -- about DES. Available with your **membership**.

### Publications

DES Action offers a number of **publications** at low cost to the public.

### National Physician Referral List

DES Action can send you a list of physicians in your state who are familiar with care for DES exposed daughters. We cannot recommend any one physician over another. For a copy of the list contact DES Action at desact@well.com or **1-800-DES-9288**. Please include your postal address in your e-mail request for information -- we cannot send the National Physician Referral List via e-mail.

### National Attorney Referral List

DES Action can send you a list of attorneys in your state or region who represent DES-exposed individuals in lawsuits filed against pharmaceutical companies. For a copy of the list contact DES Action at desact@well.com or 1-800-DES-9288 Please include your postal address in your e-mail request for information -- we cannot send the National Attorney Referral List via e-mail.

### Liaison with DES Researchers and the National Institutes of Health

DES Action staff and leaders represent our members' concerns to scientists studying the long-term effects of DES exposure. We are on a steering committee comprised of principal investigators studying groups of thousands of DES daughters, mothers and sons. We are the first to report any new scientific findings to you.

### Representing Our Members' Concerns to Congress

DES Action is also called upon to represent our members' concerns to representatives in Congress. In 1992 we helped write legislation, passed that year, that mandated a renewal of funding for DES research and the first-time establishment of a National DES Education Program.

### Telephone Hotline

Advice and referrals are available to members of the public and health-care providers via our toll-free hotline, **1-800-DES-9288**, from 10 a.m. - 4 p.m. Pacific time.

### Pregnancy Bedrest "Warm-Line"

For women on pregnancy bedrest, we provide names and telephone numbers of "bedrest buddies" in your area. You can call a woman who has been through pregnancy bedrest for advice, support and encouragement as you make your way through your high-risk pregnancy.