# Exhibit 25




A service of the National Library of Medicine
and the National Institutes of Health

My NCBI
[Sign In] [Register]

All Databases | PubMed | Nucleotide | Protein | Genome | Structure | OMIM | PMC | Journals | Books

Search PubMed for diethylstilbestrol and infertility  [Go] [Clear] Save Search

Limits  Preview/Index  History  Clipboard  Details

Display Summary   Show 20   Pub Date   Send to

About Entrez
NCBI Toolbar

All: 159   Review: 27

Text Version

Items 101 - 120 of 159    Previous  Page 6  of 8  Next

Entrez PubMed
Overview
Help | FAQ
Tutorials
New/Noteworthy
E-Utilities

PubMed Services
Journals Database
MeSH Database
Single Citation Matcher
Batch Citation Matcher
Clinical Queries
Special Queries
LinkOut
My NCBI

Related Resources
Order Documents
NLM Mobile
NLM Catalog
NLM Gateway
TOXNET
Consumer Health
Clinical Alerts
ClinicalTrials.gov
PubMed Central

☐ **101:** Herbst AC.    Related Articles, Links

Diethylstilbestrol and other sex hormones during pregnancy.
Obstet Gynecol. 1981 Nov;58(5 Suppl):35S-40S. Review.
PMID: 7031540 [PubMed - indexed for MEDLINE]

☐ **102:** Stenchever MA, Williamson RA, Leonard J, Karp LE, Ley B, Shy K, Smith D.    Related Articles, Links

Possible relationship between in utero diethylstilbestrol exposure and male fertility.
Am J Obstet Gynecol. 1981 May 15;140(2):186-93.
PMID: 7234914 [PubMed - indexed for MEDLINE]

☐ **103:** Kaneko S, Moriwaki C.    Related Articles, Links

Studies on dipeptidyl carboxypeptidase in the male reproductive organs; its biological and pathological status.
J Pharmacobiodyn. 1981 Mar;4(3):175-83.
PMID: 7019412 [PubMed - indexed for MEDLINE]

☐ **104:** Renton JP, Munro CD, Heathcote RH, Carmichael S.    Related Articles, Links

Some aspects of the aetiology, diagnosis and treatment of infertility in the bitch.
J Reprod Fertil. 1981 Mar;61(2):289-94.
PMID: 7193731 [PubMed - indexed for MEDLINE]

☐ **105:** Ben-Baruch G, Menczer J, Mashiach S, Serr DM.    Related Articles, Links

Uterine anomalies in diethylstilbestrol-exposed women with fertility disorders.
Acta Obstet Gynecol Scand. 1981;60(4):395-7.
PMID: 7282306 [PubMed - indexed for MEDLINE]

☐ **106:** Whitehead ED, Leiter E.    Related Articles, Links

Genital abnormalities and abnormal semen analyses in male patients exposed to diethylstilbestrol in utero.
J Urol. 1981 Jan;125(1):47-50.
PMID: 7463583 [PubMed - indexed for MEDLINE]

☐ **107:** Newsom WA.    Related Articles, Links

Fertility after in utero exposure to DES.
N Engl J Med. 1980 Jul 31;303(5):280-1.
PMID: 7383113 [PubMed - indexed for MEDLINE]

☐ **108:** Jensen WA, Slajchert M.    Related Articles, Links

Fertility after in utero exposure to DES.
N Engl J Med. 1980 Jul 31;303(5):280.
PMID: 7383112 [PubMed - indexed for MEDLINE]

☐ **109:** Pillsbury SG Jr.    Related Articles, Links

Reproductive significance of changes in the endometrial cavity associated with exposure in utero to diethylstilbestrol.
Am J Obstet Gynecol. 1980 May 15;137(2):178-82.

PMID: 7377238 [PubMed - indexed for MEDLINE]

☐ **110:** Cekanski A, Peteja J.                                                          Related Articles, Links

[Effect of intracervical estrogen administration in uterine hypoplasia]
Wiad Lek. 1980 May 15;33(10):787-90. Polish. No abstract available.
PMID: 6893245 [PubMed - indexed for MEDLINE]

☐ **111:** Rosenfeld DL, Bronson RA.                                                      Related Articles, Links

Reproductive problems in the DES-exposed female.
Obstet Gynecol. 1980 Apr;55(4):453-6.
PMID: 7366902 [PubMed - indexed for MEDLINE]

☐ **112:** Barnes AB, Colton T, Gundersen J, Noller KL, Tilley BC, Strama T, Townsend      Related Articles, Links
DE, Hatab P, O'Brien PC.

Fertility and outcome of pregnancy in women exposed in utero to diethylstilbestrol.
N Engl J Med. 1980 Mar 13;302(11):609-13.
PMID: 7351908 [PubMed - indexed for MEDLINE]

☐ **113:** Herbst AL, Hubby MM, Blough RR, Azizi F.                                       Related Articles, Links

A comparison of pregnancy experience in DES-exposed and DES-unexposed daughters.
J Reprod Med. 1980 Feb;24(2):62-9.
PMID: 7359503 [PubMed - indexed for MEDLINE]

☐ **114:** Mukhlynin VS.                                                                  Related Articles, Links

[Treatment of cows for afterbirth retention]
Veterinariia. 1980 Feb;(2):44-5. Russian. No abstract available.
PMID: 6246677 [PubMed - indexed for MEDLINE]

☐ **115:** Schmidt G, Fowler WC Jr, Talbert LM, Edelman DA.                               Related Articles, Links

Reproductive history of women exposed to diethylstilbestrol in utero.
Fertil Steril. 1980 Jan;33(1):21-4. No abstract available.
PMID: 7351253 [PubMed - indexed for MEDLINE]

☐ **116:** Berger MJ, Goldstein DP.                                                       Related Articles, Links

Impaired reproductive performance in DES-exposed women.
Obstet Gynecol. 1980 Jan;55(1):25-7.
PMID: 7352058 [PubMed - indexed for MEDLINE]

☐ **117:** Netzloff ML.                                                                   Related Articles, Links

Induction of urogenital neoplasia and abnormalities from prenatal exposure to diethylstilbestrol.
Ann Clin Lab Sci. 1979 Jul-Aug;9(4):263-7.
PMID: 485089 [PubMed - indexed for MEDLINE]

☐ **118:** McLachlan JA.                                                                  Related Articles, Links

Transplacental effects of diethylstilbestrol in mice.
Natl Cancer Inst Monogr. 1979 May;(51):67-72.
PMID: 481582 [PubMed - indexed for MEDLINE]

☐ **119:** Stellman JM.                                                                   Related Articles, Links

The effects of toxic agents on reproduction.
Occup Health Saf. 1979 Apr;48(3):36-43. No abstract available.
PMID: 440686 [PubMed - indexed for MEDLINE]

☐ **120:** Richmond JB.                                                                   Related Articles, Links

Physician advisory: health effects of the pregnancy use of diethylstilbestrol.
Clin Toxicol. 1979 Mar;14(3):313-8.
PMID: 37020 [PubMed - indexed for MEDLINE]

Display Summary  Show 20 Pub Date Send to

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

Jan 19 2006 04:31:52