**Exhibit 26**

LAY MAGAZINE PUBLICITY

1. Mademoiselle (No date)
2. Time Aug. 1971
3. Today's Health 1971
4. Journal Nov. 1971
5. Good Housekeeping June 1972
6. The Atlantic Oct. 1972
7. Good Housekeeping July 1974
8. Kansas City Star Sept. 30, 1974
9. Vogue May 1975
10. Playboy June 1975
11. Good Housekeeping July 1975
12. Coalition for Rights of Women 7/75
13. Glamour Oct. 1975
14. Newsweek Jan. 26, 1976
15. Newsweek Sept. 1976
16. Mademoiselle Sept. 1976
17. Better Homes and Gardens Oct. 1976
18. Ms. March 1977
19. Mademoiselle April 1977
20. Kansas City Star April 26, 1977
21. Time May 9, 1977
22. New York May 16, 1977
23. Business Insurance May 30, 1977
24. Moneysworth July 4, 1977
25. Journal of Legal Medicine 8/77
26. Redbook Aug. 1977
27. People Nov. 7, 1977
28. McCalls March 1978
29. Kansas City Times June 3, 1978
30. Family Circle July 10, 1978
31. Glamour Sept. 1978
32. Readers Digest Nov. 1978
33. FDA Consumer Feb. 1979
34. The American Lawyer Feb. 1979
35. Outlook April 1979
36. FDA Consumer May 1979
37. New York Times May 10, 1979
38. New York Post May 10, 1979
39. New York Times June 30, 1979
40. Good Housekeeping July 1979
41. Lawrance Journal-World 7/17/79
42. New York Times 7/17/79
43. New York Times Aug. 2, 1979
44. Us Aug. 7, 1979
45. Detroit Free Press 8/14/79
46. Detroit Free Press 8/26/79
47. Ms. Sept. 1979
48. Chicago Tribune Sept. 1, 1979
49. The Detroit News Sept. 30, 1979
50. The Apothecary Sept./Oct. 1979

51. Philadelphia Inquirer Oct. 21, 1979
52. Parade Sept. 9, 1979
53. Business Week Oct. 29, 1979
54. People Dec. 3, 1979
55. Business Insurance Jan. 7, 1980
56. New York Times Feb. 22, 1980
57. Time March 24, 1980
58. The New Republic June 14, 1980
59. McCalls Aug. 1980
60. Time Aug. 25, 1980
61. Playboy Sept. 1980
62. New Orleans Sept. 1980
63. Good Housekeeping Oct. 1980
64. Cosmopolitan Nov. 1980
65. Changing Times Oct. 1981
66. Monthly Detroit Magazine 1982
67. Womans Life Jan 1981
68. Journal Living Jan 25, 1982
69. Mother Jones Feb./Mar., 1983
70. Newsweek March 21, 1983
71. Playgirl June 1983
72. People Magazine May 9, 1983
73. Ladies Home Journal April 1984
74. People Magazine March 25, 1985
75. Glamour Magazine March 1985
76. Readers Digest March 1985
77. McCalls April 1985
78. Savvy December 1984
79. Parents October 1986
80. Parents October 1986
81. Wisconsin Magazine 4/19/87
82. Savvy June 1988
83. Newsweek 8/15/88
84. Vogue 12/88
85. Woman's World 9/5/89
86. Weight Watchers News 12/88
87. Ladies' Home Journal 12/91
88. Spotlight 5/94
89. Ms. May/June 1996
90. Redbook 5/1998

LIBA/1119536.1

Scope Content                                                                 Page 1 of 2

Database N Case 1:04 Major NPMJ Board'

Database Identifier: NPMJ

The NPMJ database contains full text coverage of over 40 of the most
widely circulated daily newspapers in the United States, as provided by Dow
Jones Interactive to West Group. A document is an article, column, letter,
briefing, or other section of text. Tabular and graphic material are not
available.

This database contains the full-text articles and other materials from
more than 40 of the most widely circulated daily newspapers in the United
States, as provided by Dow Jones & Company, Inc. to West Group.

DERIVATION: A Dow Jones Interactive electronic transmission.
Coverage start dates vary by publication.

| PUBLICATION: | COVERAGE START DATE: |
|---|---|
| Age, The | April 8, 1991 |
| Arizona Republic/The Phoenix Gazette | September 25, 1989 |
| Atlanta Journal & Constitution | January 1, 1993 |
| Baltimore Sun | November 28, 1991 |
| Boston Globe | January 1, 1987 |
| Boston Herald | January 24, 1991 |
| Buffalo News | October 17, 1990 |
| Chicago Sun Times | January 11, 1993 |
| Chicago Tribune | December 27, 1984 |
| Columbus Dispatch | December 1993 |
| Courier-Journal (Louisville, KY) | March 19, 1988 |
| Dallas Morning News | 1993 |
| Denver Post | August 1988 - May 1989 and |
|  | January 1, 1993 - Present |
| Detroit Free Press | January 4, 1994 |
| Detroit News | January 2, 1991 |
| Fort Worth Star-Telegram | January 11, 1993 |
| Globe and Mail, The | June 1, 1988 |
| Hartford Courant | January 1, 1991 |
| Houston Chronicle | January 2, 1985 |
| Idaho Statesman | June 3, 1993 |
| Kansas City Star | January 20, 1992 |
| Knight-Ridder Tribune Business News - KRTBN | September 10, 1997 |
| Los Angeles Times | January 1, 1985 |
| Milwaukee Journal & Sentinel | January 22, 1990 |
| New Orleans Times-Picayune | September 25, 1945 |
| New York Post | September 15, 1997 |
| New York Times News Service | Same day coverage |
| Newsday | October 1, 1985 |
| Orange County (Calif.) Register | July 17, 1986 |
| Orlando Sentinel | October 18, 1987 |
| Pittsburgh Post-Gazette | Cov. of Selected Bus. Articles- |
|  | July 1990 - January 1994 |
|  | Full Coverage - January 1994 - |
|  | Present |
| Plain Dealer (Cleveland) | January 1, 1989 |
| Portland Oregonian | January 11, 1987 |
| Rocky Mountain News | March 21, 1993 |
| San Antonio Express-News | February 2, 1994 |
| San Diego Union and Tribune | January 1, 1989 |
| San Francisco Chronicle | January 1, 1985 |
| St. Louis Post-Dispatch | August 20, 1988 |
| St. Petersburg Times | January 1, 1989 |
| Star-Ledger (Newark, NJ) | January 21, 1987 |
| Star-Tribune--Mpls. & St. Paul | January 1, 1986 |
| Sun Herald | June 7, 1947 |
| Sun-Sentinel (Ft. Lauderdale, FL) | Selected Business Coverage - |
|  | December 24, 1991 - |

http://web2.westlaw.com/shared/scope/content.wl?DB=NPMJ&RecreatePath=%2Fshared%  12/21/2001

USA TODAY
Wall Street Journal, The
Washington Post

October 11, 1983
411 Coverage (through 20r 1,
1993 to the present
March 18, 1988
January 2, 1984
January 1, 1984

Search Result Citations List - N7MJ - (DIETHYLSTILBESTROL ("DES" ...

1. 9/27/94 Rocky Mtn. News 12A, 1994 WL 7943470  Rocky Mountain News  LAWYER GOES AFTER GUN MAKERS  TEXT?  Attorney Elisa Barnes was casually reading a report about gun  violence when this question occurred to her: Why hadn't the gun  industry been ...  Word Count: 431

2. 9/26/94 Rocky Mtn. News 51A, 1994 WL 7943220  Rocky Mountain News  GRANDDAUGHTERS MAY GET DES-INDUCED CANCER  TEXT?  The drug DES, given to women to prevent miscarriage until it was  shown to cause cancer in their daughters, may also cause cancer in  their ...  Word Count: 217

3. 9/26/94 St. Petersburg Times 13A, 1994 WL 16293353  St. Petersburg Times  New breast cancer therapy approved  TEXT?  Breast cancer patients won a breakthrough new treatment late  Friday as the Food and Drug Administration approved Monospib - the  first in what ...  Word Count: 774

4. 9/20/94 Orange County (Cal.) Reg. A8A, 1994 WL 2646008  The Orange County Register  Lawyer's suit targets gun manufacturers  //  COURTS: Elated for trial next month, this case has become one of the  most closely watched assaults on the firearm industry.  TEXT?  Attorney Elisa Barnes was casually reading  a report about gun  violence when this question occurred to her: Why hadn't the gun  industry been ...  Word Count: 2030

5. 9/17/94 Wall St. J. A1  1994 WL-WSJ 18964737  The Wall Street Journal  Aiming High: A Lawyer Goes After Gun Manufacturers; Has She Got a Shot?  ----  In a New Approach That Hints At Attacks on Tobacco, Ms. Barnes Goes to Court  --  A Whistleblower Emerges  TEXT?  NEW YORK -- Attorney Elisa Barnes was casually reading a report  about gun violence when this question occurred to her: Why hadn't the  gun industry ...

6. 9/16/94 Plain Dealer (Clev.) 2T, 1994 WL 4148292  The Plain Dealer  Cleveland, OH  OHIO LAW MAKES IT HARD TO SUE OVER DES DISORDERS  TEXT?  You may recall that between 1938 and 1971 many women used a  popular drug, diethylstilbestrol to replace hormones during  menopause, to boost ...  Word Count: 594

7. 7/1/94 Columbus Dispatch (Ohio) 02C, 1994 WL 5700143  The Columbus Dispatch  OHIO SUPREME COURT TURNS DOWN CONCEPT OF MARKET-SHARE LIABILITY  TEXT?  The Ohio Supreme Court rang "the death knell" for most Ohio  lawsuits involving a cancer-linked synthetic estrogen that was  taken by millions ...  Word Count: 648

8. 7/1/94 Plain Dealer (Clev.) 3B, 1994 WL 4142746  The Plain Dealer  Cleveland, OH  RULING LIMITS SUITS OVER PREGNANCY DRUG INJURED MUST KNOW SPECIFIC FIRM THAT MADE PRODUCT  TEXT?  Mothers and their children who claim they were harmed by a drug  the women took to prevent miscarriages can't sue drug companies  unless they ...  Word Count: 720

9. 10/27/97 Boston Herald 027, 1997 WL 3414917  Boston Herald  BUSINESS MONDAY  Research never ends for BRI founder  TEXT?  How do you ask a postcancer concern for public health with  a desire to run a business?  Nancy Daryor, who holds a doctorate in epidemiology ...  Word Count: 752

10. 10/5/97 Boston Globe D1, 1997 WL 6372331  The Boston Globe  News  OK's 'fast track' for drugs Mass.  biotech, medical firms hail speeding up FDA reviews  TEXT?  WASHINGTON -- Capping a two-year  lobbying effort, Massachusetts  biotechnology firms and medical device makers yesterday claimed a  significant ...  Word Count: 867

11. 5/23/97 Dallas Morning News 3C, 1997 WL 11514076  The Dallas Morning News  Filmmaker goes from  boom to bust  TEXT?  After three years as principal camera operator on Walker, Texas  Ranger, Bob  Burns is shooting a film without fights and explosions.  Former ...  Word Count: 637

12. 7/14/97 Denv. Post P01, 1997 WL 6875497  Denver Post  Drug DES exacts high toll Film tracks  anesthesia and pain from anti-miscarriage pill  TEXT?  It was because of a TV show, a Phil Donahue  episode nearly 38  years ago, that Judith Helfand discovered she was a DES daughter.  There is ...  Word Count: 913

13. 4/11/97 Star Trib. (Minneapolis-St. Paul) 01E, 1997 WL 7571124  Star-Tribune  Newspaper of the Twin Cities  Mpls.-St. Paul  FYI // Hippies - the tragic aftermath  TEXT?  A recent issue of the Generation X  magazine Swing contains a  pity-me essay by a self-described "child of hippies." Her problem:  Her parents ...  Word Count: 457

14. 3/14/97 Plain Dealer (Clev.) 3B, 1997 WL 6594019  The Plain Dealer  Cleveland, OH  WOMEN LOSE FIGHT TO COLLECT ON DRUG LIABILITY LAWSUIT  TEXT?  A federal appeals court has rejected  an effort to collect money  damages for 27 women who sued manufacturers and distributors of a  drug  once ...  Word Count: 336

15. 3/12/97 Columbus Dispatch (Ohio) 04B, 1997 WL 7159485  The Columbus Dispatch  MARBLEHEAD  TEXT?  Questions remain in collision of 2 boats  Questions still surround the collision of two small boats  between Marblehead and Kelleys Island in ...  Word Count: 561

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NY94J - (DIETHYLSTILBESTROL ("DES" ...

16. 2/2/97 Denv. Post R11, 1997 WL 6303577   Denver Post   It's no surprise Sundance documentaries touch on heartstrings *TEXT?  PARK CITY, Utah – Supposedly, the most hotly debated award at the Sundance Film Festival was the Grand Jury Prize for documentary ...   Word Count: 734

17. 12/20/96 USA TODAY 20A, 1996 WL 13342668   USA Today   ACROSS THE USA: NEWS FROM EVERY STATE *TEXT?  Alabama  Jasper — A Washington-Northern Santa Fe train slammed into an ambulance at a rail crossing near Old Highway 78, killing two ...   Word Count: 2323

18. 11/24/96 L.A. Times B2, 1996 WL 12760000   Los Angeles Times   NEXT L.A. The Next Wave Anatomy of a Lawsuit Sufferers of back pain hoped that spinal implants would offer relief. Manufacturers contend that the devices did not aggravate their conditions. The cases are beginning to filter into California courtrooms. *TEXT?  Jim F. Stacky struggles with a wish to die. He said he has been in agonizing pain about his resolved a spinal implant in 1988 and often dreams of ...   Word Count: 1337

19. 11/13/96 Denv. Post R18, 1996 WL 13606389   Denver Post   LETTERS, FAXES & E-MAIL *TEXT?  Rostoks unmaled early warning on Abandons scandal On Sept. 18,   I, along with two of my nieces, flew to Baltimore, rested in car  and chose ...   Word Count: 1342

20. 11/5/96 Rocky Mtn. News 28A, 1996 WL 12337766   Rocky Mountain News   Right tools necessary for animal control *TEXT?  In an Oct. 30 article ("Traps saved for wildest coyotes"), I was  quoted as saying, "For coyotes, we only use traps and snares about  10% of the ...   Word Count: 1439

21. 09/25/1996 Globe & Mail (Toronto Can.) A1  The Globe and Mail   Point endured 'sheep-meat' experiment   Man denied compensation claim for  brainwashing conducted in 1960 on his mother *TEXT?  TORONTO — Lloyd Schuler didn't officially enlist when, still in the womb, he was subjected to a barrage of electric shocks and a cocktail of ...   Word Count: 216

22. 6/7/96 S.F. Chron. D2, 1996 WL 3321075   The San Francisco Chronicle   Tax Reformers Go For Female Votes / They're saying lawsuit limits are good for women *TEXT?  .  Tax reformers have had little success selling their  anti-lawsuit agenda in California this year, so last month May they  unrolled a new ...   Word Count: 234

23. 3/23/96 Wash. Post A14, 1996 WL 3676442   The Washington Post   Approval Process for Pharmaceuticals *TEXT?  In their March 19 op-ed "Don't Keep Doctors in the Dark,"  Georgetown physicist/pharmacologists Raymond L. Woosley and David A.  Flockhart ...   Word Count: 542

24. 3/6/95 Orange County (Cal.) Reg. E21, 1995 WL 10726062   The Orange County Register   THE WAIT // SOCIAL ISSUES Fertility problem faces a Placentia couple into the heartbreaking world of adoption. *TEXT?  At the top of the stairway in Sheri and Neil Rennie's condo is a  waiting room: a nursery painted in soft, cameo misty blue.  Stuffed toys wait ...   Word Count: 2007

25. 5/26/95 Mail on Sunday (Pg. Unavail. Online), 1995 WL 17391266   The Mail on Sunday   Fighting Fitness in pounds 1.7bn bid battle. *TEXT?  DRUGS group Fisons plans to fight a pounds 1.7 billion bid from rival Rhone-Poulenc Rorer by going on the attack over the large number of ...   Word Count: 322

26. 6/26/95 Balt. Sun B2, 1995 WL 3445623   The Baltimore Sun   TRACKING AN ELUSIVE KILLER Test for survival cancer is only as reliable as doctors and labs *TEXT?  In an isolated section of SmithKline Beecham medical  laboratory in Owings Mills, three women pass over microscopes in  search of microbes ...   Word Count: 2787

27. 6/26/95 Balt. Sun 1D, 1995 WL 2443342   The Baltimore Sun   TRACKING AN ELUSIVE KILLER Test for survival cancer is only as reliable as doctors and labs Series:  SERIES — MEDICAL LABS. PART 2 of 2 *TEXT?  In an isolated section of SmithKline Beecham medical  laboratory in Owings Mills, three women pass over microscopes in  search of microbes ...   Word Count: 2787

28. 3/7/95 Balt. Sun 1A, 1995 WL 2423259   The Baltimore Sun   House debates tort reform *TEXT?  WASHINGTON — Plunging into the most controversial section of  the "Contract with America," the Republican-controlled House argued  yesterday ...   Word Count: 543

29. 3/7/95 Buff. News A4, 1995 WL 5430739   Buffalo News   HOUSE DEBATES BILL TO CHANGE LEGAL SYSTEM *TEXT?  Marching into the most controversial section of the "Contract  With America," the Republican-controlled House argued Monday over ...   Word Count: 444

30. 3/7/95 Orlando Sentinel A3, 1995 WL 6426613   Orlando Sentinel   HOUSE DEBATES BILL TO CHANGE CIVIL LAWSUITS THE BUSINESS-BACKED MEASURES WOULD MAKE IT EASIER TO DEFEND PRODUCT-LIABILITY AND SECURITIES-FRAUD CASES. *TEXT?  Marching into the most controversial section of the "Contract  With America," the Republican-controlled House argued Monday over ...   Word Count: 216

31. 3/7/95 Star-Ledger (Newark N.J.) (Pg. Unavail. Online), 1995 WL 3182145   The Star-Ledger Newark, NJ   GOP targets civil suit rules and pits business vs. lawyers *TEXT?  WASHINGTON–Marching into the most ...

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NPMJ - (DIETHYLSTILBESTROL /"DES" ...

controversial reaches of the "Contract With America," the Republican-controlled House urged yesterday over ... Word Count: 854

32. 3/1/95 St. Louis Post-Dispatch 14A, 1995 WL 3297768   St. Louis Post-Dispatch   HOUSE GOP TARGETS MAJOR OVERHAUL OF CIVIL LEGAL SYSTEM  TEXT:  Marching into the mass controversial reaches of the Contract  with America, the Republican-controlled House urged Monday over  business-backed ...  Word Count: 836

33. 3/5/95 Wash. Post K01, 1995 WL 2512734   The Washington Post   The Myths That Rule Us; In the Debate on Regulatory Reform,' the Legends Bear a Closer Look  TEXT:  In recent weeks, a steady stream of contentions has surfaced on  Capitol Hill in classified sort to warn that pending legislation  would do their ...  Word Count: 3652

34. 3/3/95 Portland Oregonian A06, 1995 WL 3562482   Portland Oregonian   INJURY VICTIMS BRING STORIES TO HILL  TEXT:  Summary: A consumer group brings the wounded to Washington to  lobby against a product liability bill that is part of the GOP  contract. They ...  Word Count: 335

35. 2/25/95 Plain Dealer (Clev.) 10B, 1995 WL 7044730   The Plain Dealer   Cleveland, OH   CLASS ACTION IS REJECTED FOR DES DAUGHTERS  TEXT:  A federal judge yesterday rejected an attempt to turn a lawsuit  against manufacturers of DES into a class action that would have  represented ...  Word Count: 283

36. 2/12/95 Newsday A41, 1995 WL 3096131   Newsday   Medicine May Be Hard to Swallow GOP's assault on FDA would hurt consumers, agency officials claim  TEXT:  Washington - At 80, Dr. Frances O. Kelsey still comes to work  each day at her cheerfully cluttered desk at the Food and Drug  Administration ...  Word Count: 1340

37. 2/1/95 Plain Dealer (Clev.) 2B, 1995 WL 7046273   The Plain Dealer   Cleveland, OH   DES LAWSUIT VS. ELI LILLY SEEKS $300 MILLION  TEXT:  A Richmond Heights woman has filed a $300 million lawsuit  charging that the synthetic hormone DES left her daughter with  birth defects. The ...  Word Count: 620

38. 10/26/94 New Orleans Times-Picayune D6, 1994 WL 3852341   The New Orleans Times-Picayune   ANABOLIC STEROIDS AREN'T THE ANSWER FOR ATHLETES  TEXT:  Athletes who use anabolic steroids to add muscle mass are  taking a risk with their long-term health to achieve a goal that  hard training and a ...  Word Count: 349

39. 7/30/94 Plain Dealer (Clev.) 6B, 1994 WL 7189646   The Plain Dealer   Cleveland, OH   SUIT SEEKS $300 MILLION FOR DES DRUG DAMAGES  TEXT:  Hundreds of people joined in filing a single lawsuit in Common  Pleas Court yesterday, seeking $300 million in damages for injuries  past and ...  Word Count: 314

40. 6/28/94 USA TODAY 14A, 1994 WL 11043779   USA Today   Protect women from this bill  TEXT:  Women are at risk this week as the Senate considers the grossly  mislabeled Product Liability Fairness Act.  This bill in fair only  in compensate ...  Word Count: 349

41. 6/24/94 L.A. Times 5, 1994 WL 2173951   Los Angeles Times   Clarifying Indifference and Exclusion Congress would protect manufacturers' interests to the detriment of women's health  TEXT:  This week, the U.S. Senate will consider legislation that would  take a heavy toll on the health of women in this  country.  By virtue of our ...  Word Count: 682

42. 6/3/94 L.A. Times 1, 1994 WL 2171369   Los Angeles Times   A Private Pain--and a Public Hazing  TEXT:  Soon, the hourglass would dim, and Dusel Novak, alone   strange, would start discussing her most intimate body parts and  functions. ...  Word Count: 1255

43. 5/19/94 USA TODAY 12A, 1994 WL 11180840   USA Today   Ending the abortion war?  TEXT:  At last, some common sense on the controversial French abortion  pill, RU 486.  Manufacturer Roussel-Uclaf agreed Monday to donate  its patent  ...  Word Count: 392

44. 3/16/94 Plain Dealer (Clev.) 1A, 1994 WL 7212947   The Plain Dealer   Cleveland, OH   'YOU DIDN'T KNOW THESE THINGS BACK THEN'  SUIT FILED FOR DES DAUGHTERS' INFERTILITY AND BREAST CANCER BLAMED ON 'MIRACLE' DRUG  TEXT:  After the had two miscarriages, Peggy  Sander's doctor  prescribed a drug that miraculously allowed her to give birth to a  baby girl.  But 43 ...  Word Count: 513

45. 3/16/94 Plain Dealer (Clev.) 6A, 1994 WL 7193485   The Plain Dealer   Cleveland, OH   BILL TO LIMIT DES SUITS OPPOSED  TEXT:  Without her knowledge, Rep. Patsy T. Mink was a subject of an  experiment with the drug DES when she was pregnant in 1951, she  said. Now she ...  Word Count: 342

46. 10/6/94 Columbus Dispatch (Ohio) 01G, 1994 WL 7832052   The Columbus Dispatch   A DRUG'S LEGACY DECADES LATER; PRESCRIBED 'MIRACLE' AFFECTS CHILDREN, PERHAPS

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NPAU - (DIETHYLSTILBESTROL ("DES" ...

GRANDCHILDREN ZEXT?  When her doctor offered diethylstilbestrol, Shirley Lewis was  eager to try it. The drug, known as DES, permitted to prevent  another ...  Word Count 1166

47.  1/9/94 Boston Globe 71, 1994 WL 6003164  The Boston Globe  13 get $42.3m in DES lawsuit ZEXT:  NEW YORK -- A jury awarded $42.3 million to 11 women whose  mothers took DES during pregnancy, including eight who were the first  to go to ... Word Count 156

48.  1/9/94 Boston Herald 005, 1994 WL 5371665  Boston Herald  NEWS IN BRIEF ZEXT:  Two die in  fatal crash blamed on slick roads  A Lynn couple was killed yesterday after  they lost control of their car  on Route 495 in Andover ... Word Count 1112

49.  1/9/94 Boston Herald 005, 1994 WL 5371723  Boston Herald  NEWS IN BRIEF ZEXT:  Two die in  fatal crash blamed on slick roads  A Lynn couple was killed yesterday after  they lost control of their car  on Route 495 in Andover ... Word Count 1112

50.  1/9/94 Buff. News A1, 1994 WL 5239900  Buffalo News  11 WHOSE MOTHERS TOOK DES  AWARDED $42.3 MILLION ZEXT?  A jury awarded $42.3 million to 11 women whose mothers took  DES  during pregnancy, including eight who were the first to go to trial  claiming ...  Word Count 361

51.  1/9/94 Buff. News A1, 1994 WL 5239940  Buffalo News  11 WHOSE MOTHERS TOOK DES  AWARDED $42.3 MILLION ZEXT?  A jury awarded $42.3 million to 11 women whose mothers took  DES  during pregnancy, including eight who were the first to go to trial  claiming ...  Word Count 361

52.  1/9/94 Chi. Sun-Times 23, 1994 WL 5335378  Chicago Sun-Times  Women Get $42 Million in DES  Drug Case ZEXT?  NEW YORK  A jury awarded $42.3 million to 11 women whose mothers  took the  drug DES during pregnancy, including eight who were the  first to go ...  Word Count 305

53.  1/9/94 Chi. Sun-Times 23, 1994 WL 5335161  Chicago Sun-Times  Women Get $42 Million in DES  Drug Case ZEXT?  NEW YORK A jury awarded $42.3 million to 11 women whose mothers  took the  drug DES during pregnancy, including eight who were the  first to go ...  Word Count 305

54.  1/9/94 Chi. Trib. 16, 1994 WL 6222512  Chicago Tribune  $42 MILLION AWARDED IN DRUG  LAWSUIT ZEXT?  A jury awarded $42.3 million to 11 women whose mothers took  DES during  pregnancy, including eight who were the first to go to  trial claiming ...  Word Count 414

55.  1/9/94 Chi. Trib. 16, 1994 WL 6222545  Chicago Tribune  $42 MILLION AWARDED IN DRUG  LAWSUIT ZEXT?  A jury awarded $42.3 million to 11 women whose mothers took  DES during  pregnancy, including eight who were the first to go to  trial claiming ...  Word Count 414

56.  1/9/94 Hous. Chron. 2, 1994 WL 4580231  Houston Chronicle  DES jury award totals $42 million/Drug  now barred during pregnancies ZEXT?  NEW YORK -- A jury awarded $42.3 million to 11 women whose  mothers took DES during pregnancy, including eight who were the  first to go to ...  Word Count 582

57.  1/9/94 Hous. Chron. 2, 1994 WL 4580233  Houston Chronicle  DES jury award totals $42 million/Drug  now barred during pregnancies ZEXT?  NEW YORK -- A jury awarded $42.3 million to 11 women whose  mothers took DES during pregnancy, including eight who were the  first to go to ...  Word Count 582

58.  1/9/94 Hous. Chron. 6, 1994 WL 4582561  Houston Chronicle  11 awarded $42.3 million in DES pregnancy  suit ZEXT?  NEW YORK -- A jury awarded $42.3 million to 11 women whose  mothers took DES during  pregnancy, including eight who were the  first to go to ... Word Count 422

59.  1/9/94 Hous. Chron. 6, 1994 WL 4582562  Houston Chronicle  11 awarded $42.3 million in DES pregnancy  suit ZEXT?  NEW YORK -- A jury awarded $42.3 million to 11 women whose  mothers took DES during  pregnancy, including eight who were the  first to go to ... Word Count 422

60.  1/9/94 New Orleans Times-Picayune A3, 1994 WL 3540473  The New Orleans Times-Picayune  VICTIMS OF DES WIN CASE  $42 MILLION GOES TO 11 WOMEN ZEXT?  A jury awarded $42.3  million to 11 women whose mothers took DES  during pregnancy, including eight who were the first to go  to trial  claiming ...  Word Count 357

61.  1/9/94 New Orleans Times-Picayune A3, 1994 WL 3540530  The New Orleans Times-Picayune  VICTIMS OF DES WIN CASE  $42 MILLION GOES TO 11 WOMEN ZEXT?  A jury awarded $42.3  million to 11 women whose mothers took DES  during pregnancy, including eight who were the first to go  to trial  claiming ...  Word Count 357

62.  1/9/94 Newsday 03, 1994 WL 2427145  Newsday  $42.3M Award in DES Daughters Suit ZEXT?  A Manhattan jury awarded $42.3 million Friday to 11 women who  had reproductive problems after their  mothers took a synthetic  hormone ...  Word Count 228

63.  1/9/94 Newsday 03, 1994 WL 2427682  Newsday  $42.3M Award in DES Daughters Suit ZEXT?  A Manhattan jury awarded $42.3 million Friday to 11 women who  had reproductive problems after their  mothers took a synthetic  hormone ...  Word Count 228

64.  1/9/94 Orange County (Cal.) Reg. A03, 1994 WL 4253464  The Orange County Register  $43 million

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NPMJ - (DIETHYLSTILBESTROL ("DES" ...

awarded in DES cases // COURTS: The New York trial was the first involving women who said the drug caused reproductive problems. TEXT: A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial  alleging ...  Word Count 331

65.  1/6/94 Orlando Sentinel A12, 1994 WL 4915023  Orlando Sentinel  JURY SIDES WITH WOMEN WHOSE MOTHERS TOOK DES  TEXT: A jury awarded $42.3 million to 11 women whose mothers took the drug DES during pregnancy, including eight who said the drug caused ...  Word Count 335

66.  1/6/94 Orlando Sentinel A12, 1994 WL 4914397  Orlando Sentinel  JURY SIDES WITH WOMEN WHOSE MOTHERS TOOK DES  TEXT: A jury awarded $42.3 million to 11 women whose mothers took the drug DES during pregnancy, including eight who said the drug caused ...  Word Count 335

67.  1/6/94 Plain Dealer (Clev.) 17A, 1994 WL 7227235  The Plain Dealer Cleveland, OH  11 WOMEN WIN $42 MILLION IN DES SUITS  TEXT: A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial  claiming ...  Word Count 343

68.  1/6/94 Plain Dealer (Clev.) 17A, 1994 WL 7223643  The Plain Dealer Cleveland, OH  11 WOMEN WIN $42 MILLION IN DES SUITS  TEXT: A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial  claiming ...  Word Count 343

69.  1/6/94 Portland Oregonian B03, 1994 WL ...  Portland Oregonian  JURY AWARDS $42 MILLION TO 11 'DES DAUGHTERS'  TEXT:  Summary: The case is the first involving reproductive problems  rather than cancer in the offspring of women who took the drug. A jury awarded ...  Word Count 684

70.  1/6/94 Portland Oregonian B03, 1994 WL 4340138  Portland Oregonian  JURY AWARDS $42 MILLION TO 11 'DES DAUGHTERS'  TEXT:  Summary: The case is the first involving reproductive problems  rather than cancer in the offspring of women who took the drug. A jury awarded ...  Word Count 684

71.  1/6/94 Rocky Mtn. News 32A, 1994 WL 6491466  Rocky Mountain News  'DES daughters' awarded $42 million 11 women whose mothers took drug while pregnant win lawsuit over defects  TEXT:  A jury awarded $42.3 million to 11 women whose mothers took  DES during pregnancy, including eight who were the first to go to  trial claiming ...  Word Count 253

72.  1/6/94 Rocky Mtn. News 32A, 1994 WL 6490919  Rocky Mountain News  'DES daughters' awarded $42 million 11 women whose mothers took drug while pregnant win lawsuit over defects  TEXT:  A jury awarded $42.3 million to 11 women whose mothers took  DES during pregnancy, including eight who were the first to go to  trial claiming ...  Word Count 253

73.  1/6/94 St. Petersburg Times 10A, 1994 WL 5322069  St. Petersburg Times  N.Y. jury awards $42-million to 'DES daughters' Series  HEALTH & MEDICINE  TEXT:  A jury awarded $42.3-million to 11 women whose mothers took DES  during pregnancy, including eight who were the first to go to trial  claiming ...  Word Count 343

74.  1/6/94 Wash. Post A15, 1994 WL 2263139  The Washington Post  11 Women Awarded $42.3 Million in DES Suit  TEXT:  A jury awarded $42.3 million to 11 women whose mothers took DES  during pregnancy, including eight who were the first to go to trial  ...  Word Count 180

75.  3/25/97 Wall St. J. B5  1993 WL-WSJ 682337  The Wall Street Journal  Market-Share Theory of Liability Is Rejected in Lead-Paint Lawsuit  TEXT:  Visitors using, over exposure to lead paint must plaintiff when the  paint was used, a federal appeals court ruled, making it harder to  seek ...  Word Count 759

76.  7/6/93 Chi. Trib. 1, 1993 WL 11961787  Chicago Tribune  RULING ON 'JUNK SCIENCE' MAY AFFECT JURY AWARDS  TEXT:  After years of increasing concern about the qualifications of  expert witnesses in trials, trials may find critics call "junk  science" may end up in court ...  Word Count 1308

77.  3/13/93 St. Louis Post-Dispatch 03C, 1993 WL 5036228  St. Louis Post-Dispatch  CANCER SCARE LINGERS OVER A GENERATION  TEXT:  About 20 years ago, doctors discovered that the synthetic estrogen given to millions of women to prevent miscarriage  diethylstilbestrol, or ...  Word Count 549

78.  4/28/93 USA TODAY 01D, 1993 WL 6706726  USA Today  THE CRYING GAME  TEXT:  Billy Ray Cyrus says his newest hit, She's Not Cryin' Anymore, came from his heart, and from another songwriter's wife. Raymur More  of ...  Word Count 374

79.  4/8/93 Plain Dealer (Clev.) 1A, 1993 WL 6152584  The Plain Dealer Cleveland, OH  COURT OPENS DOOR FOR DES VICTIMS  DUMPS LAW THAT RESTRICTED SUITS OVER ANTI-MISCARRIAGE DRUG  TEXT:  The Ohio Supreme Court overturned a state law yesterday that  restricted victims' ability to sue drug manufacturers for injuries  related to the ...  Word Count 647

80.  1/31/93 Newsday 47, 1993 WL 11351291  Newsday   Who Should Pay? City scouts lead companies to

Search Result Citations List - 1974J - (DIETHYLSTILBESTROL ("DES" ...

10. note 25084 for insomnia. *TEXT:* Tony, age 11, has an investment portfolio worth millions. He has three bicycles, his own Nintendo set, and his own room in a newly furnished ... Word Count: 1004

11. 1/24/93 S.F. Chron. 122, 1993 WL 6391651 The San Francisco Chronicle The Morning After PR / The controversy over the French drug RU-486 has obscured the fact that an American drug capable of terminating unwanted pregnancies has been available for years *TEXT:* . It is the morning after, and, still half-asleep, she begins to remember the night before. She is 15, and as she dressed for that party, ... Word Count: 1741

12. 12/8/92 Wash. Post 214, 1992 WL 2152694 The Washington Post Drug Testing on Men Only *TEXT:* "For many if not most drugs on the market, no one really knows whether they behave any differently in women. Nobody really knows what their ... Word Count: 1063

13. 10/1/92 Wall St. J. B5 1992 WL-WSJ 634130 The Wall Street Journal Brown-Forman Holds Party Liable For Death by Alcohol Poisoning *TEXT:* A state court jury has found a manufacturer of alcoholic beverages partially liable for the death of a college student who died of alcohol ... Word Count: 1349

14. 9/23/92 Wall St. J. B14 1992 WL 634677 The Wall Street Journal Florida Child-Divorce Decision Could Change Thinking If Not Law *TEXT:* The case of the 12-year-old Florida boy who was granted a divorce from his parents last week represents a moral evolution of the law... Word Count: 1509

15. 9/4/92 Balt. Sun 14A, 1992 WL 5632542 The Baltimore Sun LETTERS TO THE EDITOR *TEXT:* Poker Machines This is in response to the editorial "Video Poker Bluff" in The Sun of Aug. 30. Word Count: 1369

16. 8/22/92 Buff. News A6, 1992 WL 2622541 Buffalo News JUDGE SETS THE STAGE TO TRY DES SUITS KANE PUTS 300 CASES AGAINST DRUG COMPANIES ON DOCKET STATEWIDE *TEXT:* A Buffalo judge on Friday set the stage for trials statewide of 300 negligence cases against drug companies for pregnant women's use of the ... Word Count: 388

17. 4/9/92 Buff. News SPLIT, 1992 WL 2628253 Buffalo News DES TRIAL BREAKS FOR SETTLEMENT TALKS *TEXT:* A State Supreme Court trial in a class-action suit on damages linked to the synthetic hormone DES was adjourned Monday while lawyers for the ... Word Count: 187

18. 4/2/92 Wall St. J. B6 1992 WL-WSJ 646665 The Wall Street Journal Carpal-Tunnel-Syndrome Suits Are Consolidated by U.S. Judge *TEXT:* NEW YORK -- Complaints about carpal tunnel syndrome, a wrist disorder believed to be caused by the use of computer keyboards, are flooding the ... Word Count: 1118

19. 3/25/92 Newsday 04, 1992 WL 7525698 Newsday Victims Of DES Testify *TEXT:* Six people who had work were offered a settlement in their cases against a maker of the drug DES sat in a federal judge's chambers yesterday ... Word Count: 413

20. 3/13/92 Milwaukee J. & Sentinel A3, 1992 WL 5802311 The Milwaukee Journal Callow will retire as justice after 31 years on the bench *TEXT:* Journal Madison lawyer Callow Word Count: 696

21. 3/4/92 Wall St. J. B6 1992 WL-WSJ 634129 The Wall Street Journal Drug Makers Settle A Group of Claims Over Hormone DES *TEXT:* NEW YORK -- Some 36 U.S. pharmaceutical companies agreed to an eleventh-hour settlement of claims by 150 women who said they were harmed by ... Word Count: 459

22. 4/23/92 Portland Oregonian B05, 1992 WL 6825633 Portland Oregonian DES HEARINGS REMINDER OF HOW WOMEN TREATED *TEXT:* It was an era when women did not question their doctors. It was, after all, the time the world was discovering miracle drugs like penicillin ... Word Count: 756

23. 4/23/92 Wash. Post A01, 1992 WL 2191612 The Washington Post The Lingering Pain of DES *TEXT:* It was an era when women did not question their doctors. It was, after all, a time when the world was discovering miracle drugs such as ... Word Count: 765

24. 4/14/92 Wall St. J. B1 1992 WL-WSJ 637377 The Wall Street Journal Videotapes Give Appeals Cases New Dimension *TEXT:* Cameras in the courtroom are causing little-noticed but profound changes in the appeals process by enabling appellate judges to review trial ... Word Count: 1920

25. 4/3/92 Wall St. J. B6 1992 WL-WSJ 638823 The Wall Street Journal Breast-Implant Judge Speaks Controversy *TEXT:* A bag of war among lawyers over breast-implant litigation has turned more quarrelsome because of a telephone call a federal judge in ... Word Count: 1390

26. 3/21/92 L.A. Times 1, 1992 WL 2852462 Los Angeles Times Another Lifetime of Worry Over DES Cancers Grows That Certain 'Miracle Drug' May Mean a Third Generation *TEXT:* Judy Haczes was only 20 when she had a hysterectomy after doctors discovered she had cervical cancer. Later, she had a benign lump removed ... Word Count: 1752

27. 2/9/92 L.A. Times 1, 1992 WL 2923391 Los Angeles Times The Uncertain Legacy of DES Health: A growing number of medical experts and women whose mothers took the drug are calling for more research

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result: Citations List - NFMJ - (DIETHYLSTILBESTROL ("DES" ...

into the possible effects on a third generation. *TEXT:* Back when MaryLyn Meyer was given the synthetic hormone DES, it was considered a miracle worker, a drug that could prevent premature labor. ... Word Count: 2274

**98.** 1/21/92 Dallas Morning News 22A, 1992 WL 7105454  The Dallas Morning News  Don't count on me calm, rest easily  *TEXT:* Because the plastic surgeon was using a local anesthetic, Marlene Hopkins heard his exclamation when he put what was inside her. She  heard him ...  Word Count: 786

**99.** 1/21/92 Portland Oregonian B06, 1992 WL 6789927  Portland Oregonian  ISSUE ISN'T SEXUALITY, IT'S SAFETY  *TEXT:*  Because the plastic surgeon was using a local anesthetic, Marlene Hopkins heard his exclamation when he put what was inside  her. She heard him ...  Word Count: 716

**100.** 1/14/92 Wall St. J. B6  1992 WL-WSJ 689462  The Wall Street Journal  Former Makers of Lead Pigment Win Round in Poisoning Lawsuit  *TEXT:*  Former manufacturers of lead pigment won an important victory in their battle against lawsuits seeking damages for  injuries allegedly caused ...  Word Count: 1000

**101.** 12/18/91 Wall St. J. B6  1991 WL-WSJ 578472  The Wall Street Journal  Bolt Charging General Dynamics With Fraud Finally Goes to Trial  *TEXT:*  The U.S. government is seeking about $240 million from  General Dynamics Corp. in a civil case stemming from alleged  fraud in a missive U.S. ...  Word Count: 1455

**102.** 12/13/91 November 15, 1991 WL 4545923  November  Drug Case Rejected  *TEXT:*  New York's highest court refused  yesterday to extend the  state's so-called Toxic Torts law to enable a husband to sue the  widow of the drug ...  Word Count: 377

**103.** 12/10/91 Wall St. J. B11  1991 WL-WSJ 550672  The Wall Street Journal  Lead-Paint Litigation May Prove Tough Fight for Plaintiffs Lawyers  *TEXT:*  Personal-injury lawyers who had hoped their fight against  lead-paint manufacturers would yield a litigation bonanza may  be in for a tougher ...  Word Count: 1520

**104.** 12/9/91 Wall St. J. B6  1991 WL-WSJ 550404  The Wall Street Journal  Two EPA Hazardous-Waste Rules Are Thrown Out by Appeals Court  *TEXT:*  The federal court of appeals in Washington threw out two  of the Environmental Protection Agency's key hazardous-waste  regulations, ruling that ...  Word Count: 1122

**105.** 11/25/91 USA TODAY 01D, 1991 WL 6770217  USA Today  Woman, DES and decades of desolation  *TEXT:*  Sherre Simpson was just 19 when she went for her first pelvic exam,  learned she had cancer - and was told the cure would mean removal of  her ...  Word Count: 1211

**106.** 11/13/91 Wall St. J. B3  1991 WL-WSJ 554276  The Wall Street Journal  Lead-Paint Case Attorneys  Debate Issue of Damages  *TEXT:*  BOSTON -- A federal judge heard arguments yesterday that  damages caused by lead paint ought to be assigned to paint  manufacturers according to ...  Word Count: 295

**107.** 10/20/91 Boston Globe 25, 1991 WL 7440429  The Boston Globe  Lawsuits aim in lead poisoning mess  *TEXT:*  When 18-year-old Maureen Roberts was 2 and living in a rented  Dorchester apartment, her doctor found dangerously elevated levels of  lead in ...  Word Count: 1364

**108.** 10/19/91 L.A. Times 2, 1991 WL 2217427  Los Angeles Times  OTHER NEWS  *TEXT:*  $12.2-Million Verdict Against Eli Lilly: Companies could be  opened to suits about 1,000 suits over the anti-miscarriage  drug  DES after a ...

**109.** 10/19/91 L.A. Times 2, 1991 WL 2217494  Los Angeles Times  $12.2-Million Verdict Against Lilly in DES men Litigation: The jury's decision may prompt other drug makers to settle about 1,000 suits over the  anti-miscarriage drug  *TEXT:*  Companies could be opened to settle about 1,000 suits over  anti-  miscarriage drug DES following a $12.2 million verdict this  week against Eli ...  Word Count: 462

**110.** 10/18/91 November 15, 1991 WL 4636485  November  DES Victim Awarded $12M Cancer patient's  mother sued hormone during pregnancy  *TEXT:*  A jury's $12 million award to a "DES daughter" - a  woman whose  mother was misused by her mother's use of the synthetic hormone ...  Word Count: 288

**111.** 10/18/91 Orange County (Cal.) Reg. C01, 1991 WL 8150496  The Orange County Register  Verdict against Lilly may spur settlements in DES drug cases  *TEXT:*  Companies could be opened to settle about  1,000 suits over  anti-miscarriage drug DES after a $12.2 million verdict this  week  against Eli ...  Word Count: 217

**112.** 10/18/91 Wall St. J. B6  1991 WL-WSJ 547437  The Wall Street Journal  Eli Lilly Settles a DES Lawsuit  After Big Award by New York Jury  *TEXT:*  A class court jury in New York awarded $12.2 million to the  daughter of a woman who used the anti-miscarriage drug  DES. The verdict applied on ...  Word Count: 1546

**113.** 10/16/91 Balt. Sun A2, 1991 WL 3916233  The Baltimore Evening Sun  *TEXT:*  Gag rule showdown looms  Congress seems to be driving toward another vote showdown  with President Bush, this time over ...

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NPMJ - (DIETHYLSTILBESTROL ("DES" ...

an attempt by lawmakers ... Word Count: 451

**114.** 10/12/91 Orange County (Cal.) Reg. B12, 1991 WL 8133115  The Orange County Register  Reread jurbies must compiled in DES suit  //  Center patient wins $4.25 million  from drug maker  TEXT?  Had she held out just a little longer, Margaret Perreta might  be $4.5 million richer. But for Perreta, Thursday was still a day  to ...  Word Count: 858

**115.** 10/5/91 Wall St. J. A3  1991 WL-WSJ 528372  The Wall Street Journal  High Cost To Consider Proposition 13  —  Inequities in California Law Are Alleged; Mail-Order Taxes Also on Docket  TEXT? WASHINGTON — The Supreme Court, in a case that could  affect property owners across the nation, agreed to decide  whether California's ...  Word Count: 1456

**116.** 10/6/91 Newsday 37, 1991 WL 4034404  Newsday  Top Court Rejects Bids By Eastern, Teamsters Also  rules on DES and RFO insurance case  TEXT?  The Supreme Court yesterday rejected defunct Eastern Airlines'  bid to avoid Rescind liability for its refusal to reinstate pilots  who were ...

**117.** 9/13/91 S.F. Chron. 6, 1991 WL 4303461  The San Francisco Chronicle  Exposing Chemical Myths  TEXT?  .  CHEMICAL DECEPTION  Word Count: 685

**118.** 9/14/91 Wash. Post C01, 1991 WL 2134077  The Washington Post  The Man Behind the Bitter Pill  Debate; Lawyer Leonard Plen Pursues the Case Against Eli Lilly and Former  TEXT?  By now there are so many cases - each encompassing so many  details of symptoms and injuries, medical histories, hospital records or excesses' ...  Word Count: 2457

**119.** 8/11/91 Milwaukee J. & Sentinel 7, 1991 WL 8226631  The Milwaukee Journal  From snake oil to high tech  For a century Cheshnew Clinic has been making the quality of rural medicine  TEXT?  ONE hundred years ago, when young Norwegian physician Adolf  Gundersen came to the frontier town of La Crosse, medicine in  rural America was ...  Word Count: 2471

**120.** 3/20/91 Wall St. 2. B3  1991 WL-WSJ 606136  The Wall Street Journal  Drug Firms Lose Bid for Data in DES Suits  TEXT?  Former makers of the pregnancy drug DES lost an important  procedural round in litigation over claims that hundreds of  women in New York were ...  Word Count: 590

**121.** 4/21/91 L.A. Times 17, 1991 WL 2294400  Los Angeles Times  Granddaughter of DES Victim Cancer Suit Justices Liability must remain within limits or  pharmaceutical companies could be discouraged from developing new drugs; New York court says.  TEXT?  The effects of the synthetic hormone known as DES may well last  for generations, but it is important not to discourage drug  companies from ...  Word Count: 1067

**122.** 3/15/91 Orange County (Cal.) Reg. A16, 1991 WL 4087366  The Orange County Register  HEALTH & SCIENCE BRIEFLY  TEXT?  Dental patients  of AIDS victim  get free tests  Delaware health officials are offering free AIDS tests to more than  1,200 patients of a ...  Word Count: 334

**123.** 3/23/91 Wall St. J. (Page Number Unavailable Online)  1991 WL-WSJ 610216  The Wall Street Journal  Michigan Abortion Curb Struck Down  TEXT?  A Michigan appellate court yesterday struck down a  statewide ban on publicly funded abortions for poor women,  ruling that the state's ...  Word Count: 1241

**124.** 3/21/91 Balt. Sun A3, 1991 WL 3636379  The Baltimore Evening Sun  TEXT?  Hearing for a judge  A Florida judge who attempted suicide after his children were  sent photos of him having sex with a teen told a judicial ...  Word Count: 859

**125.** 3/20/91 Newsday 13, 1991 WL 3932827  Newsday  Court Rules Against DES Suit  TEXT?  - New York's highest court ruled yesterday that a child  allegedly injured as a result of a drug her grandmother took  cannot  sue the drug's ...  Word Count: 665

**126.** 3/19/91 Wash. Post B2, 1991 WL 2153306  The Washington Post  DES Daughters and Their Children; Can the Anti-Miscarriage Drug Damage Third Generation Offspring?  TEXT?  A lawsuit filed on behalf of a 7-year-old girl whose grandmother  took the drug diethylstilbestrol (DES) 20 years before the child  ...  Word Count: 1067

**127.** 1/7/91 Wall St. J. B1  1991 WL-WSJ 615012  The Wall Street Journal  Grandchild May Widen Liability With DES Suit  TEXT?  A lawsuit by the grandchild of a woman who took the  pregnancy drug DES is opening a major new area of potential  liability for former ...  Word Count: 1202

**128.** 12/3/90 Wall St. J. B1  1990 WL-WSJ 551523  The Wall Street Journal  Mists of Memory Cloud Some Legal Proceedings  TEXT?  A spate of recent legal cases involving incidents that  occurred many years ago have raised fresh concerns about the  reliability of witnesses' ...  Word Count: 1143

**129.** 11/4/90 Chi. Trib. 4, 1990 WL 2858540  Chicago Tribune  Profiles of Illinois Supreme Court candidates  TEXT?  The candidates running for the Cook County seat on the Illinois  Supreme Court held by former Justice Seymour Simon are:  Robert Chapman Buckley  Word Count: 1636

**130.** 10/5/90 Wash. Post 217, 1990 WL 2103379  The Washington Post  Should France's Abortion Pill Be

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NPACI - (DIETHYLSTILBESTROL ("DES"...

Available Here? TEXT: Development of an oral method of inducing a spontaneous abortion has been long awaited. Although available in France, RU 486 is still not ... Word Count 374

112. 5/7/96 Orange County (Cal.) Reg. A11, 1996 WL 7641462 The Orange County Register State bill would limit punitive damages against drug makers TEXT: Women whose lives were devastated by side effects of common pharmaceutical products asked legislators Monday to vote down a bill that would ... Word Count 462

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works