# Exhibit 29

1/9/94 BOSTONH 008                                                  Page 3
1/9/94 Boston Herald 008
1994 WL 5371665

Stowaways found in in cargo ship

Three stowaways were discovered yesterday hiding in a 20-foot cargo container aboard a Panamanian ship which docked at the Moran Container Terminal in Charlestown. The Bulgarian men were discovered about 4:15 p.m. when they began banging on the side of the container for help, said Jim Harris, a supervisor for the Massachusetts Port Authority. Harris said it appeared the stowaways had slipped onto the ship in Felixstowe, England, and had been inside of the container for ''20 days at a minimum.'' They seemed in good health and had apparently brought food with them for the duration of the trip. Harris said authorities from the U.S. Immigration and Naturalization Service had been called to the terminal to investigate.

Four injured in nightclub brawl

Three men were arrested early yesterday following a bloody brawl at a Dorchester nightclub that left at least four people injured by a 24-inch billy club and broken bottles, police said. The fray broke out at Capprina's Lounge at 1210 Blue Hill Ave. at about 2:45 a.m., said Boston Police spokesman Jerry Vanderwood. The fight apparently started when a male patron tried to put his arm around a waitress, whose face and hand were immediately slashed by another woman. Also injured were two male patrons, who were beaten with the club, and a fourth woman who suffered abrasions to the face and a cut hand, Vanderwood said. Arrested at the scene were the manager, Alfred Johnson, who had refused to call for an ambulance or police, and two employees, police said. All three were charged with assault and battery with a dangerous, police said.

DES women awarded $42.3M

A jury in New York has awarded $42.3 million to 11 women who suffered cancer and reproductive problems resulting from their mothers' taking DES during pregnancy. ''It's a great victory for the women's health movement,'' said Sybil Shainwald, the lawyer who filed the lawsuits against three small drug companies. DES, or diethylstilbestrol, is a synthetic hormone manufactured by an estimated 300 drug companies and prescribed to 5 million pregnant women between 1947 and 1971 in an effort to reduce miscarriages. After doctors reported a link between mothers who took DES and rare clear-cell cervical and vaginal

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

Page 8 of 8

1/9/94 BOSTONH 008                                                        Page 4
1/9/94 Boston Herald 008
1994 WL 5371665

cancers in their daughters, the Food and Drug Administration barred
pregnant women from using the drug in 1971. Some 50 acres
of sodden clay were swept down in a landslide 650 yards long and
330 yards wide.

TV's 'Morty' the moose dies
  PULLMAN, Wash. - Morty, the moose that ambles through the opening
credits of ''Northern Exposure,'' died of an illness linked to a
mineral deficiency. The 1,000-pound moose, brought from
Alaska as an orphan yearling five years ago, was a subject of
behavior and nutrition studies at Washington State University.

  Compiled from Herald staff and wire reports

                        ---- INDEX REFERENCES ----

    EDITION:           01

Word Count: 1112

1/9/94 BOSTONH 008

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works