IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAUREEN A. PIZZI, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No.: 05-CV-1648(RBW) |
| ELI LILLY AND COMPANY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between the undersigned attorneys for the Plaintiffs, Maureen Pizzi and Kathleen Mahoney, and the Defendant, Lannett Company, Inc., that the above-entitled action is hereby dismissed with prejudice as against Lannett Company, Inc. and without cause to any party hereto as against the other.

*/s/ Aaron M. Levine/kmb*
Aaron M. Levine
(Bar No.: 7864)
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040

*Attorney for Plaintiffs*

*/s/ Kathleen M. Bustraan*
Kathleen M. Bustraan
(Bar No.: 24417)
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, Maryland 21201
(410) 539-5881

*Attorney for Defendant,*
*Lannett Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2006 the following copy of Lannett Company, Inc.'s Stipulation of Dismissal was sent by first class mail, postage pre-paid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

John Kuckelman, Esquire
Shook, Hardy and Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

Michelle R. Mangrum, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, NW, Suite 800
Washington, DC 20005

Elizabeth Ewert, Esquire
Drinker, Biddle and Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

John S. Anderson, Esquire
Troutman Saunders, LLP
1660 International Drive, Suite 600
McClean, Virginia 22102

Christopher J. Garvey, Esquire
Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001

Janet K. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, Maryland 21204

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, NW
Washington, DC 20005-5793

F. Lane Heard, III, Esquire
Williams & Connelly, LLP
725 12th Street, NW
Washington, DC 20005

Sidney G. Leech, Esquire
Goodell Devries Leech & Dann, LLP
1 South Street, 20th Floor
Baltimore, Maryland 21202

*/s/ Kathleen M. Bustraan*
Kathleen M. Bustraan

372278