IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN PIZZI, *et al*,<br><br>                Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY, *et al*.<br><br>                Defendants. | CIVIL ACTION No. 1:05-CV-01648 (RBW) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Maureen Pizzi and Kathleen Mahoney and Defendant Eli Lilly and Company ("Lilly"), acting through their respective counsel, have resolved the claims in the above-captioned case and ask that the above-captioned case be dismissed with prejudice in its entirety.

There are no cross-claims or third-party claims pending in the above-captioned case and no party is an infant or incompetent person for whom a committee has been appointed or a conservator and no person not a party has an interest in the subject matter of this action.

MAUREEN PIZZI and KATHLEEN MAHONEY,

By her attorneys,

/s/ Aaron M. Levine (by permission BLH)
Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, N.W., Suite 500
Washington, DC 20036
202-833-8040

ELI LILLY AND COMPANY,

By its attorneys,

/s/ James J. Dillon
James J. Dillon
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
617-832-1000

Dated: November 17, 2006

B3281401.1